① *Brvins Act*
② *ADA*
Ⓐ  42 USC §1210

FILED
07 NOV -1 PM 4:58
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NORTH DIST. OF CA. S.J.

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  NELSON, RAYMOND *dSWEDE*

3       (Last)          (First)          (Initial)

4  Prisoner Number  Denver County JAIL #1551-691
   None, Denver Colorado - DQB 383 / Dublin Cal ARX-0#6

5  Institutional Address  Jails of  Sheriffs AHERN - PLUMMER  5325 Broder (Ste ARX #6)

6  Camp Parks Township etc  DUBLIN <ALAMEDA (county) 94568

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  RAYMOND "dSWEDE" NELSON              Juey Trial
   (Enter the full name of plaintiff in this action.)     CLASS ACTION
   dba WIND CATTERS DRILLING-MINING-RAIL-ROAD
9  WELLS FARGO, STAGE/WVERY ASSOC (ATKINS-CH)   CV 07 - 5582
   Doe's b-50
10 STATES, POLICE, ALAMEDA, BOARD & SUPERVISORS  (To be provided by the Clerk of Court)
   CITY of SAN LEANDRO, MAYOR-CITY COUNSEL
11 DISTRICT ATTORNEY A. BROWN,                **COMPLAINT UNDER THE**
   ORLOFF ROSS - SLPD-CHIEF'S ALDRED          **CIVIL RIGHTS ACT,**
12 (Enter the full name of the defendant in this action)   **Title 42 U.S.C § 1983**
   LAND ROVER USA aka the CAR SPACE        = LEMON LAWs Act =
13 #6 60-70 ALKOTT, PRIOR                    TRO, Injunctions of honorable
   ATTORNEY(S) AT LAW PEEBLES-SAUNDRES-CAFFEY  CDC H-20549-HENDERSON
14 [All questions on this complaint form must be answered in order for your action to proceed.]  42 US §1213R
   (665) ALAMEDA Co SD PLUMMER & AHERN
15 **Exhaustion of Administrative Remedies.**        E-filing
   Deuty BOYD Smother's & AT AT PHONES
16 **Note:** You must exhaust your administrative remedies before your claim can go
   "WASTED 7Mayte "LRA" contract LAW LIBRARIAN
17 forward. The court will dismiss any unexhausted claims.]
   NO WRITS <HABEAS CORPUS>  SANTA RITA AHERN Jail Alcen
18 A.  Place of present confinement       (Deuty Johnson "Don't Want General Population to Know")
   B.  Is there a grievance procedure in this institution?  WHILE I PROVIDE GOOGLE, ML 245 TRAINING
19    YES ☒  NO ( )  But Not MEANING-FULL; no Due Process Access to
20 C.  Did you present the facts in your complaint for review through the grievance
   COURTS to VENIFY & JURISDICTION & PGE 1381 TREATYS
21 procedure?  YES Ten or More, Without HEARINGs (denied) & Returned WRITS
   to CHALLENGE  YES ☐  NO ( Like US Supremes ROBERTS, Parrott Her over Rules)
22 D.  If your answer is YES, list the appeal number and the date and result of the
23 appeal at each level of review. If you did not pursue a certain level of appeal,
24 explain why.
25
26
27
28

COMPLAINT (continued)                    - 1 -

PEEBLES "Swede" RAYMOND NELSON (Pse (303) 621-4754
private attorney (610-901) (sm) 247-846)

007-0582JW
(707) 552-5991 @ lowcaR
BIG DRAFT NELSON @ lowcaR

1. Informal appeal _Denver of Santa Ritas, Mossese Requests_

2. First formal level _Denver #B1-244  2nd Aug 07  Unanswered @ 10 days - 7 day expire_

07G-5123 SANTA RITA ① CONTEMP of H#3 966 Superior "Prose Attorn Phone etc"

07G-51354 Retaliation (24?) Lock-Up No Phone Wring (dept's WILSON - BORGES)

3. Second formal level 07G-51383 Theft Conversion Property / Inmate TRUST Funds of 07 $1000° of $4400°

07G-51401 CONSPIRACY, PMS Personal Med - Hanger - Diablo Pediatrics

By deputies Mr Mr TUCKER @ Rockies - LODS Shattah

with Build 22 Sgt of One of CLASSIFICATION (s), DeWILSON

ADA - One Legged Asthmatic - Diabetic Hypertension - Blind - Wheel Chair depraved

4. Third formal level Freedom in HOLE USA Hospital 10 Aug - 16 Sept - Then HOLE optima 09 No Toilet

30 ± Day No Shower Access, & Pillary Chains - Hand Cuffed 10+ Hours

07G-51406 Denial of Insulin - Recorde Rotten Foods / Basted / Same Diet 90± Days

Medical Malpractice, Holes DISPENARY is Without, TAPES - Sizzors - Tools

07G-51449 Medical / First-Aid Kit Unlawful & Drug Mfg & critical

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT

Douglas Swede Raymond NELSON Prose (303) 910-1344 / (307) 257-0146 / Private Attorney General / (EPA) / (707) 532-5991 / WILDCAT The Store Aol.com

4/3A

① LAND ROVER USA de facto Dealer ② "City of San Leandro" Licensee, Cal's "Shwarzeneger" DMV dead ③
San Leandro, Ca 94578  Individually / Officially, MAYOR SANTOS, Vice Mayor ALUAREZ, Loyd's 24/73
④ dba WELLS FARGO Stage ⑤ Howard ATKINS ceo ⑥ Walnut Creek, ⑦ ANGO,
⑧ aka AAA cal's INSURANCE "Auto Home-Life", Walnut Creek ⑨ dba STATE BAR-CALIF. PEEBLES in Oakland
⑩ ALAMEDA State Bar ORLOFF-Regts, ⑪ dba "GeoBush Funding" "Calif Bay NW-Patriot Act" Prison (comp Rides township)
⑫ Individually / officially, "Homeland SCHWARZENEGGER, Calif State-Pagc's Speed" "TBAIN-SAS" ABSON PUBLIC 94508,
to Wit Shooter AHERN LEWIS & PLUMMER SANTOS-LLOYD ADA "Thank You For Using ATM'S"
③ RICO Wasted Law Libraries -aka RED ALAMEDA State/ County Bar Member def-s es ④ RICO-dba LRA
& PATRIOT OOb, Act in (SUSPENSION) (GeoBUSH Senate-Repts) REPUBLIC defend of Check-Balances
GENOCIDE of ADA 42 USC § 12132 $1,125,000*, Disabled Person-Wheel Chair NELSON, de facto.

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each
defendant is involved and to include dates, when possible. Do not give any legal arguments or
cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
separate numbered paragraph.

① In PREDITORY "Finance Loan-Vehicle" swindle wk. CAR State Licenses (w/ 28 YEARS #)
LAND-RANGE ROVERS (de facto), Site & Cal. Dealer #24173, Salesman #
ALUTREDE-Royer, City of San Leandro Mayors Santos, State & Cal. Corp", do OPERATE
APPROACHING Nuissance, Naked Jewelry Shoppe US dept TRANS Hwy Cont 14th REG/ Dov 17 in FACE
of US Lawyer Tax & Cal Fran-Tax Board Licensed, ALAMEDA Tax Collectors Dan WHITE.
AGENTS of (Roed PARTY Conspirator) WELLS FARGO, Land Rush-Assoc/ Livery @ Walnut Creek
Chico & NY & NJ, Ceo Howard ATKINS; also INSURANCE (Replacement 17th Dec of) FYRE
Vehicle-Contents, AAA auto-Life-Home Owner, Ms (State Bar-Ronald Goettes) PEEBLES (st #)
of UNCLEAN hands, for No Emergency -Preparedness of 15th Dec of BLIZZARD@
Denver Colorado; And Refused to Settle LOSS (tomb) 5 months, Vehicle-Home-Boat-Garage
② Sale was Made @ VACANT LOT in Walnut Creek, Target-Fed Packets, N maine Yosemite
③ Funds Verified @ Walnut Creek, ④ NSF check Down Pay (CalVic 1800 defense & crime), ⑤ Rover
Vehicle is Lemon Law, ⑥ Home-Sale 7Ptrs, Cooling off CANCELATION, ⑦ Vehicle Self-Destructed @
Back Garages, Warranty, ⑧ on Route to AAA-Denver "Show-Down -Settlement = MAYHEM & Self

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly
what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

① Recall False Writ of RESTITUTION @ Denver DQB383, Upon Bogus One-Stop
② REASONABLE BAIL, Because of Feds adverse Speedy Trial = OR Release open Container.
③ Re PURVEYIN & SEIZED (Cash) Dodge 4x4 / Com PAQ LAP TOP / Land Rover 6x4 Weld-Kimberlite
Ed Sores $1000* AAA annuity fund CAMO Bus Uff. Software  MINNING -WELDING
④ #125,000 an Entity, Indiv Databases, Keys, Phones /
COMPLAINT  in Re. BECKFORD 49F supp Rd 170 (99) & 42 USC § 12132
⑤ Change of Venue to CoCounts,

P 9 of 50

(left margin, vertical text)
(707) 552-5991  (925) 235-2332
RAYMOND L Spoke (de facto) NELSON LPA
TELLURIDE HISTORY (below) LPA
(303) 910-0342  (805) 935-2444
Wild Cat Hot Song @ Aol. com

1  FUTHERMORE, I/we Pleaded Nolo-To NSF check, in BARGAIN to DISMISS Count
2  #2 Auto Thiest, & 6 mos Sentence (County Parole @ 70 miles) + Probation   WHERE UPON
3  I/we ADA Wheel Chare/Bound 19th Sept, THROWN into "DRACONIAN", hole Chains-Hand
4  cuffed, Mental Stress 30 days, No Electricity, No Insulin, No Hot Water, No Stamps or Covers
5  for PR papers, Lockdown, No wheelchare, Access to TOILETS, Provide Rotten Peanut from Desk House Walker.

I declare under penalty of perjury that the foregoing is true and correct.

6  Averred ~ Verified          @ CALIFORNIA / COLORADO / WYOMING / UTAH

7  Signed this _1st_ day of _October_, 20_07_

8

9  @ Raymond @ Naylor "Sacke" Drum          @ 3th Oct =

10  Colorado McNamee
11  to Default & Perfect          (Plaintiff's signature)
12  without HEARING !          cdl B4521818   5/6/95
13  Seized / Aug / 27th Sept
14  a $500,000 = actual loss
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT          - 4 -

6/34

Continues NELSON - WDM - vs People Calif - Colorado, Ross etal

Plaintiff
1) Petitioner Douglas "Snide" Raymond NELSON "Colorado"
natural Person & Private Attorney General (act) (Black Water Contractor)
& ADA, Disabled ~ One Legged ~ Insulin Dependent Diabetic
& Fictious Person, Self Corp (Ltd) Calif - Nev & Colorado
Licensed Mining ~ Drilling ~ Railroad, engineering Contractor
'A' gen Engineering # A 3637 36), Kings Beach - Incline Village, Calif
Aspen - Vail - Bolder Colorado. IRS 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 &
dob [Retired HumBoldt #616, Search & Rescue] 5/6/45 • •••
Pacific Ring of Fire, HeadQuarters 50+ Years @ Walnut Creek, Ca 94596
Calif D.L. B4521878 I.D. Wyoming & Colorado & Missouri ~
FAA # _____ Private Pilot (307) 257-6146, Yellow Pages
( all 7 Denver, Colorado DEX in Welding (Blacksmith) Ropers

2) Arrested 1st Aug Midnight, Alameida Blvd @ 7-11 South Corp
& Interstate Highway 25, Denver County, Colorado on
Alameida County Restitution (DQB 383) Denvers Warrant
& Incarcerated @ Denver County Jail - Hospital 1 aug - 10 aug
&& Extradited PC 81381 to Alameida (Santa Rita Camp Parks)
WITHOUT GOVERNORS WARRANT (is CARJACKED Joe Ramson)
for *ADMINISTRATIVE SEGRAGATION; via United Airlines
Deputies Mr - Ms Tucker, Alameida Sheriff. 10th
for (Because of ADA handicap PROSTETICS Right leg)

3) Custody is Criminal; for a Visa-Visa CIVIL Action
UPON Our NOTICE emailed of INTENT to FILE SUIT
[and Provided in Discovery 14th Aug, DA Ross etal) Exhibit
(15th of May to Car Store, owner ALAVEREZ & Western Union ~ Safeway
Store, (May Payment $100°° ) Now Conveyed By ALVEREZ - etal
now Doing Business as RALVEREZ @ Aol.com (925) 276-3494 • •••
a) DESPITE GRANT & Signature Loan # 2896489 @ $5000°° Promissary
Note #705.52, Receipted #05668 / Backed Wells Fargo 3118-38-0352
Bank Statement. 00114. •••  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 Account Owner.

Complaints, Writ of HABEAS CORPUS & 42 USS 12132 Page of 7
42 USS 1983

CONTINUED NELSON-WOM -VE- PEOPLE CALIF-COLORADO, RCE'S 4 al

(707) 552-5971
(387) 251-6146

1   3  E] COUNT 1, FORGERY - PC§ 470(d), CHECK #6552 @$5000°° =NSF=

2      COUNT 2, GRAND THEFT AUTO PC§ 487(a) (STRICKEN)

3                LAND ROVER (2000) DISCOVERY

4      DECLARATION & PROBABLE CAUSE, CVC §10851(A)

5      PC§§ 476 & 496, of SAN LEANDRO POLICE, #822 ALDRID

6      VALUE $11,141.50 <5000°°> = $6,141.50

7      DATED 17 MAY 07

8   I   C] HAYWARD, HALL of JUSTICE "STATE of CALIF SUPERIOR"

9      DEPT (3) 501 13th AUG - 20th AUG (DRY RUN 24th AUG 07) HIGH NOON

10     DEPT 509 27th AUG, HONORABLE SANDERS

11     DEPT 511 - 911 - 913 (?) 25th SEPT 07

12  3   D] DRB-383 / ARX-006 ?-07 H____ 464

13         CII 085 28 071, 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

14  3   E] ON OR ABOUT 24th APRIL 07 ?

15  3   F] UNSENTENCED < PLEA WITHDRAWAL > 25th SEPT

16  3   G] UNKNOWN "OFFER 9 mos COUNTY JAIL"

17  3   H] UNKNOWN "OFFER 7/3 = 6 mos = 1st DECEMBER JAN 07-08
                                    [COUNTY PAROLE 9 mos] 1st OCTOBER

18  4) NOT GUILTY - NOLO CONTENDERE WITH DRAWN 25 SEPT

19  5) NO TRIAL  GAFFEY - SANDERS, STATE BAR PREJUDICE ON
       RECORD (SAID HIS OWN STATE SATISFIED REPORT (PAROLE)

20

21  6) GROUND #1, UNLAWFUL CAR STOP < FISHING EXPEDITION  ="SHAM"

22  6A) PROFILING > of U.S. MARINE CORPS, CAMOPHLOGED

23     DODGE 4X4 POWER WAGON, WITH LOAD of MINNING, ICE C°,

24     DRILLING & WELDING & BROADBAND COMPAQ COMPUTER(S),

25     WHICH WAS CONVERTED BY ALAMEDIA SO, DEPUTIES; 15th AUGUST

26     MR & MS TUCKER; GRIEVENCE # 06-51383, COLON SABADO

27     DENVER POLICE DOE WMA #1, #2 & #3, ALLEDGED V CODE

28     VIOLATION "NO LICENSE PLATE LAMP", WHICH IS "EXEMPTED" IN MILITARY
       VEHICLE(S), WHERE LICENSE IS AT HEADLAMP HEIGHT, ON TAILGATE,
       AND IN FULLY LIGHTED 7-11 <SOUTH LAND C??? ROAD> CONVIENCE STORE LOT OR "OPEN" STORE!

(303) 619-3183
ATTY: MNELSON@YAHOO.COM

DOUGLAS "CARROL" RAYMOUND JOHNSON NELSON
PRIVATE P.O. HARLEY GONROH

R___006/A/S  COMPLAINT  PETITION WRIT of HABEAS CORPUS      PAGE 3 OF 7

Continues NELSON-WDM -V= People Calif-Colorado

ie PREJUDICE, WITNESSED BY NO VEHICLE CODE CITATION
& Removal of Petitioner, FROM PAIN MEDICATION, ete ie MAYHEM,
RECENT SURGERY, or FROST BITE. on or about MIDNIGHT ✱
✱[GRAVEYARD SHIFT EMPLOYMENT 1ST Aug (PDST) to AVOID
HEAT-SPELL of 100° TEMPATURES on WELD & METAL JOBS
FORGEING <BLACKSMITHING> of RAIL SECTIONS since
~ 15th July 07 @ Denver-LITTLETON B0122] @ 7-11 STORE
(South Land Corp Reno Nevada/Tahoe) whom we are Sub Contractor for.]
@ Denver's, ALAMEDIA BLVD @ HWY25 "SITES" in CITY & County,
& UNION PACIFIC RAILROAD YARDS, VIA-DUCT / OVER-CROSSING.

6B) UNLAWFUL SEARCH / SEIZURE, VIOLATION of Civil (42 US §1282)
RIGHT(S) 42 US §1983, Calif Constitution Article 1
PROMULGATION of MAGNA CARTA -HABEAS Act, WILLFUL
OPPRESSION, OBSTRUCTION of JUSTICE PC §182, & ASSOCIATED
DENIAL of "SOCIETY" of FRIENDS / TOOLS / FAMILY, etc
ie LEGAL RESOURCES of FARRETTA MOTION, PRO-PER ORDERS
CALIF / COLORADO / US EVIDENCE CODE's
    i. DISCOVERY of RESTATION WARRANT DVB 383
    IS & WAS FRUITS of POISON TREE filed 20 May?
    BY DA -STATE BAR # 104513 HARTMA, R.J. ALAMEDIA COUNTY
    @ Midnight 1ST Aug @ Denver's, ALAMEDIA BLVD JOS HWY25
    RESULTING in "FALSE EMPRISONMENT / KIDNAPPING FOR RANSOM
    VIOLATION of LINDBERG Act "INTER STATE §1381 PC
    PC §182, CONSPIRACY to "DO CRIMINAL ACT" & VIOLATE DUE PROCESS,
    BY ALAMEDIA S.O. MR-MS TUCKER'S, DEPUTIES.
    (as REPORTED to FBI @ San Francisco ~ 9-11-07) & TRD

6.1 GROUND #2, FALSE CRIME REPORT, CVC 21085?,
    SUBJECT of "Declaration of PROBABLE CAUSE" for -No Bail of Colorado.
    PC §1381 -FUGITIVE WARRANT [$60,000$ HOLD 15th Aug @] at Hayward
    & ASSOCIATED WIRE -CAHN- FAX & PHONE FRAUD by "PROBLE CAUSE"
    UPON Booking <fee $30> # 1551691 Colorado, Denver P.D., 1ST Page
    COMPLAINT

Page 4 of 7 of
Page/50          PETITION WRIT of HABEAS CORPUS          Page 4 of 7

(207) 552-5901
(301) 251-646
(925) 935-4372
Atty 4 nelson@velocount.
Douglas "Greed" Railroad Johnson / Nelson
Presumes Attorney Genral

CONTINUES NELSON-WDM9 -V= People Calif-Colorado

(left margin, vertical) Douglas "Shelby" Raymond NELSON — PrImate Attorney General
(P.O.) 532-591 (G.D.) 251-646
(G.D.) 464-1908  Attcknelson@yahoo.com

Ground #2 : continued (City loss Person STAPP stal Saritos) 6.1.a) PERJURY of (Detective, #222 ALDRED, 17th May UPON Signature of Violation OATH of OFFICE, P.O.S.T. CALIFORNIA Peace Officer #233,] THAT Count #2 CVC §10851 OCCURED. Whereas, EVEN IF FRAUD WAS (for Sake of Argument) USED to OBTAIN Consent of OWNER IT IS FUNDAMENTAL COMMON LAW THROUGHT Inter-States, A CRIME is NOT COMMITTED "But ONLY a CIVIL ACTION" 228 CA 2d 719 & 4 CA 3d 534

AS CAR STORE OWNERS ALVEREZ, gave CONSENT N 23 or 22nd April @ Walnut Creek, CA to Petitioner(s) i. UPON SIGNATURE of Vehicle-Vessel (DMV 262) TRANSFER - REASSIGNMENT FORM, ID #24173 (OPEN DISCOVERY of ROSS-HARTMAN D.A. 14th Aug 07) i.i. UPON LO-JACK, Addendum to Contract of Sale & INSTALLATION in/on LAND ROVER, DISCOVERY to Prevent Theft BY CAR STORE employee(s) WWW.CARESTORE US.COM / R.ALVEREZ. Aol.com i.i.i. UPON, RANALFO (aka FITO) ALVEREZ, owner alededed "the CAR STORE" Police Report Statement @ San Leandro P.D., 17th MAY [after Western Union @ Safeway Payment was Made for MAY ) in 15th MAY @ WYOMING'S; RAWLINS City MARKET, Western Union] i.e No INTENT to defend.

6.1.b) "That he picked (Myself) Petitioner (Up @ Home Walnut Creek & drove me to the CAR STORE, & GAVE (23rd April) DELIVERY of LAND ROVER, which broke down within 5 minutes (Defective Steering Wheel Lock $2000 of REPAIR) At LONGS DRUGS, Report 07-19455, Officer #195 Det ALDRED #222 P3 3/3 invest-Follow-Up FALSIFICATION (Reported to Risk MANAGEMENT City of San Leandro) i.V. DA ROSS, was NOTICED, 14th Aug THAT Western UNION, Inter State, FUNDS, were CONVERTED BY ALVEREZ or PRYOR et al § PC 8182, FALSE CRIME REPORT.

R of Complaint        PETITION Writ of HABEAS CORPUS        Page 5 of 7

CONTINUES NELSON AND/A VS PEOPLE CALIF / COLORADO

N. F. S.

GROUND #3 FALSE CRIME REPORT, BAD "FRAUDULENT" Check

6.2.a) THE CHECK WAS "PROMISSARY NOTE" NOT DEMAND
DEPOSIT. COMPLAINTRANT WAS NOT PRESENT (Ms PRYOR)
DURING "Deal MAKING / CLOSING BY the CAR STORE @ Contra
Costa Co/owner (FITO) ALVEREZ." IT WAS UNDERSTOOD / Verified
THAT FUNDS WERE ON "HOLD" BY WALNUT CREEK
WELLS FARGO, ~$120,000⁰⁰, Account 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
BANK STATEMENT WAS BASIS OF Signature ⟨Peditory⟩
(of ADA) LOAN, NO TRADE-IN OR UPFRONT CASH, ALTHOUGH OFFERED

"Evidence Withheld by San Leandro, Detective #222
ALDRED, WALT, FROM DISCOVERY OF DA's ROSS
AND HARTMAN, BANK STATEMENT 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
Savings #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. CEO. HOWARD ATKINS. ∆d

6.2.b) PURSUANT to E-mail Notice, BANK MANAGER WAS
UNLAWFULLY ¡ EXTENDING "HOLD" ADDITIONAL
10 days, 25ᵗ APRIL 9.51AM. ATKINS, ∆d

PURSUANT to CALJAC 8.1970, DEFENSE is THAT FUNDS
WERE ON DEPOSIT 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 A 15,000 to 20,00
$500⁰⁰ $600 INSUFFICIENT ¡ BUT to COVER - FULL PAYMENT.
& REASONABLE EXPECTATION OF PAYMENT
& ACTUALLY believed THE BANK WOULD PAY,
(No Intent to DEFRAUD.

WHEREIN, the CAR STORE ALVEREZ, WAS HOLD
and "NOTICED" in email ⟨Provided in Discovery⟩
THAT PAYMENT WAS ON HOLD THEN PETITIONER
WAS NOT GUILTY OF CRIMINAL ACT PC 8476
CALJAC 8.1970, But State Bar # ___ ⟨Judges 501 dept (Civil "Cont'Dom,
Informed PAYEE ABOUT HOLD                              =Business"
    PEOPLE VS POYET ('72) 6 Cal 3d 530
    PEOPLE VS Pugh ('02) 104 Cal App 4ᵗ 66

ADDITIONALLY, the CAR STORE was NOTICED to Pick-Up
THE Vehicle @ Salt Lake City & or Provide Parts @ Ground Zero
WHICH ALVEREZ / PRIOR REFUSED
San Leandro Party of Court to NOTICE reference
& Not accept no PLEA, Pass Sentencing to GAFFREY State Bar.

DOUGLAS "Steele" RAYMOND NEILSON    (0°) 552-5781
                                    (801) 257-8146

Dullame ATTORNEY (of record)

(303) 619-3183
WILDCAT the 2004. Aol.com

11/34

CONTINUES NELSON-WOM Ve PEOPLE CRIM/COLORADO

WASTED 7/MAY 3 THREE YEARS PAST

GROUND #4, Denial of PRO-PER ACCESS to LAW LIBRARY,

6.3.a) & CONSTITUTIONAL RIGHTS, UPON COURT ORDER
(DUE PROCESS) GRANTING FACRATA MOTION, & Notice Verbal
13th Aug / 14th Aug & Written 20th Aug to
INMATE SERVICE'S DEPUTY BOXD, w 16th Aug
DEPUTY BOXD VERIFIED PRO-PER STATUS
Charles C. PLUMMER, (new Sheriff in town AHERN)
IN PEACE OFFICER, Schwarzenegger
But; SHERIFF ALAMEDIA COUNTY WASTED
The ASSET of BRICK & MORTAR, BROWSING
LAW LIBRARY 7 MAY ROOM, co CONSPIRACY w/ LRA

6.3.b) In VIOLATION of "ADEQUATE LAW LIBRARY", CONSTITUTIONAL
RIGHTS, of BOUNDS Ve Smith 430 US 817.

NOT ALLOWED WRITS of HABEAS CORPUS and DENIED BY CONSTRACTOR
"Legal Research Associates" & PC 8182 / US 42 S/883
(ADA 4 RD S/12552) FUERAE CONTINUOUS / CRUMATIVE PREJUDICE

GROUND #5, Denial of TRUTH in EVIDENCE on Case at BAR
(RIDDER, is wherein; OPD was Vehicle #5, & CAUSATOR (Ofc WAYNES,
OREGON-)   OF HERIFICE w HWY 580 CRASH.

AFTER, BUMP-SPIN-OUT WITHOUT AUTHORIZATIO
CVC S 21651etc WRONG WAY & GBI, CDC S10851...
He FLED the Scene of 5 car Pile-UP
WEST on HWY 580 exited & Re-Entered EAST (580 HWY)
BOUND to SUPRISE see CARNAGE & People
TRAPPED in BURNING Vehicles, EX Pt Info
NCIC 9370, 13am CHP Levan dusk (B 14 R 22
Lines 25-32  OPD MALONIK #8633P / case #04257
353 east of 38th Ave OverCrossing
@ NOT MATERIALLY different than Threatened MURDER & Death too PUNISHMENT

Avered & Verified
11th SEPT 2007  @ Nozglar Swede Raymnd Nelson
Penitized  ATTORNEY GENERAL

ANY & ALL OTHER, Relief the Court Will GRANT @

23rd OCT 07  @ Raymod L Swede R Nelson
COLORADO. Jail in the cellar

DOUGLAS Swede Raymond NELSON (970) 532-5991 (307) 257-6146
PRIVATE ATTORNEY GENERAL

(303) 619-3183
WILDCAT 4 NELSON.com

Continued People-VS Sweto NELSON-Wells Fargo-HSBC-FDIC   Case#.- 464

Prelim. was Calendered for the 24th Aug 08th, It was again HELD 8-10 hours in holding Cells Over-Crowded, AND NEVER ALLOW to APPEAR, & CONTINUED to the 27th Aug AND Violation of 10 days, Rele & Cover, Sec Pre-Limary, Hearn, Speedy Trial Right & Due Process entitlement to DISMISSAL w/ PREJUDICE, Wherein ADDITIONAL DISCOVERY was Promised HIGHNOON BY DA Ross-Hartman, Soon Lea Paige for San Leandro PD & Alverez's. HOWEVER Deliberate Subterfuge & Continuance of RICO, CRIMINAL CONSPIRACY PC5182 The Wells Fargo -Identifier -Logo & HSBC bank Deposit Records were Deleted upon Copy Process By DA Ross whom Offered County Times Which was Rejected.

Whereupon, MONDAY 27th AUGUST 2007, PRELIMINARY after 8-10 hours in holding CELLs. was TRANSPORTED HONORABLE SANDERS Dept 509, were Offer was Reduced to 9 months County, for PLEA Court One.

THEREUPON, Not having Law LIBRARY, necessary EXCULPARY EVIDENCE or CALJIC, elements of CRIME. I CAPITULATED to 6 months @ 2/3 Sentence.

AFTER PLEA. The Pro-Phone & INFIRMARY Began OPERATION & I WAS ABLE to get CalJic & Bank Account N° that evidence No CRIMINAL Act was Committed. As had been Verbalized to DA Ross -Noon-20th Aug. EVIDENCE was Withheld from #1 DISCOVERY Motion that Funds were ON DEPOSIT w/15 APRIL, 2 weeks to TRANS ACTION @ ALVEREZS -Car Store.

Page 5 of 7

Continued People Vs Soole NELSON - Wells Fargo HSBC - FDIC    Case# - 464

1
2    The WRIT PROCESS is The MOST BASIC of American Guaranties
3    of the United States of Northern Americas, Constitution
4    & the Virginia Carta.
5
6    Further-More it is Policy & Proceedure of Sheriff
7    PLUMBER / BEASIE w/Release @ Infermary & I.T.R to
8    DENY ACCESS TO PHONE, CALLS, Even Aware of Inter
9    STATE TERARY PC§1381, & Insulin Shock Theropy
10    @ Dublin Hospital, By Mr & Mrs TUCKER,
11    wherein I, Nathen Person, ADA disabled / paraplegia
12    was Denied Meals @ Denny & Santa Rite, While they had Per Dium
13    CASH & ate in front of MYSELF, Red Robin & Pizzas
14    The Tuckers were Noticed by Denver Sheriff, that I
15    Required Insulin in 3 hours, 12 hours later I Required
16    HOSPITALIZATION by order of PHS @ Santa Rita Jail
17    PRIOR to BOOKING. because "OUT of CONTROL" Blood SUGAR
18    It was futher "While in Insulin Shock Theropy" 10% sucrose
19    from 400 in 4 hours, DUMPED at Booking without Food 10% Plus
20    for ADDITIONAL 8-10 hours. to Inflict, Insory & TRAMA?
21    Where As, the Tucker DUO, had LOST - MISPLACED
22    PAIN & INfections Relief for Post Surgery Prostetic
23    Right-Leg STUMP, Medical Records. And Today I'm (Refused Relief)
24    SUFFER DEBILITATING PAIN, for Phantom Right-FOOT.
25    Upon final TRANSFER to INFERMARY, Cell #1 which has no
26    Phone Wiring / Denied Phone Access, DESPITE, ~16 or 19th Aug
27    Inmate PRO-PER, Pin# Assignment •••• #06, By BOYD
28    Inmate Service's. Where In Boyd, replacing SANCHEZ
      19th of July is Willfully Wanton, Deliberate Indiffrent Wrongfully Prograamming
      PRO-Per-PINs as One minute career order call. & Denial of Due Process
                                                      Page 4 of 7

Continued People = V = Swede NELSON - Wells Fargo ARC-666            Case # ....464

1
2   HONORABLE JUDGE HOWARD Doc? EEY
3   on 14th Aug Highnoon, despite 8:30 calendaring, of In Custody, Defendant
4   & Setting Extra High Bail $60,000°°, while Allowing Many
5   O.R. release on CVC $10851 even with GBT's $50,000 Bail continuance
6   for $1.2 million Olive Oil$ / ELDER ABUSE; ie PREJUDICE Showing
7   & Violation of State & Federal Constitutions & Civil Rights & Bail
8        Did "ORDER DISCOVERY VERBAL" MOTION, near 14th Aug
9   Where-UPON False Crime Report(s) of Aledged Victim, Payor
10  ALVAREZ dba the CARSTORE, without Showing of Proof
11  of Discovery - Land Rover, Vin #628, OWNERSHIP$
12        Wherein "CARFAX" Report shows Marin County Owner$
13  There-UPON Not Guilty Plea on 13th Aug, Registered &
14  PRO-PER ORDER (Verbal) issued to Sheriff Plumber(s)
15  "Inmate Service" ex mentus SCHANEZ-BOYD; Despite
16  Demand for WRITTEN ORDER.
17
18        THEREUPON I discovered, that "LAW LIBRARY, Fixed Asset
19  AND Constitutional Due Process, Entitlement, was Watonly
20  Willfully & with Deliber Indifference WASTED, Upon Notice
21  without Objection, Fair Play - Good Faith, By Sheriff Plumee
22  ~ 7th May 2004, of in Violation of Bounds V= Warden Smith, 430 us 817
23  when I asked for PRO-PER access.
24
25        THEREUPON it's ESTABLISHED FACT that no WRITS
26  Petitions for HABEAS CORPUS, are Available & Reface to face
27  Deputy BOYD ~ 26th Aug & LRA contractor Refuse to Study
28  WRITTEN RESPONSE, AND Refusal of Minimal Reference
    AUTHORITY Webster's College & West Compact Penal Code
    & West's Brooks Law & Cal/Va & Evidence Codes, etc.
    (See FBI complaint - Grievance #76-15,231 & 15,354 - Cal. Jail)   Page 3 of 7
    & DENVER COUNTY JAIL B1-244, COLORADO)

15/34

Continued People-V- State NELSON-WallFargo ARK-#6    Case #1....464

@ San Leandro, Calif 25 May 07, PD#7-19455-Can #7039235

To the HONORABLE CLAY-SANDERS, Dept 501-509&511
HAYWARD HALL OF JUSTICE, STATE of CALIFORNIA, SUPERIOR court.
Whom District's Attorneys General(s) Brown, Jr. & US Gonzales
Via Interstate Treaty adopted - calif/State PC 81381, AND
Constitutional Rights 42 us 81983, To Speed Trial & Public-
and Calif Constitution Art 1 et sex

That, upon 13th Aug 07, Prelim Motion 50m, Dept 581, Hayward
AND "Not Guilty Plea", where the Court Left The Bench / never returning
to the Record See Mon 13th Aug 07, Case ARK#6 - DQB 388 & 7H 464
Were-In DA Rees via Phone Reduced 7 year Prison to 1 year County, other-
or Misdemeanor. After 14 hours of ADA, disabled, Senior Citizen
in Holding Cells (Posted Capacity ~12 Persons) with ~ 30 inmates + wheelchair
at Hayward Sally Port, Wherein "In custody's" are entitled
to Priority Calander of 8:30 am. in Violation of Constitution Rights & Due Process
of Pro-Per Defendants, whom Suffered Latent Prejudice, Diabetic Shock;
AND Open Discovery was Witheld for Redaction & Distruction of
Exculplarty Evidence, Bank Statements & Sales Contract & Credit Report.

District Attorney Orloff Hartman & Rees - General's Brown - Gonzales
& Sheriff Plummer, who's Transportation, Duo #6 Mor & Tucker's etal.
via United Airlines, Partyed at Denver Rockies Baseball game
the 9th Aug, Rather Than Collecting Defendants Exculplarty
Evidence / Lap Top Compaq Computer & Propxerty & Trust
Funds Did Refuse/or Unwilling to Use, Alameda Co. Cash Expense
Monies to Pay $30 booking fee & Converted ~$120 of Inmate POET
Funds or Denver County Sheriff. The Following Day 10th Aug @ Santa Rosa, Midnight.
(See FBI complaint - Grievance 076-51383)

Page 2 of 7



Douglas "Swede" Raymond NELSON

Private Attorney General #DQB383                    #UCCSR-106
5325 Broder Blvd G46 ARX-#46
(925) 935-4332 (307) 251-6146  email Wild Cat tnelson, Aol.com

          United States of America 9th Cir District        Writ of Replevin
          State of California Superior Courts               Case # A643366

Per UCCS 2-106.6 State of Colorado Superior          42 US 8 1983
   In for County of Alameda, Ca / Denver, Co.        ORDER
     24405 Amador st. (925) 551-6892                 for Replacement
     Hayward, Ca 94544                               Pursuant to Lemon Law

Arre, Apex "Trouble Shooters Ltd" & Posting engrs.   of 2000 ROVER
   Best Mechanical Construction Concierge            Affirmed 27 Aug 2007
Wells Fargo Stage Lines "Cal Savings 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     ReAffirmed 28th Sept 07
   Rachel Gore et al        Sole Owner #20,000±
AAA insurance      =V=s  # 429 025 794 498 0314
                                      cross Plaintiff

the City of San Leandro Licensee "Claim #-169 Grant"
Federal Tax #          , Clifford Trustee "Stapp-Santos"
Sites 14285 E 14th & 16600 E 14th U S Route 17/880 Cal Trans CHP.
aka NUNO, Paul #195 / ALDRED < Prior & Alverez> aka the Rover Land Range ROVER Store

Pursuant to 20th Aug 2007 Filed, highnoon WRIT of REPLAVEN
Ex-Tra Ordinary Remedy / "Remedy Oner" the licensee CAR STORE
& 24th August "Second ROSS discovery SALE contract Licensee own RHIO

The Honorable 509 dept, standars, did CONFORM, LEMON sale
Agreements. Upon Acceptance of $5000º NSF check, Wells Fargo #0552
Over Land Stage / Drayes as IPCS 470 (D)(F), Probation Ms. Lee & Alvera
and Demand(s) for TRIPLE DAMAGE -Actual + Punitive $10 million.
With All Parties / Orloff Ross in Attendence Without Object
to the "Kidnapping of Alamedia Blvd-Hwy 25, 1st August Denver
THEREUPON Obstructing Inter-State Commerce, While in Course of Landberg
d 99ravated Act, KLAXTON doctrine & KLEPTOMANIA
1 Oct 07, Avered / Verified   @ Douglas "Swede" Raymond Nelson

Pg 036/150 P.S. You have 30 days 1st Nov 07, on $3 KOASH US, for Lien Enforcement @
To Deliver Rover #3 x #11K or $33 KOASH US.  foreclosure = .

Continued People VS Sneed NELSON - Wells Fargo - HSBC - FDIC Case # H43366

# PRAYER REQUEST

The Defendents be Granted Withdrawal of PLEA for Entitlement of Due Process, $125,000 each Defendant + each Entity & Speedy Trial, To Present Heretofore Secreted Exculpatory Evidence of Count 1 & 2 Provided in Second Discovery The Day Prior to PLEA, by DA Ross-Alderman, PC § 1054 & Papa Commitments.

Subsequently, Defendent was Transferred From Infirmary to HOLE, to Death Row Housing violation & ADA Recommendations in violation of Constitutional Rights Because of Disability Prostetics Right Foot, Metal Parts, & ADA accomodations Denial. Grievences "Deputy Johnson (Gun Show" & 76-# 57410 & # 57401 & # 51383 & # 57354 & # 51231 Alameda County & # 81-244 Denver County.

This Added "Terror-Trama" & "Mayhem", Plus Related Lack of Timely Diebiatic Insulin 2 times Daily is Imminent Danger of Physical Injury. To Defendant "Per 28 USC § 1915 / Civil Rights 42 USC § 1983."

Wherefore, Please GRANT withdrawal of Nolo PLEA AND Hearing of Motion to Dismiss / For Violation & 10 day Pre-Lim, & OR Release For Prejudice & Cruel Unusual Punishment Because of ADA disabilities Insulin Dependency & Prosthetic's Right Foot.

Pg 0 4/50

Motion (Extra Ordinary writ) To Withdraw PLEA & ext for Pre Lim.

Continued People V= Swede NELSON-WellsFargo   Case#01763766

VERIFICATION

I (we) Defendents Douglas "Swede" Raymond NELSON
dba WILDCATTER - DRILLING - MINING - Railroads,
of Tahoe's North Shore - Truckee - Kings Beach - Incline
Village - Mt. Rose & Rock Springs, Wyoming, & Aspen,
Vail, Boulder - Denver Colorado.

Do hereby Aver & Verify THE PRECEEDING IS
TRUE & CORRECT to BEST of our Knowledge & Belief
UNDER Laws of California & Colorado USA. ...

⊗ Douglas "Swede" Raymond Nelson
═══ Jailhouse LAWYER ═══

PRAYER
$125,000⁰⁰ each Entity & ea Individual v $100 million
in Re Beck-Seeds Vs Icern Title I of ADA 42 USC §12132
49 F Sup 2d 120 (ee) 42 USC §1983
in Re Crescent City

23ʳᵈ oct →    ⊗ Raymond "J. Swede" Nelson

Motion (Extra Ordinary Writ) to Withdraw PLEA or EXT'AW Proc-dure