

FILED
07 NOV -1 PM 4:58
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Raymond dSwede NELSON ProSe
2  Private Attorney General
3  5325 Broder Blvd (ste ARX-006)
   Dublin, CA 94568

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond dSwede NELSON ProSe
DQB383
                    Plaintiff,        CASE NO. _____
        vs.
Land Rover - Alverez dba the Car Store
Wells Fargo, Stage-Liddy        PRISONER'S
aka CFO Atkins                  APPLICATION TO PROCEED
Western Union Safeway Defendant  IN FORMA PAUPERIS
           real party of int    Down Payment $5.74
                                * US postal 41¢ x 14 =

CV 07  5582  JW  (PR)

WildCat-Nelson-Private A/G (707) 552-5991

I, NELSON, Ray dSwede declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? ~~Yes~~  No X  INCARCERATED (False Imprisonment)
If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:
Gross: None                    Net: None
Employer: Lock Down 24-7, wheelchair Bound @ Guantona-Bay
North West Dublins Santa Rita, Discriminated (Blue to Red #5130's Green)
Refused Trustee because of STAIRWAY VISA ELEVATORS
CRUBS USA, RAMPS

Pg @ 46/50

APP. TO PROC IN FORMA PAUPERIS          - 1 -

11/1
* RETURNED TO PLAINTIFF

ATTCH nelson - Reverte AG-App (701)552-5991

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Wild Catters Drilling - Mining - Mfg - Rail Road - Pipe Lines
5  Rock Springs, Wyoming 80089 (307) 257-6146  1st Aug 07
6
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.  Business, Profession or              Yes X  No ___
10         self employment
11     b.  Income from stocks, bonds,           Yes X  No ___
12         or royalties?
13     c.  Rent payments?                       Yes ___ No X
14     d.  Pensions, annuities, or              Yes X  No ___
15         life insurance payments?
16     e.  Federal or State welfare payments,   Yes X  No ___
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.  Self Employment $6,500
                         IRAS           $9
                                                 $400 Wasted a Felson Mail Room 15/17th Oct
21                       Annuities
22                       SSI            $700
23  3.   Are you married? Widowed              Yes X  No ___
24  Spouse's Full Name: Kristen Dae (Sandi) Nelson, deceased
25  Spouse's Place of Employment: Bone Orchard(s)
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ None                Net $ None
28  4.   a.  List amount you contribute to your spouse's support: $ 9200

Pg 47/50

S. APP. TO PROC. IN FORMA PAUPERIS        - 2 -

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_the WAYNES (ARE-765), GORDON-HAYES_

5. Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes _X_ No ___

Make _SEIZED, 2000 LAND ROVER 4x6/1_ Year _2000 WAYNE ITON_ Model _DIESEL BOX VAN, 90 DODGE POWER WAGON 4x4_

Is it financed? Yes _X_ No ___ If so, Total due: $ _$11,500_

Monthly Payment: $ _$230.00_

7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: _Edward Jones @ Rock Springs Wyoming_

Present balance(s): $ _$1,000.00 Wasted 1st Oct @ Santa Rita, Mail Room, Martin Witt ACSO_

Do you own any cash? Yes _X_ No ___ Amount: $ _$101 Thurs & $87 wasted @ Property_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _X_ No ___

_Seized Lap Top Computer & Welding - Mining ~$100,000.00_

8. What are your monthly expenses?

Rent: $ _$615.00_    Utilities: _$600.00 Fuels_

Food: $ _$800.00_    Clothing: _$12.00_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| US Bank | $ 200 | $ $1,200.00 |
| Wash Mut | $ 100 | $ 800.00 |
| Safeway | $ 100 | $ 3,000.00 |
| Rite Aid | 50 | 600.00 |
| Home Depot | 200 | 400.00 |
| Lowes | 200 | 200.00 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Yes, MBA student CitiBank $55,000⁰⁰

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

19 Oct 07
DATE                            SIGNATURE OF APPLICANT

Note Accounting Sheriff AHERN
ALAMEDIA County Supervisor Refuse Monthly Statement
& Refuse/Unwilling to Complete
TRUST CERTIFICATION for
3 months in Discriminatory-Retaliator
FRAUD to Deny Due Process
EQUAL Access to Justice

margin note: Arre4nelson-Pelekai A16-EPH (749) 552-5591