

# INMATE GRIEVANCE RESPONSE

Special Solicitor General

GRIEVANCE TRACKING NUMBER: 07G-S1621

INMATE: **Nelson, Douglas**  PFN: **ARX006**  HOUSING UNIT LOCATION: 2F8 ~~1F07~~

GRIEVANCE IS   AFFIRMED: ___   DENIED: **XX**   WITHDRAWN: ___   RESOLVED: Lost Case Judgement   REFERRED: ___

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance dated **October 19, 2007**, and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

$2053 ex Defend

In your grievance, you claim multiple unintelligible issues. $125,000.00 Due for Mail/Tax Help

PC §182/§187 attempt Mail Fraud for evasion

**Response:**

The Grievance Unit has ordered that you submit one issue per grievance. Furthermore, you were ordered to leave out all legal jargon and include only those issues directly related to your complaint.

You failed to follow the orders given to you by submitting an unintelligible grievance that contains legal jargon, multiple issues, and no specific details.

Your grievance is **DENIED**.

*[Handwritten annotations:]* I Have Complied; you ARE WITHHOLDING (Receipts) ... to Obstruct Justice ... & I will Re-Write in 2nd Grade English US DISTRICT COURTS (Evidence Documents) This is my legal Work Product Return it Privatized Attorney/Solicitor General PC§182 or $7,000 Damage for Judgement CSC 06-1272 STATE OF CAL SUPERIOR COURT (Served Dinner Tues 6th Nov 07) Ex Mr. Shot Caller of PCC

Investigating Supervisor: Ben E. Shaul, Sergeant   Date: 10/23/07

Inmate's Signature: _____   Date: _____

Do you wish to appeal this ruling?  Yes ___  No **X**  Refused to Answer ___   Date: _____

Appeal Officer: _____   Recommendation: 10/29/07   Date: 10/29/07

Reason for affirmation or denial: (If different from above)

Commanding Officer: A. Eugene Lewis #826   Recommendation: **CONCUR**   Date: 11/1/07

ML52 (Rev.01/01/05) BES/jrj

*[Handwritten: Arrested/Verified @ Camp Parks 94568 @ Dr. Swab Taber Wildcat 4 Nelson et al]*

ENTERED NOV - 5 2007

# THE LAW OFFICES OF DIANNE D. PEEBLES
### ATTORNEY AT LAW

DIANNE D. PEEBLES

ONE KAISER PLAZA, SUITE 750, OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 832-8700
FACSIMILE (510) 836-2595

DIANNE D. PEEBLES
DPEEBLESLAW@COMCAST.NET

July 26, 2007

Douglas Nelson *Pro Se*
2242 Morello Ave, #A
Pleasant Hill, CA 94523

Re:  Douglas Nelson *Pro Se*
     Claim Number: 02-397-500-0
     DOL: 12/18/06

Dear Mr. Nelson:

As you are aware, I was retained by your insurer, California State Automobile Association, Inter-Insurance Bureau, (hereinafter "CSAA-IIB") to assist in the resolution of the above-mentioned claim under your policy of insurance with CSSA-IIB. I am writing to advise you of CSAA-IIBs' determination of your claim.

For the following reasons CSAA-IIB has declined your claim in its entirety.

As you are aware we required additional information to respond to your claim. Initially CSAA-IIB wrote to you to request that you provide a recorded statement. You failed to cooperate with this request.

You were then notified that we required your examination under oath (EUO). We notified you by letter that your EUO had been scheduled for June 1, 2007. In that correspondence you were notified that your failure to cooperate in your EUO would be grounds for denial of your entire claim. You were asked to call the undersigned to confirm your appearance at the EUO. You failed to confirm your appearance at the EUO and all attempts to contact you by telephone at the telephone number that you had previously provided to CSAA-IIB were unsuccessful. The June 1, 2007 EUO was cancelled.

We rescheduled your EUO for June 12th, 2007 and notified you of this date by certified letter. The EUO went forth as scheduled on June 12th, 2007 but you failed to appear. The certified letter was subsequently returned.

The policy of insurance under which you made your claim states in **SECTION I – CONDITIONS 2. Your Duties After Loss** section "d. (3)" that a Claimant is required to

1. 
2. Nelson/Bush-V5 Governors Schwarzenegger et al
3. Cal State Jail A/G BROWN - Cal Colorado Nevada
4. 
5. Colorado Denial of Due Process By FeeMaster
6. Effective April 16, 2004 Inmate Services will only make 3 copies of
7. aka Boyd Sanchez-Johnson legal documents.
8. 
9. Legal documents are considered items that will be presented to a court
10. and a prosecuting attorney. Any other forms will not be copied
11. including instruction forms or blank documents.
12. 
13. 
14. 
15. Each item will be copied one time only. Do not send same item back
16. for repeat copy work. Additional copies will have to be done by a
17. "court runner" or your attorney.
18. 

CV-07-5581
CV-07-5582
Mark Freed
Lead Case #66-SCS-1272
ORDER for Sanctions

Agreed/Verified

