**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Douglas "Swede" Raymond Nelson  PFN: _____

HOUSING UNIT: _____  DATE: _____

NATURE OF GRIEVANCE: (Give specific details)

[Handwritten content largely illegible - appears to include references to: Solicitor General, FCC, ADA Wheel Chair Disabled Veteran, Violation of Emergency Rated Order, Retaliation, 2F8 Officer Garcia/Bereco/Dunn/Toss, Maurice Garuedy, Assault on Humboldt County Deputy, Commissary, Earth Quake, Oakland Tribune, Mayonnaise, Hiley BBR-611 2F6, First Amendment Phone Calls, Thanks Giving assaults, Denial of Rotation Pod, KMEL, song of Ever Riot, 911, Banging on Door for Help, Riots to Paper]

INMATE SIGNATURE: Dog Swede Ray

***DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY***

RECEIVED BY DEPUTY: _____  BADGE #: _____  DATE: _____

[ ] RESOLVED - INMATE ACCEPTANCE: _____   [ ] CAN NOT BE RESOLVED AT THIS LEVEL
EXPLAIN RESOLUTION ON REVERSE SIDE.            DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. _____   TRACKING NUMBER: _____

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

# Experts condemn city crime rankings

■ List rates Oakland as fourth most dangerous

**By Elizabeth Williamson**
WASHINGTON POST

If the FBI has said it once, it has said it a thousand times: Do not use its crime statistics to rank the nation's most dangerous cities.

That didn't stop CQ Press from releasing a book this week that does just that. It didn't stop officials of cities on the list — not the ones ranked safest, of course — from furiously protesting that the rankings were not only meaningless but unfair.

Oakland ranked as the fourth most dangerous city in the country, prompting Mayor Ron Dellums and police Chief Wayne Tucker to question the value of the study.

Richmond wasn't far behind Oakland, ranking No. 9.

Detroit and St. Louis fared even worse, ranking No. 1 and No. 2. Those two cities were led the attack on the validity of the rankings.

"It really makes your wonder if the organization is truly concerned with evaluating crime or increasing their profits," Detroit police Sgt. Eren Stephens said in comments quoted by the Associated Press.

"With crime experts across the country routinely denouncing the findings, I believe the answer is clear."

Criminologist Richard Rosenfeld of the University of Missouri



# Rider has many reasons to give thanks

I don't have legs, but I'm have a new sorrow, and to have it nksgiving.

O has celebrated giving Day every ow owns a million.

chicken chop will be his first without both his

through Otto's in-urit and religious finds reason to

ion't have two said Monday in ounty-club residing to have a rrow, and I'm it on Thurs-

ged right above the arrival a gethe is thankful ses for

Continued NELSON-WDM - Vs People Calif Colorado, Arrested

3 B] Count 1, FORGERY - PC§ 470(d), Check #0552 $5000
    Count 2, GRAND THEFT AUTO PC§ 487(d)
    LAND ROVER (2000) DISCOVERY
    Declaration of PROBABLE CAUSE, CVC§10851(A)
    PC§ 476 & 496, of SAN LEANDRO POLICE, #222 ALDROP
    VALUE $16,141.50 <$5000> = $6,141.50
    DATED 17 MAY 07

I C] HAYWARD, HALL of JUSTICE "STATE of CALIF SUPERIOR"
    Dept(s) 501 13th Aug - 20th Aug (dry run 24th Aug 07) high Noon
    Dept. 509 27th Aug, HONORABLE SANDERS
    Dept. 511-911-913 (?) 25th Sept 07

3 D] DQB-383 / ARX-006 &-or H..... 464
    CII 085 28 071, 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

3 E] on or ABOUT 24th APRIL 07
3 F] UNSENTENCED <PLEA WITHDRAWAL> 25th Sept
3 G] UNKNOWN "Offer 9mos County Jail"
3 H] UNKNOWN "Offer 3/3 = 6mos = 1st December Jan 07-08

4) Not Guilty - Nolo Contendere Withdrawn 25th Sept
5) NO TRIAL

6) GROUND #2, UNLAWFUL CAR STOP <fishing expedition
6A) Profiling> of US MARINE CORPS, CAMOPHLOGED
Dodge 4x4 POWER WAGON, with LOAD of MINNING, ICE C°,
DRILLING & WELDING & BROADBAND COMPAQ COMPUTER(S)
which was CONVERTED by ALAMEDA SO, DEPUTIES, 10th AUGUST
MR & MS TUCKER, GRIEVENCE # 076-57383, COLON SPREADER
DENVER Police Doc WMA #1, #2 &#3, ALLEGED VCode
VIOLATION "NO LICENSE PLATE LAMP", which is "EXEMPTED" in MILITARY
VEHICLE(S), where LICENSE is at HEADLAMP HEIGHT, on TAILGATE

Petition Writ of Habeas Corpus

Continues NELSON-WDM -V- People Cali's-Colorado

1. ie PREJUDICE, wittnessed By No Vehicle Code Citation
2. & Removal of Petitioner, From PAIN MEDICATION, &
3. RECENT SURGERY, of FROST BITE. on or about MIDNIGHT *
4. * [GRAVEYARD SHIFT EMPLOYMENT 1ST Aug (PDST) to AVOID
5. HEAT-SPELL of 100° TEMPERATURES on WELD & METAL JOBS
6. FORGEING <BLACKSMITHING> of RAIL SECTIONS since
7. ~15th July 07 @ Denver -Littleton 80122] @ 7-11 Store
8. (South Land Corp Reno Nevada/Tahoe)[Whom we are Sub Contractor for]
9. @ Denver's, ALAMEDIA BLVD @ Hwy 25 "SITES"/ CITY & COUNTY,
10. & UNION PACIFIC RAILROAD YARDS, VIA-DUCT / OVER-CROSSING.
11. 6B) Unlawful SEARCH / SEIZURE, Violation of Civil
12. RIGHT(S) 42 AS §1983, Cal. & Constitution Article 1
13. PROMULGATION of MAGNA CARTA -HABEAUS ACT, WILLFUL
14. OPPRESSION, OBSTRUCTION of JUSTICE PC §182, & ASSOCIATED
15. DENIAL of "SOCIETY" of FRIENDS / TOOLS / FAMILY, &c
16. ie LEGAL Resources & FARRETTA Motion, PRO-PER ORDERS
17. CALIF / COLORADO / US EVIDENCE CODES
18. i. Discovery of RESTATION WARRANT DQB583
19. IS & WAS FRUITS of POISION TREE, Filed 28 May?
20. By DA - State Bar # 104513 HARTMA, R.L., ALAMEDIA County
21. @ Midnight 1st Aug @ Denvers, ALAMEDIA BLVD / 05 Hwy 25
22. Resulting in "FALSE Imprisonment / Kidnapping-
23. Violation of "LINDBERG Act" InterState §1381/PC
24. PC §182, Conspiracy to "Do Criminal Act"
25. By ALAMEDIA S.O. Mr-Ms TUCKER'S, Deputies.
26. (as Reported to FBI @ San Francisco ~9-11-07) & TRO
27. 6.1 GROUND 3, FALSE CRIME REPORT, CVC §10851,
28. Subject of "Declaration of PROBABLE CAUSE" for -No Bail-
PC §1381 - FUGITIVE WARRANT [$60,000°° HOLD, 15th Aug]
& ASSOCIATED WIRE-EMAIL- FAX & PHONE FRAUD by "People Cali's"
UPON Booking <Fee $30> # 1551691 Colorado, Denver P.D., 1st Aug A

PETITION Writ of HABEAS CORPUS                           Page 04/7

CONTINUES NELSON-HOM - Vs People Calif-Colorado

GROUND #3 continued

6.1.a) PERJURY of Detective, #222 ALDRED, 17th MAY UPON Signature of [Violation Oath of Office, P.O.S.T. CALIFORNIA Peace Officer #233,] THAT Count #2 CVC §10851 OCCURED. Whereas, EVEN IF FRAUD WAS (For SAKE of ARGUMENT) USED to OBTAIN Consent of OWNER IT IS FUNDAMENTAL COMMON LAW THROUGHT InterStates, A CRIME is NOT COMMITTED "But ONLY a Civil ACTION" 228 CA 2d 719 & 4 CA 3d 534 AS CAR STORE Owner ALVEREZ, Made Consent ~23 or 22nd April @ WALNUT CREEK, Ca to Petitioner(S)
i.  UPON SIGNATURE of Vehicle-Vessel (DMV 262) TRANSFER - REASSIGNMENT FORM, ID #24173 (OPEN DISCOVERY of ROSS-HARTMAN D.A.'s 14th Aug 07)
ii. UPON LO-JACK, Addendum to Contract of Sale & INSTALLATION in on LAND ROVER. DISCOVERY to Prevent Theft BY CAR STORE employee(s) WWW. CARSTOREUS.COM / RALVEREZ, A.I.COM
iii. UPON, RANULFO (aka FITO) ALVEREZ, Owner alledged "the CAR STORE" & Police Report Statement @ SAN LEANDRO PD, 17th MAY [after Western Union @ Safeway Payment was Made for MAY) ~15th MAY @ WYOMING'S, RAWLINS CITY MARKET, Western Union] is No Intent to defraud

6.1.b) "That he Picked (Myself) Petitioner Up @ Home @ WALNUT CREEK & DROVE ME to THE CAR STORE, & GAVE (23rd April) DELIVERY of LAND ROVER, which broke DOWN within 5 minutes (Defective Steering Wheel Lock $2000 Repair) At LONGS DRUGS, Report 07-1955, Officer #195 Det ALDRED #222 P3 3/3 Invest - Follow-Up. FALSIFICATION (Reported to Risk Management City of San Leandro)
iv. DA ROSS, was NOTICED, 14th Aug THAT Western UNION, Inter State, Fund's, were CONVERTED, BY ALVEREZ or PRYOR et al & PC §182, FALSE CRIME REPORT.

PETITION WRIT of HABEAS CORPUS    Page 5 of 19

CONTINUES NELSON-MDM-Vs PEOPLE CALIF/COLORADO

GROUND #4 FALSE CRIME REPORT, BAD "FRAUDULENT" CHECK
6.2.A) THE CHECK WAS "PROMISSARY NOTE" NOT DEMAND
DEPOSIT. COMPLAINTRANT WAS NOT PRESENT (Ms PRYOR)
DURING "Deal MAKING / CLOSING BY the CAR STORE
OWNER (FITO) ALVEREZ." IT WAS UNDERSTOOD
THAT FUNDS WERE ON "HOLD" BY WALNUT CREEK
WELLS FARGO, ~$20,000, ACCOUNT 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
BANK STATEMENT WAS BASIS OF "Signature
LOAN, NO TRADE-IN OR UPFRONT CASH, ALTHOUGH OFFERED
"Evidence Witheld by San Leandro, Detective #222
ALDRED, WALT, from Discovery or DA's Ross
AND HARTMAN, BANK STATEMENT 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
Savings #.....352.

6.2.b) PURSUANT TO E-mail Notice, BANK MANAGER was
UNLAWFULLY "EXTENDING" HOLD ADDITIONAL
10 days, 25th April 9:3/AM.
PURSUANT TO CALJAC 31970, Defense is That Funds
WERE ON DEPOSIT 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 $15,000 to $20,000
& NOT INSUFFICIENT, BUT TO COVER-FULL PAYMENT.
& REASONABLE EXPECTATION OF PAYMENT
& ACTUALLY believed THE BANK WOULD PAY,
(i.e No Intent to Defraud.

WHEREIN, the CAR STORE ALVEREZ, WAS TOLD
and "NOTICED" in email (Provided in Discovery)
THAT PAYMENT WAS ON HOLD THEN PETITIONER
WAS NOT GUILTY of CRIMINAL ACT PC §476
CALJAC 31970
Informed Payee About HOLD
People Vs POYET (72) 6 Cal 3d 530
People Vs Pugh (02) 104 Cal App 4th 66

ADDITIONALLY, the CAR STORE WAS NOTICED to Pick-up
the Vehicle @ Salt Lake City & or PROVIDE FARES
WHICH ALVEREZ / Price Refused
SUA SPONTE, duty of Court, to NOTICE defense

BR19

PETITION Writ of HABEAS CORPUS     Page

CONTINUES NELSON-WDM Vs People Calif/Colorado

GROUND #5, Denial of Pro-Per Status & Access to Law Library

1. 6.3.a) & Constitutional Rights, Upon Court Order Granting Facratta Motion, & Notice Verbal 13th Aug / 14th Aug & Written 20th Aug to Inmate Services Deputy Boyd, ~16th Aug Deputy Boyd Verified Pro-Per Status Charles C Plummer, Peace Officer But; Sheriff Alameda County Wasted The Asset of Brick & Mortar, Browsing Law Library 7 May 2004.

2. 6.3.b) In Violation of "Adequate Law Library", Constitutional Rights, of Bounds Vs Smith 430 U.S. 817. Writs of Habeas Corpus are Denied By Contracted Legal Research Associates v PC §182 / US 42 §1983 Further Continuous / Cumulative PREDJUDICE.

GROUND #6 ALAMEDIA COUNTY is Country Without Writs the GREAT WRIT of HABEAS CORPUS to CONTEST IRREGULARY of EXTRADITION Process Based on Falsied Probale Cause & Right to Reasonal Bail.

See Attached Grievances
ALAMEDIA 076-51449-51434-51432-51410
51401-51383-51354-51231 Denver #81-244

GROUND #7 Sham Sentencing, entitled to Same Judge of Trial to Sentence, "UNAVAILABLE" Re Sased to Hear Motion to Dismiss or Withdrawal Avered & Verified
11th Sept 2007  Douglas Swede Raynard Nelson

9 of 19

Petition Writ of Habeas Corpus   Page