

SOLICITOR GENERAL, USSG Secret Service

Dr. Swede Johnson NELSON

BLM-CDF Fire-Safety Pilots & Wildcat & SEO
WILDCATTERS, Oil Drilling & diamond Mining Mfg.
RAILROADS & Pipe Line Safety-Security
Post Office Box 702, Rock Springs, Wyoming 82901
(307) 257-6146 (925) 235-4332
WILDCAT4nelson@aol & ATTO4nelson@Yahoo
aka Gene HUMBOLT co. COX-616 NELSON memorial Society
@stoller Love Honeyedew - Bridgeville
Petrolia, Punta Gorda Benson

FILED
2007 DEC 19 PM 2:15
NOTICE 14 Nov 07
DISTRICT COURT
DISTRICT OF CALIFORNIA
AHERN
Proof of Mailing-Up
SERVICE Paint Service Church
on All-Alameda County

CV07-5582
& CV07-5581

UNITED STATES of AMERICA
SUPREME (World) Courts
Do Kagan with chief Justice John Roberts
on the 9th Circuit in N Norte CALIFORNIA
District Court, in San Francisco 94162
the Pacific Ring of Fire

Read Cases
CoCo Case SC06-1272
CoCo Case SC07-283
USSC ALAMEDIA Co
False / ARREST / Kidnappings
for Ransom #143-366

in Re: 42 USC § 1213 2 & 1983 Rem

NELSON— used clave ADA, entity, Dr. Gold Society Nevada
in Personam Does Swede RAYMOND "Water Master" NTPAD
& The Commander "Brains & Dic" Chief Bush-Cheney
W/a Speaker Nancy PELOSI

and BLACK muslim
1/2 Baked BBD-611
attempted murder(s)
in Re: D'Junia HILLEY
dob 12-17-79
at CBC's Complain 07-2311
& 07-8308
at Sheriff and Ahern
& Cox-616-NELSON
+ 10± House Breakings
Gassing - Floodings
GB1 - WMD's Poisoning
at Casco # 6 Toxic Waste

—Vs—
The Terminator Schwarzenegger / Calif to Colorado
Western Governors List etd
BYU, Mills LANE, MINNEY, GAFFEY, GOODMAN
SANDERS, Ron GEORGE STATE BAR's / ABC Cal-Neva

—Vs—
Insurance & BANKING Commissioners IF DIC-SEC
@uacken Bush
Society of STATE Cox-Nev-UTAH-Wyoming-Missouri

—Vs—
Cities & San Leandro-Hayward-Oakland
& Mayors Brown-Dellums-Santos
in Re: Claim# 7-7409 & CSAA Henns Maison 02-3975
in REM-# 2,999,999.00— Percent Free Bonding
1YE Dec 06 @ 94523, ie 2248-2255 Merelle Ave.
State of Calif. County of San Michael Contra Costa/ABC (Xclaim SC07-283-P.91
HARFORD / Pacific Bio will. GLASS & Bob KANE-CSB 71409. occ The Buck Stops here
Patent Pending 2008

CSAA
in Rem Home / Auto
World Class in Service
CSB#  Dia Peebles
One Kaiser Ct
(510) 832-8700
(925) AHERN 828-4157

MC-275

**FILED**

Name RAYMOND DSWEDE NELSON Pro Se

DDS ~ PRIVATE ATTORNEY General

Address WILDCATTERS DRILLING MINING-MFG Pet-Peno Pipeline

(307) 251-6146 Bx 782 Rock Spring, Wyoming 82901    E-filing

False Imprisoned: George BUSH-Gonzales

& Arnold SCHWARTZENEGGER

CDC or ID Number ARX-906-COL-DB-383 Colorado & SanFran H20-579

NORTHERN ~ WESTERN (CUBAS) GUANTOMABLE, DUBLIN PRISON

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JW

SUPREME COURT STATE OF CALIFORNIA, San Francisco

United STATES DISTRICT

San Francisco, California

CV - 07 - 5581 (PR)

PETITION FOR WRIT OF HABEAS CORPUS

Petitioner NELSON wheel chair ADA Douglas "Swede" Raymond 42 USC §12125 & §1983

vs.

No. _____

(To be supplied by the Clerk of the Court)

Respondent The Commander in Chief George BUSH
U.S. Postmaster Henderson Gonzales-Brown
GOVERNORS Colorado - Wyoming
SCHWARTZENEGGER) Napa - Lead Respnt
MILLS LANE - GAFFEY SANCHES (SF, Las Cal-Nev & WY-Col)
INSURANCE Commissions QUACKENBUSH/Does
MAYORS BROWN - Dellens-HICKS-SANROS Des

## INSTRUCTIONS — READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Pg 1/33

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

Page 3/21

Pg 3/34

1. Page 2 Parties
2. Plaintiff(s)
3. Dealers "Sadic" Raymond Johnson NELSON
4. Privatized Attorney General
   BACKLENNER H-0-577
5. Wind Centers Dallas - Mincing/Mfg - RainRoads - PlpeLns
6. AT&T, (AppleBest)
7. Appex "Trouble Shooters Ltd CoA 343736" & Testing Engineers
×5. the Waynes "ARE-765" Gordon-Hayes, Similary Situated Wheelchair
8. Land-Range-Rover usa Aspen〈Glenwood/SnowMass〉Vail, Denver Walnut Creek Pleasanton
9. aka Atkins-WellsFargo, # 5½86 White (20,000° # 341-838-0362
10. aka Alverez-Prior-Sanfo's dba City of San Leandro Licensee the Car Store
11. Denero Dealer, the Car Store # 14,885 East 14.St. / 835 East 14St/901+
12. Alverez-Western Union-Safeway 16600 East 14St
13. Hunos
14. NUMMI 45.500 Fremont Blvd The Toyoda
15. ZIA-FREDOS
16. B+A Pleasant Hill
17. U.S. Bank, Martinez-Concord-Albertons
18. Wells Fargo, Chico-Pleasant Hill-Concord
19. Safeway, Inc. Pleasanton 5918 Stone Ridge Mall Rd.
20. DMV, State of Calif Schwartzenegger
21. AAA insurance, Life 17250 Newburg Rd, Louanne, Ohio 18152
22. State Bar Orloff-Ross
23. LRA - wasted Law Libraries 7 may '04
24. Patriot Act, Reno-Gonzoles
25. 
26. 
27. 
28. Complaint

IN NOTICE 4th Nov 7
Proof of 7/2-1955-ti-up
(BOYD)
Service Witnessed Rodriguez
Cathedral

Page 3

STATEMENT of CLAIM

① In an RICO, PREDATORY "Finance-Vehicle Loan" SWINDLE

the Car Store DeSoto (~25th April 07)

② Land Rover (Range) discovery,

③ State of Cal DMV dealer #24173, Salesman #

④ ALVAREZ-ATKINS, Pryor-Santos

⑤ City of Sandiendeo, Mayor & Vice

⑥ Sec of Cal, Corp"

⑦ Did Willfully - Wantonly - With Deliberate Indifference

⑧ Preyed Upon ADA - NAACP - ANA disabled Wheel Cabair

⑨ Operate a Attractive Nuissance, "4 wheel Sewerly Shoppe"

⑩ Upon US Dept of 40ANS/Cal TRANS Hwy Cont Nte, 880 Hwy-1125 Expan

⑪ Evading Luxury Tax

⑫ On Franchise Tax Board

⑬ of Doc Whites, Anaheim Tax Collector, defrauded

⑭ Agents & Co Conspirators of Wells Fargo Atkins-Naker White

⑮ of Walnut Creek, Chico Land Rush - Assay - Livery Office

⑯ CEO Howard Atkins

⑰ the Tuckers,

⑱ the Denver Buzzard "LOUIS"

⑲ Cal State Bar Ron Greger - PEEBLE'S & L

⑳ Un CLEAN Hands

㉑ No - Emergency - Preparedness, Refusal to Settle

㉒ Lacky "U" No-Tell-Motel 9 No Tells

㉓ Sale - OK, Shake Hands @ Tup Rockers / John McEntyre

㉔ Lemon Law Violation, "Meme Sale Coding O/S"

㉕ SdeS Default, O'Neillion

㉖ Kentucky Debbey °

Page 3
Relief:

NOTICE 4th Nov 07
of
Cameon
Secuce by Ms. 055 & Up
Boyd

① Recall False Writ of Restution @ Denver DQB 383
    Served @ Bogas Car Shop

② Reasonable **BAIL**, OR Release Due to Prejudice Speedy Tend!

③ Replevin of Seized Cash

④ Replevin of Dodge 4×4 Power Wagon

⑤ Replevin of Lap Top Compaq

⑥ Replevin of Land Rover 6×9, Weld-Kimberlite Minner Mtge

⑦ Replevin of Ed Jones #1000 money market

⑧ Replevin of Chico, Motel   $75°°, Centers Folde #2,000°°

⑨ Damages #125,000 ea. Entities
    in Re Backroad 49F Sup-2d 190 (99) & 42 USC §1982

⑩ Change of Venue to Contra Costra Co.

⑪ Mandate "Prostate Leg" Nor Ad Seg.

⑫ Replevin Tools-Equip-Records-Brief Case-Safe & Contents

CV 07-5581 & 5582
Lead Case 5:06-12-12(15)-283
Wittnessed Rodriguez



# City of San Leandro

Civic Center, 835 E. 14th Street
San Leandro, California 94577

September 24, 2007

Douglas Raymond Nelson
5325 Broder Blvd. STE ARX 006
Dublin, CA 94568

Date of Loss : May 15, 2007
Location of Loss : 14285 E. 14th, 94578
Claim Number : 2007-109

## NOTICE OF REJECTION OF CLAIM

Dear. Mr. Nelson;

Notice is hereby given that the Claim presented by you on Sept. 24th, 2007 was rejected by the City Attorney, the authorized delegate of the City Council pursuant to Government Code Section 935.4 on September 24, 2007. Any inquiries relating to this claim should be directed to the Risk Management Analyst, Meredith Stapp, 835 East 14th Street, San Leandro, CA 94577.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on your state law claim. See Government Code Section 945.6. This notice does not apply to any claim you may have under federal law, and your time for filing an action on any federal law claim may be less than six months.

Please also be advised that pursuant to Sections 128.5 and 1038 of the California Code of Civil Procedure, the City will seek to recover all costs of defense in the event an action is filed in this matter and it is determined that the action was not brought in good faith and with reasonable cause.

Sincerely,

Meredith Stapp
Risk Management

enclosure

Tony Santos, Mayor

City Council:  Surlene G. Grant;     Michael J. Gregory;     Jim Prola;
               Diana M. Souza;       Joyce R. Starosciak;    Bill Stephens

# THE LAW OFFICES OF DIANNE D. PEEBLES

ATTORNEY AT LAW
ONE KAISER PLAZA, SUITE 750, OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 832-8700
FACSIMILE (510) 836-2595

October 24, 2007

DIANNE D. PEEBLES
DPEEBLESLAW@COMCAST.NET

Douglas Nelson
P.O. Box 4976
Walnut Creek, CA 94595

Douglas Nelson
5325 Broder Road
#ARX006
Dublin, CA 94568

Re:    Douglas Nelson
       Claim Number: 02-397-500-0
       DOL: 12/18/06

Dear Mr. Nelson:

I am in receipt of your correspondence and respond thereto. I cannot reply to the demands in your letter at this time as I need additional time to obtain your Examination under Oath. I am presently working with Santa Rita in order to take your Examination under Oath while you are incarcerated. I will notify you of the date once I have received clearance. I anticipate scheduling your Examination under Oath within the next thirty days. Thank you.

Very truly yours,

THE LAW OFFICES OF DIANNE D. PEEBLES

DIANNE D. PEEBLES, ESQ.

# SAN LEANDRO POLICE DEPARTMENT
## POLICE REPORT

901 E. 14TH STREET
SAN LEANDRO, CA 94577
(510) 577-3217 RECORDS

CASE NO. **2007-00019455**

DATE/TIME WRITTEN: 5/17/2007    15:48

REPORTING OFFICER: 222\ ALDRED, WALTER, T,

### DECLARATION OF PROBABLE CAUSE

SUBJECT NAME (LAST, FIRST, MIDDLE): NELSON, DOUGLAS, RAY

DOB: 05/06/1945    PFN: ARX006

The undersigned hereby declares:

That he/she is a Police Officer of the San Leandro Police Department of the City of San Leandro, County of Alameda, State of California

That probable cause exists to believe that the above listed committed the following offense(s):

| 10851(A) VC-F | 476 PC-F | | 496(A) PC-F |
|---|---|---|---|

That the defendant committed said offense(s) in the manner and by the means set forth and described in the following statement of facts:

Suspect Nelson went to The Car Store in San Leandro and wrote a/$5,000.00 check to make a down payment on a 2000 Land Rover. The check was written on a Wells Fargo account and made out to The Car Store. This check was retained from Wells Fargo as the account number on the check _____. I contacted Wells Fargo and confirmed that the check was in fact _____.

The total value of the 2000 Land Rover is $11,141.50.

That said declaration was prepared in the ordinary course of business and pursuant to the sworn duty of officer subscribing same, and that declarant believes the contents thereof to be true.

That the contents of this declaration provides probable cause to believe that the said defendant committed said offense(s) and therefore supports the arrest and/or issuance of a warrant of arrest of said defendant.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed: X W. Aldred #222

Dated: 5/17/2007    at San Leandro, Alameda County, California

### CERTIFICATE OF PROBABLE CAUSE

The Court, upon the review of this declaration, hereby [ ] FINDS [ ] DOES NOT FIND good cause to detain the above named detainee.

Date: _____

Time: _____    X

MAGISTRATE OF THE SUPERIOR COURT

NWS DECLARATION #233 01/2007

Declaration ONLY 20_

# INMATE GRIEVANCE RESPONSE

*(handwritten top margin:)* Colorado & State of California Superior Courts CASE #48-56[?]
↳ #81-244

GRIEVANCE TRACKING NUMBER: 07G-S1231

*(handwritten)* DQB 383

| INMATE: | Nelson, Douglas | PFN: | ARX006 | HOUSING UNIT LOCATION: | INF 01 |
|---|---|---|---|---|---|

GRIEVANCE IS  AFFIRMED: ___  DENIED: **XX**  WITHDRAWN: ___  RESOLVED: ___  REFERRED: ___

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **August 16, 2007**, and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

You claim that you are a pro-per inmate and have been denied your pro-per rights. You stated that you have not been able to make telephone calls, and access the law library.

**Response:**

*(handwritten:)* No Writ Denied 110 days +

The Grievance Unit spoke to Inmate Services concerning your grievance. Inmate Services has verified that you are a pro-per inmate and you are ~~receiving~~ all the rights of a pro-per inmate at Santa Rita Jail. *(handwritten:)* denied  30°: Denial Due to cause

Your health condition requires you to be housed in the Infirmary at Santa Rita Jail. The Infirmary does not have a telephone system for pro-per inmates. As soon as Inmate Services found a solution, you were able to complete your phone calls and thanked Inmate Services for their assistance. *(handwritten:)* @ Denied 115 days = Prejudice

Inmate Services met with you and explained that Santa Rita Jail does not have a legal law library. If you need legal assistance, you will need to submit a legal request form to the Legal Research Associates (LRA). Once your request has been received by Inmate Services and faxed to LRA, you will receive your requested materials within two to four ~~days~~ *(handwritten:)* (weeks) After Plea Under Duress

*(handwritten margin:)* "Wasted Real Property" by may of Sheriff PLUMBER

If you have any ~~further question~~ concerning Inmate Services, you must contact them via an inmate request slip.

Your grievance is **DENIED.**

*(handwritten:)* Despite $3000⁰ SCHOOLING of Dept Boyd-Johnson or 1) Adam's Process Act
2) Over-turn 9-11 Patriot (Bush) Act "of Alamedian Guantanamo Bay
& Don Lungren et al U.S Supreme Ct Roberts
Via Alameda Co. Bend Band
Cal Court Forms .com
Via Google/Yahoo

| | | | Date: |
|---|---|---|---|
| Investigating Supervisor: | | **Ben E. Shaull, Sergeant** | 9/18/07 |
| Inmate's Signature: *(handwritten: "Sweet" Royal Palm)* | | | Tues 25[?] |
| Do you wish to appeal this ruling? | Yes **XX** No | Refused to Answer | Tues 25[?] |
| Appeal Officer: | | Recommendation: *Denied* | 9/24/07 |

Reason for affirmation or denial: (If different from above)
*(handwritten:)* No Verification/OATH — Imputed Knowledge R 602 Fed Evid

| | | Date: |
|---|---|---|
| Commanding Officer: *(handwritten)* Eugene Lewis #826 | Recommendation: **CONCUR** | 9/27/07 |

*(handwritten:)* No Printed name

**ENTERED SEP 2 8 2007**

ML52 (Rev.01/01/05) BES/jn

# INMATE GRIEVANCE RESPONSE

*U.S. SUPREME 9th Circuit of Appeal*     *Case #A13-366*

*STATE of COLORADO/CALIF. Superior* GRIEVANCE TRACKING NUMBER: **07G-S1354**

*#81-2441*     DRB-383     **1 F07**

INMATE: **Nelson, Douglas**     PFN: **ARX006**     HOUSING UNIT LOCATION: **INF-01**

GRIEVANCE IS     AFFIRMED: ___     DENIED: ___     WITHDRAWN: ___     RESOLVED: ___     REFERRED: **XX**

If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):

These findings are based on a review of your grievance dated **September 12, 2007**, and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

You claim that you are a pro-per inmate and the pro-per telephone is not working.

*"Recording" System Maint. & Line Out of Service*   *Due Process Denial*

**Response:** *Thank for using AT&T Continually 10th Aug - 12th Sept 30+ Day*

The Grievance Unit finds that this grievance has the same issues as in grievance **07G-S1231**. Grievance 07G-S1231 is being processed, at the conclusion you will receive a copy of the final recommendation.

If you have any further question concerning Inmate Services, you must contact them via an inmate request slip.

Your grievance is **REFERRED**.

*ie Denial of Due Process Red Service*

Investigating Supervisor: **Ben E. Shaun, Sergeant** B.E.S.     Date: **9/20/07**

Inmate's Signature: _____     Date: Tue 25 Sep

Do you wish to appeal this ruling?     Yes **X**     No ___     Refused to Answer ___     Date: Tue 25 Sep

Appeal Officer: _____     Recommendation: *Concur*     Date: **9/20/07**

Reason for affirmation or denial: (If different from above)

*No Verification/OATH - Imputed Knowledge RGOF fed End.*

Commanding Officer: **B. Jugno Lewis** L#826     Recommendation: **CONCUR**     Date: **9/27/07**

*No Printed Name*

ML52 (Rev.01/01/05) BES/jrj     **ENTERED SEP 2 8 2007**

# INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER:    07G-S1383

INMATE:    **Nelson, Douglas**    PFN:    **ARX006**    HOUSING UNIT LOCATION:    ~~INF 01~~

GRIEVANCE IS    AFFIRMED: _____    DENIED: **XX**    WITHDRAWN: _____    RESOLVED: _____    REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **September 11, 2007**, and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

In your grievance you claim ACSO staff is responsible for your booking fees; your property and money was not transported with you; the arrest warrant from Alameda County was a false warrant; you are not receiving credit for time served from the date of arrest in Denver, Colorado; and your grievances are not being answered.

**Response:**

The Grievance Unit reviewed your prisoner property receipt signed by you on August 10, 2007, and your inmate account. Your inmate account shows a $500.00 deposit on the date you were booked, and that money is available to you.

The Alameda County Sheriff's Office has no control over the state of Colorado, if booking fees were taken from your funds you will have to discuss it with the State of Colorado. Only the property listed on your property receipt was placed on your property. If you believe property was not transported with you, you will need to contact the arresting agency in the State of Colorado.

All items you left in your towed vehicle, such as your laptop computer, would have been inventoried, and stored when your vehicle was towed. You will have to contact the towing agency in the State of Colorado and comply with their policies on releasing your vehicle and property to a family member or trusted friend.

If you believe you were arrested on a warrant that was not valid, you will need to petition with the Superior Court of the Great State of California. You may also address your credit for time served issue with the court.

You currently have grievances **07G-S1231** and **07G-S1354** in process. At the conclusion of those investigations, you will receive a copy of the final recommendations.

Your grievance is **DENIED**.

Investigating Supervisor: _____    **Ben E. Shaull, Sergeant** _____    Date: **9/20/07**

Inmate's Signature: _____    Date: _____

Do you wish to appeal this ruling?    Yes ___    No ___    Refused to Answer ___    Date: 9-22-07

Appeal Officer: _____    Recommendation: _____    Date: 10/1/07

Reason for affirmation or denial: (If different from above)

Commanding Officer: _____ #826    Recommendation: Concur    Date: 10/19/07

ML52 (Rev.01/01/05) BES/jrj

**ENTERED OCT 2 2 2007**

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**



Contra Costa Co SC06 12703
ORDER of Examination

NAME: _Ronning NELSON DCH20549_ _APX006_

DANGERS (Peace Officer) Marshall Co 616 Cox _OPN: DCB383_

HOUSING UNIT: _New 9Wheel Chair Cell 2F8 Dispute Getaround#_ DATE: _16 Cid Con..._

NATURE OF GRIEVANCE: ( Give specific details )

Denial of Rotational (Priviledge) Rotation By M's TBS 1000B/Khel
to Pod Time Tues n19th Nov n 9PM

① For Medical Stair Climber (Denial of 10Hrs?) Physically Therapy

② See Exercise for ADA Falsely Impersoned By Any# from #22 General Population Because no Rx Foot
in Violation #2us§18132 #§1983 (Sue $125,000)

③ For Denial of Phone/Tele/Shower and NORMAL (Use Cycle hours)

④ Delayed & When LOP #2311 & 2822 Disrepair of Hiley was Erroniously Athon Access to Dry Room when Immediatly, started to Flood My Cell w/ Water Bag

⑤ Where Upon, Senior Citizen was Ordered (Jackson?) in 2F7 To Clean & Mop & Squeege Water to Floor Drain @ 2F8, where his Cell was Flooded Also

⑥ THEREUPON, a Great CLAMMER @ 8F6 Hiley BBR611 (10:15pm) Noise & Stock Waves 3.5 Richter/100DB, PROTESTING I was Not given Given THE Pod Time for Phone Calls/Shower/Way ORDER online Context, an Abberrname & Explained it was Beyond 10:15 & Eleven PM is Shut Down @ 8F6-2F8.

⑦ Now it is Falsely Logged That I, Deputy Sheriff Nelson 616 Contra Co, Humboldt 616, Signed a Medical Refusal, for My Door was Forced, & Refused ONLY Responese, to (Not Like Inmate w/Cane Without 3days) Pod

ReQuest MAximum Security Weber, Rotation w/Group & Pod

**\*\*\*DO NOT WRITE ON THE BACK OF THIS FORM.    USE ANOTHER FORM, WRITE PAGE 2**

INMATE SIGNATURE: _Humboldt County Sheriff by Sgcox 7 Dens 616_

**\*\*\* DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY \*\*\*** Correctives PreFect

RECEIVED BY DEPUTY: _Richard Gerrerros_ _By Rodriguez_ BADGE #: _Thiefe of Checuos Licenses & RxD 13yrs Meds_

[ ] RESOLVED – INMATE ACCEPTANCE: _See Mail Fraud_ [ ] CAN NOT BE RESOLVED AT THIS LEVEL
EXPLAIN RESOLUTION ON REVERSE SIDE       DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT: _Service of St Lewis 680_    TRACKING NUMBER: _Actual or Not to get me_

COPIES:  WHITE Staff use
         YELLOW Inmate Receipt Copy

ML – 51 (rev 8/06)

# Prison Health Services Medical Request Form

- Inmate – do not write in shaded area.
- Place this form in the sick call box or give it to medical staff.
- If you do not complete all of the information, your appointment may be delayed.
- A copy will be given to you after the visit.
- You may be charged $3.00 for each health care visit.

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| | NELSON | Leslie "Spede" | Raymond | DOB 383 |

| HOUSING LOCATION | | | | |
|---|---|---|---|---|
| SRJ – UNIT | POD F | CELL 6 | | |
| | GDDF – FLOOR | POD | CELL | |

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

Patient not seen:   NIC   DUPLICATE   NO SHOW   REFUSED   DTA

1. Visit was for diagnosis or treatment of communicable disease complex.
2. Visit was for a follow-up requested by the provider.
3. Visit is exempt from co-payment. Send ORIGINAL copy to Accounting.

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|
| | | |

| Inmate's Signature | Patient Refused to Sign | Witness if Patient Refused to Sign |
|---|---|---|

Date of Triage: _____

Nurse Signature and Print/Stamp: _____

Disposition: ☐ Sick Call   ☐ Specialty Clinic   ☐ Other

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: _____

Date: _____   Inmate's Signature _____   Refused to Sign _____

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness if Patient Refused to Sign |
|---|---|---|

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

ORIGINAL: Accounting          PINK: Health Services File          CANARY: Inmate/Patient          Revised 7/06

# Prison Health Services Medical Request Form

- Inmate – do not write in shaded area.
- Place this form in the sick call box or give it to medical staff.
- If you do not complete all of the information, your appointment may be delayed.
- A copy will be given to you after the visit.
- You may be charged $3.00 for each health care visit.

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|

**HOUSING LOCATION**

| SRJ – UNIT# | POD | CELL | GDDF – FLOOR | POD | CELL |
|---|---|---|---|---|---|

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. _____ Patient not seen _____ NIC _____ DUPLICATE _____ NO SHOW _____ REFUSED _____ OTA
2. _____ Visit was for diagnosis or treatment of communicable disease condition
3. _____ Visit was for a follow-up requested by the clinician.
4. _____ Visit was NOT exempt from co-payment. Send ORIGINAL copy to Accounting

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|

| Inmate's Signature | Patient Refused to Sign | Witness if Patient Refused to Sign |
|---|---|---|

Date of Triage: _____ Nurse Signature and Print/Stamp _____

Disposition: ☐ Sick Call    ☐ Specialty Clinic    ☐ Other

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: _____

Date: _____ Inmate's Signature: _____ Refused to Sign

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness If Patient Refused to Sign |
|---|---|---|

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

I'm INSULIN DePenDent DiabetiC NEED WATER

③ I need Bottled WATER, New Boiled 10 Plus Day
Because of Poisoned WATER, or Buy Brita Water Filter

④ I Have Evidence (SHA Claim # 06-397 m JACqui KESIE
    I HAVE $500 ± on Books
    I HAVE $100,000 MC +

⑥ Medical Plate Care Requires (Tea Water) Like I received Med call

Signature of Inmate Patient _____ Date of Signature _____

ORIGINAL: Accounting    PINK: Health Services File    CANARY: Inmate/Patient    Revised 7/06

**STEPHEN L. WEIR**
**COUNTY CLERK - RECORDER**
822 Main Street
P.O. Box 350, Martinez, Ca 94553
(925) 646-2366

*This Space For Use of County Clerk*

*PLEASE PRINT OR TYPE*

*United States Supreme Court*

**FILING FEE**

$15.00 - FOR FIRST BUSINESS NAME ON STATEMENT
$ 5.00 - FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT AND DOING BUSINESS AT THE SAME LOCATION
$ 5.00 - FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER *Office, Northern Cali (Colorado*

**SEE REVERSE SIDE FOR INSTRUCTIONS**

**FICTITIOUS BUSINESS NAME STATEMENT**    *No.07-5581-5582*

NEW ☒    RENEW ☐    **THE NAME[S] OF THE BUSINESS[ES]:**

**FILE NO.**

☀ *Wildcatter Drilling-Mining-RailRoads-PipeLines*
(Print Fictitious Business Name[s] on Line Above)

☀☀ *mail (5325 Broder Blvd (ste ARX #16); Dublin Ca 94568)*
LOCATED AT: (Street Address of Business - If No Street Address Assigned — Give Exact Location of Business Plus P.O. Box or Rural Route)

IN: *3242 "B" Morrelo, Pleasant Hills, Calif. 94523*
(City and Zip)

**IS [ARE] HEREBY REGISTERED BY THE FOLLOWING OWNER[S]:**

☀☀☀ (#1) *Nelson, Dr. "Swede"*
(Full Name — Type/Print)

*Private Attorney General*
*"Colorado, Sec. of State." Reg.*
(Residence Address or state of incorporation, if incorporated)

*Nevada State*
*Arvada, Colorado 8005*
(City and Zip)

(#2)
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

(#3)
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

(#4)
(Full Name — Type/Print)

(Residence Address or state of incorporation if incorporated)

(City and Zip)

(If More Than 4 Registrants — Attach Additional Sheet Showing Owner Information)

☀☀☀☀ This business is conducted by:  *Sole Owner*  ☒ an Individual  ☐ Individuals — Husband and Wife  ☐ a General Partnership
☐ a Limited Partnership  ☐ a Corporation  ☐ a Business Trust  ☐ Co-Partners  ☐ a Joint Venture
☐ an Unincorporated Association – other than a Partnership  ☐ a Limited Liability Co.  ☐ Other (specify)
☐ For Office Use Only: Verification of Corp., Ptnshp., LLP, LLC

☀☀☀☀☀ The registrant commenced to transact business under the fictitious business name or names listed above on ..............

**SIGNATURE OF REGISTRANT:** *Douglas "Swede" Raymond Nelson, Ph.D.*
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

*Douglas "Swede" Raymond Nelson, LMK Licensee/Merger Employee*
(Print name of person signing and, if a Corporate Officer, also state title)

**THIS STATEMENT WAS FILED WITH THE COUNTY CLERK OF CONTRA COSTA COUNTY**
**ON DATE INDICATED BY FILE STAMP ABOVE**

N-O-T-I-C-E  THIS FICTITIOUS BUSINESS NAME STATEMENT EXPIRES ON _____ 20____. A NEW
FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED PRIOR TO _____ 20____.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A
FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR
COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

Nelson vs. Commander in Chief
George Bush
Arnold Schwarzenegger

**CV 07 5581**

*Pro se*

**(PR)**

Lead Case
CSC 06-1272
CV 07 5581
5582

# U.S. District Court Northern California

*Privatized (Black Water Security)*

## ECF Registration Information Handout

CV 07 5581
5582

*Solicitor General*

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. **This means that you must** (check off the boxes ☑ when done): *Served to Ms. Dugan RFE / Ms. Henneger*

☒ **1) Serve** this ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

**Each attorney representing a party must also:**

☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**



RECEIVED
FILED DEC 19 2007
07 DEC 19 PM 2:45
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Solicitor General U.S.S.C. Cert Granted
RAYMOND dSWEDE NELSON Pro Se
Private Attorney General / Special Solicitor General
5325 Broder Blvd. Cell Apt #06
DUBLIN, CA 94568 Camp Parker
aka North West GUANTANAMO Bay of Pigs, CUBA

Notice of Motion
Motion
to Waive Fees
for Solvency
Private Solicitor General

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RAYMOND dSWEDE NELSON Pro Se
DQB 383 Solicitor General
Geo. BUSH Cheney
Plaintiff,

vs.

Wells Fargo, Stage Loopy
aka CFO ATKINS, Dept Safety Insurance
Western Union Safecom Defendant.

CASE NO. CV 07-5582

**PRISONER'S of WAR**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, NELSON, RAY d declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes No X INCARCERATED (False Imprisonment)

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None.                    Net: None

Employer: Lock Down 24-7, wheel chair Bound @ Guantonam Bay, NW Camp Parker
North West Dublins Santa Rita, Discriminated Blue to Red Green

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _Wild Catters Drilling - Mining-Mfg- Rail Road -Pipe Lines_

5  _Rock Springs , Wyoming 80889 (307) 257-6746_

6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9        a.      Business, Profession or                    Yes _X_ No ____

10               self employment

11       b.      Income from stocks, bonds,                 Yes _X_ No ____

12               or royalties?

13       c.      Rent payments?                             Yes ____ No _X_

14       d.      Pensions, annuities, or                    Yes _X_ No ____

15               life insurance payments?

16       e.      Federal or State welfare payments,         Yes _X_ No ____

17               Social Security or other govern-

18               ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each. _Self Employment $6,500.00_

21  _____IRAS_                  _900.00_  _Wasted @ Pelson Mail Room 15th/17th 20th St._

22  _____ANNUITIES              400.00_

23       _S.S.I              700.00_

24  3.   Are you married? _Widowed_               Yes _X_ No ____

25  Spouse's Full Name: _KRISTEN DAE (Same) NELSON , deceased_

26  Spouse's Place of Employment: _Bone Orchard(s)_

27  Spouse's Monthly Salary, Wages or Income:

28  Gross $ _None_                    Net $ _None_

    4.      a.      List amount you contribute to your spouse's support:$ _$200.00_

*(left margin, handwritten, rotated)* Appe Nelson - Private No-PAN (707) 585-5981

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

*the WAYNE'S (ARE -765), GORDON - HAYES*

5.  Do you own or are you buying a home?  Yes ____  No _X_

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?  Yes _X_  No ____

Make *SEIZED, 2000 LAND ROVER 4x6/1*  Year *2000 WAYNE Lyon Darley Boxtan,*  Model *90 Dodge Power Wagon 4x4*

Is it financed?  Yes _X_  No ____  If so, Total due: $ *$11,600*

Monthly Payment: $ *$230⁰⁰*

7.  Do you have a bank account?  Yes _X_  No ____  (Do **not** include account numbers.)

Name(s) and address(es) of bank: *Ed Ward Jones @ Rock Sprince Wyoming*

Present balance(s): $ *$1,000⁰⁰ Wasted 1ˢᵗ Cct @ Santa Rita, Mail Room & Norm Witt* *ACSO*

Do you own any cash?  Yes _X_  No ____  Amount: $ *$101 Mens & $87 wasted @ Property*

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)  Yes _X_  No ____

*Seized Lap Top Computer & Welding - Mining ~$100,000⁰⁰*

8.  What are your monthly expenses?

Rent: $ *$675⁰⁰*  Utilities: *$600⁰⁰ fuels*

Food: $ *$800⁰⁰*  Clothing: *$12⁰⁰*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| *US Bank* | $ *200* | $ *$1,200⁰⁰* |
| *Wash Mut* | $ *100* | $ *800⁰⁰* |
| *Safeway* | $ *100* | $ *3,000⁰⁰* |
| *Rite Aid* | *50* | *600⁰⁰* |
| *Home Depot* | *2000* | *4,000⁰⁰* |
| *Lowes* | *200* | *2,000⁰⁰* |

*Poorly*

DSD 324 (2/96)

# DENVER SHERIFF DEPARTMENT
## PERSONAL PROPERTY INVENTORY

BOOKING NUMBER: 1551691                    PROPERTY BAG NUMBER: 200769

PRISONER NAME: NELSON RAYMOND                    DATE: 08-02-07

UPON ADMISSION THE ITEMS LISTED BELOW WERE RECEIVED FROM THE INMATE:
(INCLUDE ALL BAGS, BOXES AND SUITCASES)    eXhaBIT

| QUANT. | ITEMS | CODE | DESCRIPTION | QUANT. | ITEMS | CODE | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | BRACELET | BRAC | | 1 | WATCH | WTCH | WM |
| 1 | BILLFOLD | BLFD | BRN | | KEYS | KEYS | KEYS |
| | EARRING | EARR | | 1 | BELT | BELT | BRN |
| | LIGHTER | LITR | | | RING | RING | |
| | NECKLACE | NECK | | | R/X | R/X | |
| | PURSE | PURS | | | OTHER | OTHR | |
| 1 | SUNDRIES | SUND | CELL | | NONE | NONE | |
| | CHECKS | CHEX | | | CURRENCY | | 105.00 |
| 1 | GLASSES | GLAS | CR | | COIN | | 2.19 |
| | KNIFE | KNFE | | | TOTAL MONEY | | 107.19 |

SEARCH OFFICER:                                        SERIAL NO. 0652

BOOKING OFFICER:                                        SERIAL NO. 0707

INMATE'S SIGNATURE:                                   DATE:

UPON PRISONER'S RELEASE, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE HAS BEEN RECEIVED BY THE INMATE

RELEASING OFFICER:                                     SERIAL NUMBER:

INMATE'S SIGNATURE:                                   DATE:

UPON RELEASE OF PROPERTY TO A THIRD PERSON, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RELEASE TO

_____
(NAME AND SIGNATURE OF PERSON RECEIVING PROPERTY)              DATE              TIME

FINANCE OFFICER:                                       SERIAL NUMBER:

UPON TRANSPORTATION TO ANOTHER JURISDICTION, ALL PERSONAL PROPERTY AS INVENTORIED ABOVE WAS RECEIVED BY

TRANSPORTING OFFICER:                                  SERIAL NUMBER:

TRANSPORTING JURISDICTION:                             DATE

RECEIVING OFFICER:                                     SERIAL NUMBER:

5507

WILD CAT 4 nelson @ AOL

9.     Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

*Yes, MBA Student Cup Bank $55,000⁰⁰*

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*50 ±*

*Vlca # 4670 9301 0004 1430*

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court. *0/08 - del 3/6/15*

    *Cdl B452107R*

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*19 Oct 07*

DATE           Ⓧ SIGNATURE OF APPLICANT

*Note Accounting Sheriff Ahern 15 CCR et Seq / Bold Account*
*Alameda County Supervisor Refuse Monthly Statements*
*& Refuse/Unwriting & Complete*
*Trust Certification for*
*5 month in Discriminatory - Retaliatory*
*Fraud to Deny Due Process*
*Equal Access to Justice*
*Mail Fraud / PC 3182*