IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS SWEDE-RAYMOND NELSON,<br>  Plaintiff,<br>  vs.<br>DENVER POLICE DEPARTMENT, et al.,<br>  Defendant(s). | No. C 07-05582 JW (PR)<br><br>JUDGMENT |

Plaintiff, a state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion to proceed in forma pauperis (Docket No. 2) but failed to submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner account statement showing transactions for the last six months with his application. On November 1, 2007, this Court's clerk sent him a notice that he must submit the necessary documents within thirty days or the case would be dismissed. Although that deadline has since passed, plaintiff has not complied.

For the foregoing reasons, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The clerk shall terminate all pending motions and close the file.

DATED:     January 14, 2008

*James Ware*
JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Nelson5582_judgment-ifp.wpd