Dr. Snede ... NELSON PhD
Solicitor General ... EPA - ADA
Box 782 Rock Springs
Wyoming, 82901
False Imprisoned @ Camp Parks
Dublin 94568

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pro-Se National 911-Union/Bureau of Corruption & Fraud Prevention, Non-Profit ..., Plaintiff,

vs.

... Geological Research Institute, Land Rover, Ford, AT&T - San Ramon, People of Colorado/California, Defendant.

CV 07 5582 JW (PR)

CASE NO. ______

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

42 USC § 12132
42 USC § 1983
42 USC § 4321

I, US Supreme Court / Solicitor General, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my ~~poverty~~ Not for Profit Solvent I ~~am unable to~~ pay the costs of this action of give security, and that I believe that I am entitled to relief. Waiver in Re: Settlement & Compromise 2 Nov 07

In support of this application, I provide the following information:

1. Are you presently employed? Yes X No ___ Cal State Auto Assoc, San Francisco 94102

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $69 million Net: Defaulted ... Super Lien,

Employer: Not for Profit - National 911-Union-Bureau of Public Corruption & Fraud (Waste) Prevention

© ...

Patented 2008 Atty 4 Nelson @ Aol ... Rock A. Fellar

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.) Wild Cat (Gas Oil Drilling) (Diamond/Ruby) Mines Pipe Lines (Ruby & Con Co-Philips Alaska) Rail Roads (Santa Fe) (South Pacific) Union Pacific & B&O

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes X No ___

b. Income from stocks, bonds, or royalties? — Yes X No ___

c. Rent payments? — Yes X No ___

d. Pensions, annuities, or life insurance payments? — Yes X No ___

e. Federal or State welfare payments, Social Security or other government source? — Yes X No ___ U.S. Dept of Energy-Defense Navy State of Cal

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. All Stolen (Mail Fraud) Converted

3. Are you married? Widowed Yes X No ___

Spouse's Full Name: Deceased David Kristin DeGump (Bobby) Nelson

Spouse's Place of Employment: Bone Orchard - Thermalito After Bay Cal Dept Water Resources

Spouse's Monthly Salary, Wages or Income:

Gross $ Negative Net $ ___

4. List amount you contribute to your spouse's support: $ 100%

Atty 4 Nelson @ Hot Yahoo

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

DBB 611, AJP 490, AYZ 760

DSY 261, ASQ 340, BEL 681, DBQ 383

5. Do you own or are you buying a home? Yes X No ___

Estimated Market Value: $ 2.999 million Amount of Mortgage: $ Clear

6. Do you own an automobile? Yes X No ___

Make Land Rover Ltd Year 2000 Model 6x6

Is it financed? Yes X No ___ If so, Total due: $ 15000

Monthly Payment: $ 225

7. Do you have a bank account? Yes X No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Wells Fargo – Bank Pleasant Hill 94523 Alameda Sheriff Main St Walnut Creek 94596 Account - Nelson, Dr.

Present balance(s): $ ± $691 million

Do you own any cash? Yes X No ___ Amount: $ 7000.

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes X No ___ Tooling - Computers - Pro Rectory DNA research

8. What are your monthly expenses?

Rent: $ ______ Utilities: ______

Food: $ 180 x 4 = 720 mo Clothing: ______

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| Visa M-C | $ -0- | $ |
| Diners Club | $ ± $1000 | $ |
| | $ | $ |

Atty Nelson @ Yahoo

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No - Do Not Recall $

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. 50+ Elder Law - ADA - Medical

Honorable Judge Henderson, Injunction on CDC H20549

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

15th Day 2008

DATE

SIGNATURE OF APPLICANT

Case Number: CV 07-05582

Richard-W-Wieking-PC5182

Nelson VS LAPIDS (Commission) Rave Ltd Safe Dolphins

Pro Se

Received Filed 15th Nov 07 See Attached Post Marked 09 Jan 08 16th Jan 08

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of £ $15,000 [prisoner name] for the last six months Santa (RIPOSSERITA) Athena where (s)he is confined. [name of institution] Good Man-Coffey-McMinney et al

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ £ $1100.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ Zero £.

Dated: 19 Oct 07

(M) Majestica (R) McLaren Pack e.Com

[Authorized officer of the institution]

@ San Jose Charlie HANA aka Canteen Corp City of San Leandro DBA THAILAND Ltd PK Food Corp/MW Bloc.Com San Leandro, 94577 NorWalk 90650 (C)

Atty Nelson @ Ad-Rock A-Fetter

S02F08

11/9/2007
5:41:32 AM

CANTEEN CORPORATION
SANTA RITA JAIL (FRIDAY)
Pick List

CSC #-1272

Name: DOUGLAS NELSON
Inv. Date: 11/09/2007
Id: ARX006 Module: S02F08

Invoice: 4949816
Serial #: 000138

| Qty | Item | Code # | Price | Amount |
|---|---|---|---|---|
| 5 | BK OF STAMPS (10PK) | 6120 | $4.10 | $20.50 |
| 5 | ENV (5 PK) STAMPED LEGAL | 6122 | $2.50 | $12.50 |
| | 10 | | | |
| 3 | TUNA POUCH 3OZ | 4114 | $1.73 | $5.19 |
| | 3 | | | |
| 3 | OYSTERS | 4433 | $2.78 | $8.34 |
| 1 | MAYONNAISE SQUEEZE | 4127 | $1.93 | $1.93 |
| | 4 | | | |
| 5 | HONEY BUNS 6.OZ | 4122 | $1.10 | $5.50 |
| 5 | BEAR CLAW 4OZ | 4143 | $1.10 | $5.50 |
| 2 | HANKERCHIEFS (3) | 8179 | $2.85 | $5.70 |
| 2 | BALL POINT PEN | 6004 | $0.70 | $1.40 |
| | 14 | | | |
| 2 | JOLLY RANCHER 4OZ | 1117 | $1.35 | $2.70 |
| 2 | RED VINE LICORICE | 1125 | $1.00 | $2.00 |
| 5 | MILKY WAY DARK | 1104 | $0.90 | $4.50 |
| 2 | STARBURST FRUIT CHEW | 1155 | $0.90 | $1.80 |
| 3 | NESTLE CRUNCH | 1109 | $0.90 | $2.70 |
| 2 | HERSHEY W/ALMONDS | 1108 | $0.90 | $1.80 |
| 2 | LIFESAVERS FIVE | 1129 | $0.60 | $1.20 |
| | 18 | | | |

49

Should Be 600.55

| | | | |
|---|---|---|---|
| Previous Balance: | $300.55 | Base Sale: | $83.26 |
| New Balance: | $216.70 | Debitek: | $0.00 |
| | | Tax: | $0.59 |
| | | Total: | $83.85 |

Signature: ______________________________

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:

| Qty | Item | Code # | Reason |
|---|---|---|---|
| 1 | TABLET 5X8 | 6128 | DISCONTINUED |

FILED DEC - 6 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MC-275

Name RAYMOND SWEDE NELSON

Address

(Court)

PETITION FOR WRIT OF HABEAS CORPUS

Petitioner

vs.

No. CV07-6188

(To be supplied by the Clerk of the Court)

Respondent

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use Judicial Council of California MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.; Cal. Rules of Court, rule 8.380 www.courtinfo.ca.gov

S01F07

Fee Accounts

CANTEEN CORPORATION
SANTA RITA JAIL (MONDAY)
Pick List

10/19/2007
5:28:47 AM

FILED

CV 07 5582

Name: DOUGLAS NELSON
Inv. Date: 10/19/2007
Id: ARX006
Trans Id: VPFE1D290CB8
From: MIKE GUZMAN

Module: S01F07

Invoice: 4918590
Confirm #: 420e4b6b

JUDICIAL NOTICE
TRUST ACCOUNT STATEMENT

CERTIFICATE of FUNDS

| Qty | Item | Code # | Price | Amount |
|---|---|---|---|---|
| 1 | ORDER ASSEMBLY FEE | 0000 | $1.25 | $1.25 |
| 1 | COMFORT PACK | 9101 | $16.75 | $16.75 |
| 2 | MEGA PACK | 9103 | $21.00 | $42.00 |
| 2 | MEAT & CHEESE PACK | 9104 | $13.00 | $26.00 |
| | 6 | | | |

6

| | | | |
|---|---|---|---|
| Previous Balance: | $86.00 | Base Sale: | $86.00 |
| New Balance: | $0.00 | Debitek: | $0.00 |
| | | Tax: | $0.00 |
| | | Total: | $86.00 |

Signature:

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366. PLEASE USE THIS NUBMER.

VISA

$440
$460

7th OCT # 200 card
Oct # 86 card Mike

1430 = $15,000

(1) AAA $78.00 Merrill
21st Sept (925) 287-7625
(2) NOLO $36.54
21st Sept (510) 704-2248
(3) AAA

Certification of Funds

I (we) Guzman/Nelson Verify the is true + Correct Statement of accounting

Page 1

Patented 2008

Wild Cat 4 Nelson @ AOL



To Clerk Richard W. Wieking
"Confidential"
Fee Waiver

Filed FW-001
Judicial Notice: Certificate of Wealth

Douglas "Swede" Raymond NELSON
Private Attorney General
5375 Broder Blvd (ste APX-006)
Dublin, California 94568

Case # CV07-5582

United States of America
State of California Superior Ct
In & For Alameda County
5672 Stone Ridge Dr, Pleasanton, Ca 94588
450 Golden Ave, San Francisco, 94102

Nelson, d. Swede dba Wildcatters
-vs-
Land Rover - Arrowhead - Prorated

Application for Waiver & Court Fee's Costs

1) I pray for court order so that I am exempt from court/cost fee - because of poverty.

9) I am not able to pay any of court/fees & costs.

2) Same address

3) a) Disabled, False Arrest @ Denver on Vacation because of false crime report "Writ of Replevin" - Restitution DOB-383;

b) Spouse Deceased

4) I get SSI,

5) a) medical # ? / Retired Medicare #?
b) 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

Douglas "Swede" Raymond NELSON

Humboldt County #610 Sherry Moore COX (deceased) Con[illegible]

Douglas Swede Raymond NELSON; Gary PHIPPS Richard W. Wieking

in Re Bush BlackWater, Bring it On "Rite News RAISE hell" US District Ct (C-07-5582(JW))

**CR-120**

Ronald REAGAN R.O.S.T.

PEOPLE OF THE STATE OF CALIFORNIA vs Colorado & Wyoming

CASE NUMBER(S): Fed Case (06) CSC 1272; C.C. Cal Sup. Courts [illegible]; H-43366 ALAMEDA Superior

DEFENDANT: Privatized Solicitor General, Dr. Swede [illegible] NELSON

On Behalf ARX 006 (1000 hrs Assaults by BBFO) Hiley ARE 765, DOB 383

## REQUEST FOR CERTIFICATE OF PROBABLE CAUSE

I request a certificate of probable cause. The reasonable constitutional, jurisdictional or other grounds going to the legality of the ~~guilty plea~~, no contest plea ~~or probation violation~~ admission proceeding are *(specify)*: (Black Law Dictionary (Revision) [illegible] (30 pages)

1) The BERRY Rule (1) New Evidence (Document #2) was Given (±30 Pages) BY (Toet Fraser ROSS-ORLOFF-BROWN and Sarah Reese 5 minutes Pres; A) to Cover APPEARANCE (25th Sept); High Noon @ JUDGE (See Complaint Sanction) Judicial Performance Commission Complaint; JUDGEMENT FCS182 (CSC 1272)

i-WHEREUPON I was Belly Chained, Immediately After Breakfast in Solitary Confinement 2FB (Predicated 1F7) Cell @ 4am; Without WOUND CARE; unable to USE TOILET; Brush TOOTH; (Wash) WASH FACE/HAND; urinate Shower the DIABETIC; TOXINS; or Drink Water or Free Fall for Pharmacy (+9 hrs) Hearing; Just Stuck in Wheel Chair, by Sheriff Ahern-Schwarzenegger Cert #[illegible] WMA, 5'10", 30 degrees, Aft. Threat of Blue General Population; Identified to THREATEN, ENDANGER, MAHEM[illegible], Toxify Residue in SOMNAMBULISM, somnolentia

ii-This was Deliberate WANTON Aggravated of Indifferent Act By BOYD, Drs INMATE SERVICES, too Freeman, the PRO-PER's of Buildings 1 F & E total See Grievances #, Residence of Any Phone Access, too Seminal Defense

2) Documents of $40,000 on Deposit (Safe @ WELLS FARGO CEO Walnut Creek As Would Be TESTIFIED, Cal Bank Trust, Mel Corao in Re ZIA FARADAY; CSAA In Sup-Supreme Court, Rev George PEEBLES, 40 million Plate Glass Liabilities (415) 557-1200, Fax (510) 832-8700 of (Letters of Credit $40,000 [illegible]) Bank America Claims to (Quackenbush #02-397-5) State of Cal. Ins [illegible] DIRECTOR ABC, ATF & IRS division (916) 322-3555 (415) 538-2000, emeritus CoCoCo. Com. ALCOHOLIC (TAX Board Judgement (06) CSC-1272 of 17th Dec 07, Knock-Back insurance Replacement of CoCo County Fire Ford F350, Weld[illegible] Rio-Safe Ford-Land Rover-GM V8 4.0 gas Power (Emergency Fire Suppression-SPILL Custom Mfg Vehicles)

3) WHEREUPON $40 million 40 thousand (Cost of Credit) Back Home Safe (CoCo County, [illegible] for Colorado)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

4) Thereupon, The Abuse of Discretion. By Attorney SANDERS-GAFFEY-Ross Crull-Brown-Sanctions

Date: That Yes, NFS, (cal Jack #1990) Check was Defense of Criminal PC 5470 & CVC 10851, re PLEA in Re: (1851) Berry vs State of Georgia 10 Ga 511

By Fidel Alvarez (Land Rover-Ford-USA & UK) the Cal Dealer # , City of San Leandro

(TYPE OR PRINT NAME) (SIGNATURE OF DEFENDANT OR ATTORNEY) [illegible]

**ORDER** of Garnishment Bill Lockyer, Ronald Reagan [illegible] State Treasurer, Schwarzenegger Dept of Corr. aka SANTOS; R.O.S.T. Dale ATTARIAN, Ahern

## COURT ORDER

This Request for Certificate of Probable Cause is *(check one)*: [X] granted ~~denied~~

9th Fed For Lack of Alameda County Jurisdiction @ Dr. Swede [illegible] Johansen Raymond Nelson PhD

Date: of E-or State of California and Colorado is BREACH of Fiduciary (CSAA Liability [illegible] Practices)

JUDGE

CR-120 [Rev January 1, 2007] Patented 2008 TM OR

**NOTICE OF APPEAL—FELONY (DEFENDANT)** **(Criminal)** @Wells Fargo Page 2 of 2

(CSAA False Advertising) FAKES WildCat 4nelson, Aol.com

Comerica BANK, TCF Bank, US Bank-Telco Credit Union

Peace Dream [illegible]

Name: NELSON, RAYMOND Douglas "Swede" Bookno: 1551691

DocType: Unidentified Charge Document

Charge Doc: 0719455 Chg Date: 08022007 ChgNo: 1

Chg Status:

Bond Amt: 0 Agency: Class: RptType:

Offense: HOLD FUG /CALIFORNIA-COUNTERFEITING NCIC:

C07-5582

BLACK WATERS LTD

CONTRACT SECURITY & PLUMBERS

d SWEDE RAYMOND NELSON

PRIVATIZED ATTORNEY GENERAL

United States Supreme (World) Court C07-5581/C07-5582
Chief Justice John ROBERTS, 9th Circuit
450 Golden Gate San Francisco, CA 94102 (415) 556-9800
District Court

SUM-100

# SUMMONS
# (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** Land Rover, USA defacto Dealer(s) ... A LAVEREZ (Fito) PRYOR, a Car Store ... SAN LEANDRO, City 94578 (510) 276-3444 16600 East 14th St (Martin Luther King's)

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** WILDCATTER ... NRA - DOUGLAS "Swede" RAYMOND NELSON ... ASPEN-VAIL Colorado (307) 251-6146 - Wyoming WILDCAT4nelson@aol.com

In Rem. RAKER Act
ATT4nelson@Yahoo

**You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.**

**There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.**

***Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.***

***Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.***

The name and address of the court is:
*(El nombre y dirección de la corte es):* United States District Court State of California ~~SUPERIOR COURTS - Alameda Co. 5672 STONERIDGE Dr - PLEASANTON, CA 94588 (925) 551-6883~~ 450 Golden Gate Ave San Francisco 94102

CASE NUMBER:
*(Número del Caso):* C07-6325

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):* Swede RAYMOND DR NELSON PhD 5325 BRODER Blvd ... DUBLIN, CA 94568 Private Attorney General (307) 251-6146

DATE:
*(Fecha)* 15th Jan 2008

Clerk, by
*(Secretario)*

Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify)*: & PROFESSIONAL CAPACITY
3. [ ] on behalf of *(specify)*:

under:
- [ ] CCP 416.10 (corporation)
- [ ] CCP 416.20 (defunct corporation)
- [ ] CCP 416.40 (association or partnership)
- [ ] CCP 416.60 (minor)
- [ ] CCP 416.70 (conservatee)
- [ ] CCP 416.90 (authorized person)
- [ ] other *(specify)*:

4. [ ] by personal delivery on *(date)*: 19 Nov 07

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

WILDCAT4nelson@Aol
Patent Pending 2008
ATT4nelson@Yahoo / ECF. CAND. USCOURTS. gov.

rates have been flat for a decade, although rates for Latin women are higher than other groups.

For both Asians and whites, birth rates now peak in the early 30s. In California, birth rates — particularly for Latinas — are tied more to nativity than ethnicity. U.S.-born Latinas average 2.2 children, slightly higher than other ethnic groups, while immigrants have about 3.7, with the number of children decreasing as education levels climb, Johnson said.

At 31, Linda Dong, an accountant who lives in San Jose, just had her first child. Asked about the timing, she said she and her husband wanted to complete their educations first and have a few years together before becoming parents.

Dong feels more ready now to be a parent both "financially and mentally."

"I'm pretty sure of that," she said. "I can't even imagine if I had had a baby at 22."

For Gomez, who is single and lives in Campbell, the choices weren't simple.

"We were the first generation of professional chefs in Mexico," she said, and she was on the first team from Mexico to make it to the Internationale Kochkunst Ausstellung, commonly called the Culinary Olympics, in Berlin in 1996. Her team won two gold medals.

Gomez doesn't expect to have another child. For now, her mother, Elsa, has come from Mexico City to help with the baby. But work calls.

"We're opening a brand new restaurant, Amaranta, in Sunnyvale, in one months' time," she said. "That's why I have to return back right away."

ASSOCIATED PRESS FILE 2006

**ONE** of the hydroelectric dams on the Klamath River is shown outside Hornbrook. PacifiCorp representatives argued that building fish ladders to help salmon over the dams was too expensive.

# Dams

FROM PAGE 3

out $7 million a year cheaper — a net power production loss of $13.2 million a year compared to $20.2 million. Keeping the dams and trapping and hauling fish, along with conditions recommended by FERC, would produce $2 million a year in net power benefits. PacifiCorp's proposal for operating the dams, which carries the least improvements for fish, would produce net annual power benefits of $17 million.

Salmon advocates noted that removing all four dams produces the best improvements in water quality and salmon restoration because it removes obstacles that block 300 miles of spawning streams, drains reservoirs that breed toxic algae that pollute the Klamath River and eliminates conditions that promote fish diseases.

"The bottom line is they're saying removal is the best and cheapest alternative," said Glen Spain of Pacific Coast Federation of Fishermen's Associations, a California commercial salmon fishermen's group. The FERC recommendation "is not legally feasible" without taking into account the fish ladders.

PacifiCorp spokeswoman Jan Mitchell said "we'll need to review it (the document) a little more thoroughly."

# Bonds

FROM PAGE 3

proceeded in this case is going to be a very, very sad commentary on the enormous power of the government to ruin people's lives and to scar their reputation for no good reason."

Federal prosecutors have declined comment.

But Kevin Ryan, former U.S. Attorney in Northern California until he resigned in January, defended the investigation.

"I am unaware of any facts that support his claim that the prosecutors he was dealing with acted unethically," responded Ryan by e-mail.

Ryan shepherded the criminal cases against Victor Conte and others who were eventually convicted of roles in an illegal steroid ring for elite athletes. "In fact, from what I know, they acted at all times professionally and with the highest ethics."

Rains' counterattack comes as he and federal prosecutors prepare for what promises to be BALCO II — a celebrity extension of the steroids sports scandal that began in 2003 with the federal investigations into the Burlingame lab and its clientele of world-class athletes.

The latest incarnation of this high-profile, high-stakes legal showdown played out at the federal court building in San Francisco not far from the ballpark where Bonds set the all-time home run record in August.

If convicted, the former Giant faces prison time. But no matter what, his record-setting baseball career could be over. Rains said he wasn't sure whether Bonds would play again.

Bonds' reaction to the indictment was one of "surprise," Rains reported. The lawyer said the two had only spoken briefly on the phone, but they planned to meet in coming days.

Rains said he, too, was surprised at the timing and content of the indictment.

before the spill, he went daily, sometimes twice a day depending on the tide. He brought the catch home — even the big ones authorities say to throw back because of the mercury levels.

His wife Farm Yien Saechao wrinkled her nose when asked why, given the circumstances, she didn't buy fish at the supermarket.

"That fish is dead a long time," she said. "It doesn't have that sweet, fresh flavor."

Fishing also allowed the family to stretch its income. They get $1,500 a month from the government. Of that, $930 goes to rent, leaving less than $600

he let his license lapse.

These days, Seayang only fishes when friends are available to carpool to the North or South Bay.

They split the gasoline costs. "Nobody can afford to go by themselves," he said. Even then, he needs to catch about 8 fish to make the outing pay-off.

He recently caught crappie in San Jose. His wife minced it fine and blended it with fish eggs and chilies, a spicy, flavorful concoction they eat with rice. On the table, was green bean soup, squash sauteed with pork and a bowl of small brown mushrooms from Laos.

"There's not a good choice, really. If you go to the supermarket and buy pork, chicken, steak and vegetables, it costs a lot," he said.

"But if you go fishing, it costs, too."

Worried About Leaving Your Loved Ones With a Big Tax Burden?

Learn the IRA

# ...ise approves $70 billion ...wars, OKs budget bill

...ylor
...ESS

...TON — Ending ...g battles with Pres... ...ie Democratic... ...ngress passed a ...bill Wednesday that ...q war well into next ...rnment agencies ...ember.

...expected soon to ...ure, which in... ...llion for military ...Iraq and Afghani... ...ining concessions ...ats on Iraq policy ...ct.

...ent to the president ...42 vote, funds 14 ...rtments and for... ...ie budget year that

...his Senate GOP al... ...e Iraq money upon ...ocrats as the price ...g the year-end ...o pass and be ...ity-eight House ...oted for the Iraq ...to avoid being ...upporting troops in ...But 141 Democrats ...it.

...blank check," com... ...Jim McGovern, ...new money in this ...s one cave-in too ...endorsement of ...'s policy of endless

...ard Durbin, D-Ill., ...k that the $70 bil... ...ars means Demo... ...see a need to

On the domestic budget, Bush's GOP allies were divided over whether the overall spending bill was a victory for their party in the long fight with Democrats over agency budgets.

Conservatives and outside groups such as the Club for Growth, which seeks to elect lawmakers opposed to tax and spending increases, criticized the bill for having about $28 billion in domestic spending that topped Bush's budget and was paid for by a combination of "emergency" spending, transfers from the defense budget and other maneuvers.

**ALL SMILES:** President Bush signs the Energy Independence and Security Act of 2007 on Wednesday at the Energy Department in Washington. With him are Energy Secretary Samuel Bodman, House Speaker Nancy Pelosi of San Francisco, Senate Majority Leader Harry Reid of Nevada, House Majority Leader Steny Hoyer of Maryland and Sen. Daniel Inouye, D-Hawaii.

CHARLES DHARAPAK — Associated Press

verizonwireless
Our best gifts.
Our lowest prices!
The enV™ by LG
New Chocolate™ by LG

Handwritten annotations: Atty 4 Nelson; $555 National Bureau of Corruption & Fraud Prevention; $555 Billion; NELSON; CV07-6305; Wild Cat 4 nelsone@Aol

SOS

in Rem RAKER ACT

CV 07-6305

5581 & 5582 & 6188

CIA Deputy 616 "Rex Reagan"

Coldwater Page 3

DOUGLAS "Swede" RAYMOND NELSON

ATTORNEY in Fact Sweeney Blue Lakes Dam

5325 BRODER BLVD (s/c ARX 006)

DUBLIN, Ca 94568

Rapid ReAction

Unions Cal Pers-PG&E-IBEW-UAW Chrysler-Toyota-GMAC

HUMBOLDT COUNTY EMPLOYEES CREDIT UNION

EUREKA, CA C/o Sheriff. (War Room-Honey Dew)

WARRANT

RECEIVED

SEP 19 2007

HUMBOLDT COUNTY SHERIFF'S OFFICE ADMINISTRATION

Gene Cox 616

Attn: 4nelson@Aol

PG&E nuclear Energy

CV 05-6305

Re: Release of Retirement Funds, "Honeymoon-Petrolia Resident"

Humboldt Co. Sheriff, Deputy #616 (1968-75) (Gene Cox Sheriff)

Gentleman:

I HAVE BEEN DISABLED, SINCE 2004, RIGHT LEG AMPUTATION AND TOOK EARLY RETIREMENT, MAY 6, 2007, AFTER ACCIDENT EXXON, Benicia.

SSN 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, Dob 5-6-45, Then Cdl N4832448 (?)

now Cdl B4521878

Thanking You in ADVANCE FOR YOUR ASSISTANCE

11 Sept 2007

Douglas "Swede" Raymond Nelson

PS Please Remit to Above.

RON RIESTERER/MEDIANEWS FILE 1975

TS speed away after Sara Jane Moore fired at President Ford outside the
ancisco. The spot where the bullet hit reportedly can be seen at the hotel.

ian 30 ... 's life ... lives ... who ... was ru- ... im in ... t. Re- ... a dis- ... as gay ... latives ... out in ... awsuit

for invasion of privacy against seven newspapers, including the Los Angeles Times. A judge rejected it, and Sipple died in 1989 at 47.

Visitors sometimes gaze up at a quarter-sized gouge on an exterior wall near the north entrance of the St. Francis. It is said to be the spot where Moore's bullet ricocheted — a notion confirmed by a hotel employee who asked not to be identified.

Moore's attempt on Ford's life came 17 days after Lynette Alice "Squeaky" Fromme tried to kill Ford on Sept. 5, 1975, when she burst through a crowd at the state Capitol in Sacramento, dressed in a nun's robe with a .45-caliber pistol strapped to her leg.

Fromme pointed the weapon at Ford from two feet away. Although the gun was loaded, there was no bullet in the firing chamber. A Secret Service agent disarmed and handcuffed her.

Ford died Dec. 26, 2006, of natural causes.

---

ian, D- ... torists ... saging ... driving, ... sing a ... experi- ... ns can ... a first ... equent ... he laws ... day: ... subject ... smoke ... anyone ... e vehi- ... ver mo- ... when

catching people. It's about educating them and getting them to change their behavior around the kids."

**Oldies, not goodies**

This law tries to protect music fans who buy tickets to oldies concerts from deceptive advertising. The legislation places requirements on performing groups to meet certain authenticity standards, such as ensuring that at least one member has the legal right to use the name of the original recording artist. It would not apply to "tribute" groups.

**Oh, big brother**

This law, also written by ...itian, bans employers or any...else from requiring employ-

cates with less than $10 left in value.

**Undocumented tenants**

Cities and counties no longer can require landlords to obtain and report the immigration status of tenants. It also prohibits ordinances preventing landlords from renting to illegal immigrants.

**HIV testing**

The measure drops a requirement that patients have to fill out a form to be tested for HIV and AIDS. Patients now only have to give a doctor verbal consent to add HIV to other conditions for which they are being tested.

**Homeless shelters**

---

# Training

FROM PAGE 1

county survey shows nearly 6,000 law enforcement officials a year from the state would use this facility — paying fees to the county and boosting the economy.

The county's proposal is one of 10 that various government agencies and nonprofit groups have pitched for the weapons station, a 5,000-acre property for which the city of Concord is now in the midst of planning new uses.

The Emergency Responders Complex, which the county prefers to build between Clyde and Highway 4, would provide training facilities replicating virtually any public safety incident.

A machine-operated stream would allow firefighters to save people in fast-moving water. Officers would practice their enforcement driving skills on paved and off-road tracks. A five-story training tower would have a dual purpose — one day firefighters could extinguish high-rise flames, the next day a SWAT team could use it to practice rappelling.

The complex also would include an indoor shooting range, police K-9 training site, and props to simulate plane crashes, trench fires, chemical spills and collapsed buildings. The county would plan to move its Fire District headquarters, fire dispatch center and a backup emergency operations center to the site.

Drawing up the facility's wish list is the easy part. Finding a way to pay for it as the county struggles with long-range financial planning is the hard part.

Even if the Navy gives 120 acres to Contra Costa County for free through a public benefit conveyance, construction costs would add up to $203 million. This comes at a time when supervisors are trying to devise ways to pay a $2.6 billion bill — twice the amount of the county's annual budget — for retired workers' medical expenses over the next 30 years.

The training complex is not an all-or-nothing proposal and could be scaled back if funding comes up short, said Supervisor Susan Bonilla of Concord.

"You want to include everything you could possibly want in your proposal," she said. "Then we can make some choices of what we can afford. This facility will (ensure) that our own local law enforcement personnel are receiving the very best level of training."

To fund the Emergency Responders Complex, the Fire District would look to sell its headquarters in Pleasant Hill, a 40-year-old training center in Concord and a vacant 12-acre parcel along Highway 4 in Antioch. Those sales would net between $22 million and $27 million, according to a consultant's report.

The county would potentially look to bonds, federal Homeland Security grants and developer impact fees to cover the rest of the construction and equipment costs, said Dale Varady, a retired Contra Costa sheriff's captain working on the project.

The Sheriff's Department also would save money by ending a lease for its 2.5-acre training site in downtown Pittsburg, he said.

The county's Emergency Responders Complex is competing with nine other proposals for free or discounted land at the weapons station. Some other ideas include a Cal State East Bay campus, a 3,000-acre regional park and 210 residential units for the homeless.

The Concord City Council plans to make recommendations as early as this summer, with the Navy holding the ultimate authority to agree to all, some or none of the proposals.

"If we could get a site and it works out, I think it would be advantageous to the public safety community," said Concord Mayor Bill Shinn, a retired sheriff's commander.

---

## CALIFORNIA LOTTERY

**MEGA Millions**

Friday, Dec. 28: Mega

**2 19 22 28 54 25**

| | Winners | Prize |
|---|---|---|
| Jackpot (all 6) | 0 | $25 mil. |
| 5-of-5 | 3 | $272,652 |
| 4-of-5 + mega | 19 | $19,341 |
| 4-of-5 | 1,102 | $159 |
| 3-of-5 + mega | 1,333 | $179 |
| 3-of-5 | 58,396 | $7 |
| 2-of-5 + mega | 23,233 | $9 |
| 1-of-5 + mega | 135,041 | $3 |
| Mega only | 247,185 | $2 |

NO WINNING TICKETS SOLD

| No. | Horse | Time |
|---|---|---|
| 1 | 9 Winning Spirit | 1:43.13 |
| 2 | 5 California Classic | |
| 3 | 1 Gold Rush | |

**SuperLotto Plus**

Saturday, Dec. 29: Mega

**12 26 27 28 29 24**

| | Winners | Prize |
|---|---|---|
| Jackpot (all 6) | 0 | $25 mil. |
| 5-of-5 | 8 | $10,353 |
| 4-of-5 + mega | 32 | $1,294 |
| 4-of-5 | 1,040 | $66 |
| 3-of-5 + mega | 1,149 | $54 |
| 3-of-5 | 32,048 | $9 |

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name NELSON, Johanson Douglas Raymond PhD

(Last) (First) (Initial)

Prisoner Number H 05749

Institutional Address Camp Parks

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(Enter the full name of plaintiff in this action.)

vs.

Case No. ______________
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983

(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Camp Parks (Dublin 94568

B. Is there a grievance procedure in this institution?

YES (X) NO ( ) But (Defered) UnAnswered complaint

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (X) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.



YOUR AAA REPRESENTATIVE
Sharon Merrill
925-287-7625
sharon_merrill@csaa.com
Office 68 / Walnut Creek
Hours: M-F 8:30am-5:30pm

Douglas Nelson
5325 Broder Blvd
Suite Arx 006
Dublin, CA 94568

Here is the preliminary quote on a renters policy. Call me when you are able to come in & we'll set an appointment.
Regards,
Sharon

Customer: Douglas Nelson
Quote date: 9/19/2007
Proposed effective date: 9/19/2007
Quote reference number: 20737-88456-8961H
Dwelling ZIP code: 94568

Here's your homeowners insurance quote for $266 from AAA Insurance, an A.M. Best A+ rated carrier offering world-class service from quote to claim.

AAA insures more drivers in Northern California than any other carrier, with one in five choosing AAA as their preferred insurance provider. AAA also receives high marks in customer satisfaction, with a 90% renewal rate from both auto and homeowners policyholders. Add to that over 88 years of insurance experience, access to world-class Emergency Road Service, quality discounts, tailored policy options, and claims service 24/7 and your choice is clear. Select AAA Insurance and begin enjoying your exclusive benefits as a AAA Member.

Your quote reference number is 20737-88456-8961H. Please refer to this number when contacting us about this quote.To review or edit this quote online, visit: https://www.csaaquote.com/link?pl7LS2tZZmSitS5

Coverages

| Coverage | Limit | Premium |
|---|---|---|
| Coverage C: Personal Property | $20,000 | $232 |
| Coverage D: Loss of Use | $4,000 | Included |
| Coverage E: Liability | $500,000 | $20 |
| Coverage F: Medical Payments | $1,000 / $25,000 | Included |
| Deductible Options | $500 | $-42 |
| HO-29: Replacement Cost Coverage | Coverage C Limit | $40 |
| HO-42: Office On Premises | -- | $16 |
| HO-90: Workers' Comp. & Employer's Liability | -- | Included |
| | TOTAL FOR 1 YEAR | $266 |

This rate quote is not a contract or policy, nor does it signify qualification. It is a non-binding offer of insurance coverage based on the information you have supplied and is subject to change as more information is gathered by an insurance sales representative. Payment plans may be discussed with the sales representative. California License #0175868.

)UND
E
ATE

Santa Cruz

**EN' CHURCH PLANS REVIEW:** The steeple
it for Live Oak's
quare-foot "green"

panels, a rainwater-
system to irrigate land-
pervious asphalt to
orm run-off, a rooftop
and building materials
promoting air quality
uilding plans submitted
. Cruz County.
ed Methodist Church of
ruz Pastor Michael
ys construction could
is spring with comple-
June 2009.
church will be home to
ongregations — Live
race and First United
list. The vision for the
urch evolved after
United Methodist
burned down in Octo-
0.

San Jose

**N DIES AS FRIENDS HIM FROM DRIVING:**
wood City man died after
nds and sheriff's deputies
keep him from getting
the wheel of his car.
ta Clara County authori-
y Irving Mendez, 29,
d breathing early Tues-
er deputies placed him
dcuffs.
heriff's department
man says that when
es responded to the
just outside San Jose

# Celebrity lawyer, alleged taunting enter tiger fray

By Julia Prodis Sulek, Dana Hull and Linda Goldston
MEDIANEWS STAFF

It happened at the zoo, but the story of the San Francisco tiger attacks is turning into a circus.

The Christmas Day mauling at the San Francisco Zoo that killed a San Jose teenager and injured his two friends has drawn media from as far as China and Brazil and sparked headlines in New York City tabloids.

Celebrity lawyer Mark Geragos has signed on to represent the two San Jose brothers who survived Tatiana the Siberian tiger's attack. Meanwhile, San Francisco crisis-control guru Sam Singer was just brought in to be the zoo's frontman.

The case against the zoo and the city of San Francisco, which funds it — both in court and out of it — is sure to be a doozy.

On Wednesday, zoo officials held a news conference ostensibly to announce the reopening of the zoo today after eight days of lockdown since the tiger killed one young man and injured the two others.

But they used the media spotlight to refute Geragos' claims that zoo employees were hesitant to act when his clients frantically sought help from the rampaging tiger.

To the contrary, zoo director Manuel Mollinedo told reporters, his employees were "heroic."

He couldn't elaborate on that heroism, unfortunately, he said, because of the ongoing investigation.

But he did address the million-dollar question: Did the young men taunt the tiger?

It is an assertion flatly denied by Geragos, who last made news in the Bay Area when he represented Scott Peterson, who was convicted in Redwood City in 2004 of murdering his wife, Laci. He also briefly represented pop star Michael Jackson.

Mollinedo — who has acknowledged that the tiger exhibit wall is four feet below national guidelines — indicated again that he thinks the tiger was taunted.

"All I know is that something happened to provoke that tiger to leap out of her exhibit," Mollinedo said. "The police are investigating it and until they can come up with some definitive answers, it would only be speculation on my part at this point."

The case has led to rumors published in the New York Post and elsewhere that one or more of the young men — brothers Paul Dhaliwal, 19, and Kulbir Dhaliwal, 23, and their friend, 17-year-old Carlos Sousa Jr., who was killed — used slingshots to taunt the animal.

But police told MediaNews on Wednesday that they had no evidence of that.

Zoo employees did find an empty vodka bottle in the brothers' car, said Singer, who has been the spokesman for such newsmakers as 49ers owners John and Denise DeBartolo York and the former mistress of San Francisco Mayor Gavin Newsom.

But whether the trio had been drinking before going into the zoo will not be known until after the results of toxicology tests are released, said San Francisco police Sgt. Steve Mannina.

The case has drawn scores of media, from NBC's "Today" show to CNN, to the zoo as well as to Pipe Dream Court, the east San Jose cul de sac full of tightly packed duplexes where the Dhaliwals live with their parents.

But the Dhaliwals have kept their blinds shut and have not answered knocks on the door. The brothers reportedly were reluctant to talk to police or to Sousa family, who have tried repeatedly to talk to them about what happened at the zoo that day.

As much tragedy and intrigue surround the sensational case, legal experts say they would not be surprised if the case never goes to court.

Since the city of San Francisco will be the primary defendant, it likely will settle.

But the case will revolve around two fundamental issues: liability and damages.

No matter what the young men might have done to provoke the tiger, legal experts say the zoo is responsible to keep the tiger confined.

If it escapes, the zoo is "strictly liable," said Peter Keane, law professor at San Francisco's Golden Gate Law School.

"If you have a wild animal and you keep it and it gets out of your control, you're liable," said Keane.

However, he said, any evidence of taunting could influence how much the zoo pays out in damages to the victims.

If the case goes to court and a jury finds that the young men taunted the tiger and were partially responsible for the attack, the amount of the jury award can be reduced.

"If they just stood there and said, 'nah nah nah nah nah nah, you're a lousy tiger,' that would be one thing," Keane said. "The taunting itself would have to be some kind of conduct that a reasonable person would know would be dangerous, like going up on top of the fence and trying to lure the thing out. It would have to be more than throwing peanut shells at the tiger."

MATHEW SUMNER/MEDIANEWS

**MANUEL MOLLINEDO,** executive director of the San Francisco Zoo, holds a copy of new signs that were posted around the zoo Wednesday. The signs ask visitors to be respectful of the animals.

1. Informal appeal Denied Verbal

2. First formal level Denied Message Request

3. Second formal level Grievance in Re: False Imprisonment Assults #07-2311 & 2322, By Moslem Bakery "Gang Banger & Staff Aided" Kidnapping By Schwarzenegger

4. Third formal level Writ to HW3766, Larry Goodman Denied "Despite Lack of DA Rees-Oates-AG Brown or Gonzales" Default ~ 1st Nov 07

E. Is the last level to which you appealed the highest level of appeal available to you?

9th Circuit YES (X) NO ( ) No 07-5582-5581 to Cathy Catterson

F. If you did not present your claim for review through the grievance procedure, explain why. Prosented Until {Appr-Dism} inVoked Signature on Restriction, And Denied of "Writ of Habeas", MC275 So InVented — Cursive Printed ~ Cal Judicial Committal M 911C-275

II. Parties. US Patent Office

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

(1) Douglas Swade — Jonathan Raymond Nelson

(2) Ambassador to Japan Toyota ~ Chauffeur of UCBA (FA)

(3) US Army Aviation Fernando-Rogua, Land Based Sub Hunter

(4) McKinleyville, POE Dispersant

B. Write the full name of each defendant, his or her official position, and his or her place of employment. People of Cali — Cooper / Boggin, Jerry Union Pacific RR Kid Napped / Aug 07 @ 711 Lake, Colorado While Laying in Wait National Guard Dodge 4x9 — Camo

Denver, Colorado

Attch NELSON @ Yahoo RockAFellar

...tion will continue through ...cember 2.

Hershell West and seven artists honor Chauncey Bailey's legacy.

# Bailey Assassination Investigation

By Post Staff

Last week the San Francisco ...ronicle published an article ...out a gun obtained during ... police raid on Your Black ...slim Bakery that was used ... other crimes(see www.sf-...e.com.)

Check out www.Blockre-...tradio.com by JR Valrey,to ...ir Post Publisher Paul Cobb ...cuss the newspaper's status and his comments on how the investigation of the assassination of Chauncey Bailey is proceeding. Valrey's documentary "The Block Report" will be shown October 22 at the Grand Lake Theater during Oakland's International Film Festival.

Visit www.OaklandTribune.com to hear the police response to questions presented by journalists and read how the Oakland Police Department waited to launch their raid after Bailey's death and find out why complaints from neighbors concerning intermittent gunshots from the Bakery were not responded to by police The journalist consortium consists of a team of media who have joined forces to complete Bailey's body of work as well as

Continued on page 10

Artwork from Museum collection honoring Bailey.

# Truckers Question Port Plan

By Post Staff

Oakland Assemblymember ...ndre Swanson, who also ...ves as Chair of the Assem-... Committee on Labor and ...ployment, held a hearing ... investigate pollution and ...rking conditions in the Port ... Oakland's trucking indus-...

Testimony was given by ...anel of public health, envi-...mental, labor, and commu-... leaders, as well as trucking ...mpany executives, and the ...t unveiled its "Truck Man-...ment Plan."

The panel addressed poor ...rking conditions faced by truck drivers, the health impacts of diesel pollution to the surrounding West Oakland community where one in five kids has asthma, and examined potential solutions.

Assemblymembers Loni Hancock and Sandre Swanson conduct hearing in Oakland.

Omar Benjamin, the Port's Executive Director, indicated that the Port of Oakland proposes to require truck owners to meet all of the new environmental and security standards.

Critics allege that the Port's plan continues to place the financial burden on the 1,500 "independent contractor" port truckers who, after expenses, make an average annual salary of only about $30,000 with no health insurance. Drivers would have to pay a proposed $3,000-6,000 annual fee and be penalized additional fees for running dirty trucks. Some of the drivers in attendance told the Post that the Port's plan would move them further into poverty, and make it even less likely that they would be

Continued on page 10

# Wheels in Mo...
# Let Freedom ...
## 12 year-old's bike trip to... along Underground R...

Ajayi Scott-Robinson, 12, at Sheffield Park in ...da. Etched upon this boulder were the names o... American settlers who fled slavery along the ... Railroad route to Canada

By Ajayi Scott-Robinson

The following is Part 3 of a 4 part series in which Ajayi tells the exclusive story of her bike ride, July 30th to August 5th, 2007. Ajayi, her parents and 88 others riding with the Adventure Cycling Association covered the 290 mile last leg of the Underground Railroad route from Buf... to Owen Sou... Canada.

"I joined thi... cause I wante... about my anc... to freedom an... freedom of the..." said. Ajayi in...

Contin...

2401 Part of Sentence. Rape @ G... Hayward

Dr. Synde Johnson Nelson National Bureau of Corruption & Fraud Prevention

Art H Nelson

The People of California, are Conspiring to LEVY War & Seditions Mayhem against the Rockie "Coors" Mountains, Denver World Record DRINK King Henry Parking "Electric Cow Bikes for & Cadanic Ranch Cow Boys for the Gr... of COLORADO, Jail House LAWYERS Att 4 Nelson... of Cat County 4 Nelson 103, Wild Cat 4 nelson @ Yah

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) Arrested, Excessive Force, March With 1 leg @ Mid Night ...
2) Deported @ United Airlines UAL National Rental ... at the International Airport, Denied "Personal" Pain Meds Food, 12 & 14 hours, Without Governors Warrant
3) Denied "Access to Pro Se Attorney & Phone & Legal Mail 6 months & 10 Aug - 970 Phone till & 20 Aug 07, Then 1 pm - 7 am
4) Denied "Motions to Dismiss, in Limine," Hearing Despite Hoot & Nebel Band Written 17 Aug ... 27 Sept & Calendar ...
5) Destroyed 33 & ... Legal Notices, No Legal Catalogs 23 Dec 07
6) Law Library ... by Presiding Judge ... Superior and Fed Court 9th Cir. / and Fresno District Court
7) Assault ... / Contact ... / & Pillage of ... US Supreme Earl Warren II,

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Loss of Endowment "Oil-Gas Well Operation" $690 million in ... Mare 767 & Loss - Assault - Mayhem of Right Foot in ... $250 million, ... 17th Dec 06 ... of Religious / UC ... Hall & U of Phoenix Study Hall ... in ... CSAA Claims Contra Costa Concord - Pleasant Hill ... CoCoCo SC ... 06-1272 ... 4255 ... 4224 ... PA 94523

Att 4 Nelson @ Yahoo - ...

Att 4 Nelson into ... National - 911 Bureau of Public Private Corruption & Fraud ... NELSON ... @ Yahoo (925) 935-4532 ...



I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ day of ____________, 20__

(Plaintiff's signature)

CV-07-6305

DOUGLAS NELSON #ARXOO6 ***************SCH 3-DIGIT 945
ALAMEDA COUNTY JAIL 2/6/2008
5325 BRODER BLVD
DUBLIN CA 94568-3309

ONTRA COSTA TI

ber 15, 2007 ContraCostaTimes.com Volume 96, Number 198

IG
EAL
tcher Haren to
s • IN SPORTS/B1

TAKE A PEEK AT HOLIDAY HOMES

Splashes of Yuletide spirit make the season bright.

IN HOME & GARDEN/H1

AJSP490-AYZ760

DSY264

# State faces a fiscal emer

"This is a common thing for California that we're going on this roller coaster ride. What we have to do is fix the budget system."

— Governor Arnold Schwarzenegger

■ Governor's decision may result in 10 percent 'across-the-board' cuts in services and programs

By Steve Geissinger
MEDIANEWS SACRAMENTO BUREAU

SACRAMENTO — Facing a projected $14 billion budget deficit, Gov. Arnold Schwarzenegger said Friday that he will declare a fiscal emergency, which will allow the governor and lawmakers to cut spending more quickly and also sets the stage for slashing state services and programs perhaps by as much as 10 percent.

Legislative leaders said they will meet with Schwarzenegger next week to begin working on what the governor described as "across-the-board" cuts.

His aides said departments have been told to prepare for a range of possible cuts, with 10 percent as a central figure.

"We are going to call this January for a fiscal emergency when the legislators come back," Schwarzenegger said. "We will make that announcement next week sometime with the legislative leaders."

California's fiscal crisis, which is beginning to approach levels that undid recalled Gov. Gray Davis, is due primarily to a collapsed housing market and related woes in the subprime mortgage industry.

It also doesn't help that while the state's revenues are especially volatile — disproportionately reliant on income taxes —

s
art
ng
ts

ne cuts,
ead
es

eck
ss

he govern-
stop home
ing, here's
mericans'
nding to-
ch and in-
seling for
uying up
prices.
l that may
would do
rates than
ion's plan
mortgage
ears for a
rime bor-

ywide Fi-
nation's
ler, backs



MC-275

CV 07-5581 / 5582

Name

Address

Rock Springs, Wyoming 82901

CDC or ID Number

Broder Blvd 5325 Dublin, Ca 94568

(Court)

Petitioner

vs.

Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. ____________

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**
- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# 2 plead guilty in plot to strike U.S.

■ Defendants accused of plotting attacks while in state prison

By Gillian Flaccus
ASSOCIATED PRESS

SANTA ANA — Two men accused of plotting behind prison walls to launch attacks on military sites, synagogues and other targets in 2005 pleaded guilty Friday to conspiring to levy war against the United States.

Kevin James, 31, and Levar Haley Washington, 28, both pleaded guilty to seditious conspiracy charges.

Washington also pleaded guilty to using a firearm to further that conspiracy.

Authorities say James, Washington and two others were part of a California prison gang cell of radical Muslims who were planning attacks in the Los Angeles area.

"Homegrown terrorism remains a grave concern to the security of our country, and this cell was closer to going operational at the time than anyone since 9/11," Los Angeles Deputy Police Chief Michael Downing told reporters at a news conference after the two men entered their pleas.

Prosecutors say James even had a press release prepared to send out after an attack.

"This incident is the first in a series of incidents to come in a plight to defend and propagate traditional Islam in its purity," James is accused of writing in his publis statement. "We are not extremists, radicals or terrorists. We are only servants of Allah."

The plotters were within weeks of being able to carry out an attack when they were uncovered in July 2005 by police investigating a string of gas station robberies, Torrance Police Chief John Neu said.

Authorities said the men committed about 10 holdups to fi-

Washington faces as many as 20 years in prison on the conspiracy charge and five years to life for the firearms offense when he is sentenced April 28.

Prosecutors said Washington used a shotgun to rob a Torrance gas station on July 4, 2005.

Both men said little during their separate courtroom hearings, answering U.S. District Judge Cormac Carney's questions with one-syllable responses.

Washington's attorney, Ellen Barry, said outside court that her client decided it was "in his best interests" to plead guilty. James' attorney, Robert Carlin, declined to comment.

Assistant U.S. Attorney Greg Staples said as a result of the plea agreement, James' maximum possible sentence was reduced from 25 years to 20.

U.S. attorney spokesman Thom Mrozek said prosecutors would recommend an 18-year sentence for James and 25 years for Washington.

Also indicted in the case were Gregory Vernon Patterson and Hammad Riaz Samana. Samana is a Pakistani national, and the others are U.S.-born Muslim converts.

Patterson and Samana are charged with conspiracy to levy war against the U.S. government through terrorism, conspiracy to possess and discharge firearms in a violent crime, conspiracy to kill members of the U.S. government uniformed services, and conspiracy to kill foreign officials.

Patterson is also charged with a robbery count and using a firearm in a violent crime.

U.S. Attorney Thomas O'Brien said Samana has been declared mentally unfit to stand trial and is undergoing psychiatric care at a federal prison facility. Patterson is expected to plead guilty to a terrorism conspiracy charge on Monday.

The terror plot was orchestrated by Washington, Patterson and Samana at the behest of James, an inmate at the California state prison at Folsom, near Sacramento, who founded the radical group Jamiyyat Ul-Islam Is-Saheeh, or JIS, authorities said.

Washington converted to Islam while imprisoned with James, then looked to recruit other members for the group, authorities said.

Neu said Patterson and

# Lawsuit over school dr

By Tony Burchyns
MEDIANEWS STAFF

NAPA — The Napa Valley Unified School District and the American Civil Liberties Union announced Friday the settlement of a free speech lawsuit concerning one middle school's dress code that, among other things, prohibited jeans and "Winnie the Pooh" socks.

At issue was Redwood Middle School's former dress code, which barred students from wearing many popular clothing styles. The policy restricted colors, fabrics and patterns commonly seen on public school campuses.

The dispute made national headlines when seventh-grader Toni Kay Scott was removed from class in 2006 for wearing a denim skirt and socks with the Winnie the Pooh character Tigger. Her sister was reprimanded for wearing a T-shirt with the words "Jesus Freak."

Parents and students complained about the policy, which they felt was overly strict. The district argued the "school uniform" rule — in effect since the mid-1990s — was necessary to prevent gang violence.

In fall 2005, a group of parents tried to "opt out" of the policy, sending their children to school in their everyday clothes with notes from home. Several students were cited anyway, including Scott.

"I absolutely hated the old policy," said Donnel Scott, Toni Kay's mother. "It frustrated me that we as parents couldn't put our kids in clothes they would wear every day. I couldn't determine what was appropriate for my child to wear."

According to the settlement agreement, any future dress codes that limit colors, fabrics or patterns will allow parents to opt out. Additionally, the district will no longer prohibit lettering and pictures on clothing unless such

bans are a

All stu Redwood the past s that offici code viola removed, tlement ag

"Califo strong pr speech an ity to rest choices," Mass, sta ACLU of N a news re for school any schoo provide ar ilies to op dress code

Smog Check II
PASS OR DON'T PAY
$37.99 Most Cars + $8.25 for cert. $3.76 et.
Vans & Trucks Extra
We match all competitors' prices
Smog Center • 2241 Monument Blvd. Unit S, Concord
(925) 674-8444 • Mon - Sat 8-6 • NO EXPIRATION

"Hello Clarice."
-Dr. Lecter, Silence of the Lambs
Having an old friend for dinner? Need a new dining set? Find what your looking for in today's Classified section, the largest classified section in the greater East Bay area. Everything from cooking supplies to entertainment centers (perfect for an after dinner movie!) Maybe you can even find a good bottle of Chianti to go with those fava beans you're cooking up. Mmmm....
Buy it! Sell it! CLASSIFIED

Free Methodist
Tired of living in a spiritual "desert"?
Experience the "oasis" of God's presence at
Oasis Christian Fellowship
Celebrations Service 10 am
Nursery/Child/Youth Ministries
www.oasischristianfellowship.com
2551 Pleasant Hill Rd. • 925-934-1244

Episcopal
SAINT JOHN'S PARISH
5555 Clayton Road, Clayton
Sunday, Dec. 23 Worship at 8 and 10 a.m.
Monday, Dec. 24 Worship at 5 and 10 p.m.

Mandatory the Complaint-100

① Bevins Act ② ADA 42 USC §1210

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name NELSON, RAYMOND "SWEDE"
(Last) (First) (Initial)

Prisoner Number Denver County JAIL #1551-691 None, Denver Colorado - DQB 383 / Dublin Cal ARX-006

Institutional Address JAILS of Sheriff(s) AHERN-PLUMMER 5325 BRODER (Ste ARX #6) Camp Parks Township aka DUBLIN (Alameda County) 94568

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**

RAYMOND "SWEDE" NELSON
(Enter the full name of plaintiff in this action.)

dba Wind Catters Drilling-Mining-Rail Road
vs.
WELLS FARGO, STAGE/LIVERY-ASSEY (ATKINS CO.)
Denver Police Dept/Denver County Lock-Ups, inc.
Does 1-50
COPS Rats Alameda Board of Supervisors
City of San Leandro, Mayor-City Counsel
District Attorney/AG BROWN,
ORLOFF-Ross - SLPD-Chiefs ALDRED
[illegible]
(Enter the full name of the defendant(s) in this action)
LAND ROVER USA aka the CAR STORE
Does 50-100 ALVAREZ - PRIOR
Attorney(s) At Law PEEBLES-SAUNDRES-GARREY
(Ses) ALAMEDA Co SD PLUMMER & AHERN
Deputy BOYD Sanchez, & AT&T phones
"WASTED 7 mays" "LRA" contract LAW LIBRARIAN
NO WRITS of HABEAS CORPUS

Jury Trial
CLASS ACTION

Case No. ____________
(To be provided by the Clerk of Court)

RAKER ACT

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

= LEMON LAWS Act =

TRO, Injunctions of honorable CDC H20549-HENDERSON

Attey Nelson and Rockefellar

(TM) Coldmine Pg 15 ©

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement SANTA RITA AHERN Jail A Sept

B. Is there a grievance procedure in this institution? (Deputy Johnson "Don't Want General Population" "to know" WHILE I PROVIDE GOOGLE, MC 245 TRAINING

YES (X) NO ( ) But "not Meaning-FULL"; no Due Process Access to

C. Did you present the facts in your complaint for review through the grievance procedure? Yes Ten More, Without HEARINGS (denied) & Refused WRITS to Verify Jurisdiction & PC 1381 HEARINGS to CHALLENGE
YES (X) NO ( ) (Like US Supremes ROBERTS, Patriot Act over Rules)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

Douglas "Swede" Raymond NELSON Pro Se (303) 621-4754 (303) 257-6146
Private Attorney General (EPA)
(707) 558-5091 / WILDCAT4nelson@Aol.com

COMPLAINT (continued)
Pg 001/50 Patented 2008

Sheriff 616 Johnson Ray Dayton [illegible]
Attey Nelson @Yahoo
Dial Room, Rapid Re-Shoage-Covery





DVC
register now for
spring '08 classes!
www.dvc.edu
DIABLO VALLEY COLLEGE
Pleasant Hill • San Ramon

# nding someone in California
# hannels energy is nothing new.

## ing companies that do, is the real surprise.

Technologies, Inc
N Beverages, Inc
Company
Technology
y Farms
Properties
way Real Estate Services
lic Utilities Commission
al Estate Management Company
ard Ellis
Santa Rosa Laguna Treatment Plant
Networks
an & Wakefield
lo Winery
cadero Center
nt Hotels
Reserve Bank of San Francisco
n's Fund

Forward One, LLC
Four Seasons Hotel
Gap, Inc
Genentech
Giftcenter & Jewelrymart
Hilton San Francisco
Hines
Hyatt Regency
JDS Uniphase
Jones Lang LaSalle
KQED
Marriott Hotels
Metreon
Microsoft Corporation
Pacific Gas & Electric
Pacific Plaza
Palace Hotel
Post Montgomery Center
RREEF
RREEF/McCarthy Cook
San Jose Mercury News
Seagate Properties

Shorenstein Realty Services
Signode Corporation
Spansion, Inc
St Francis Memorial Hospital
State Comp Insurance Fund
Terwilliger Management
The Pyramid Center
The Westin San Francisco Market Street
The Westin St Francis
TMG Partners
Townsend Center
Triple Net Properties, LLC
Unico
Union Bank of California
US EPA Region IX
US General Services Administration
US Postal Service
Wells Fargo Bank
West County Wastewater District
Westfield San Francisco Centre
Workflow One

STATE OF CALIFORNIA
**NARRATIVE/SUPPLEMENTAL**

PAGE 13 OF 22

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 01/22/2006 | 0130 | 9370 | 017489 | 010259 |

**OTHER FACRUAL INFORMATION:**

Prior to this collision P-1 (Gordon) lead Witness Officer M. Mellone on a pursuit. The pursuit had been cancelled. At the time of the collision P-1 was not being pursed by Officer Mellone or any other officer. Officer Mellone had cancelled this pursuit less then a minute prior to this collision and approximately a half of a mile west of the location of this collision.

Oakland Police Department personnel who were present at the traffic collision scene include but are not limited to;

Officer M. Mellone #8553P
Officer P. Huppert #8257T
Officer M. Nuff #8522P
Officer K. Reynolds #8436T
Officer E. Lara #8557P
Officer B. Donelan #8378T
Officer R. Sanchez #8533P
Officer G. Hara #8549P
Officer T. Dolon #8497P
Officer C. Garcia #8458T
Officer D. Royal #8085T
Sgt. Dunakin
Sgt. Shannon

CHP Oakland
Officer Levandusky #17489
Officer Koven #17494
Officer Barday #17736
Officer Heitman #17654
Sgt. Whitten #12446

Oakland Fire Department
Engines 2556, 2557, and 2563
Truck 2576

AMR units 502, 506, and 305

**STATEMENTS:**

Party #1 (P-1, Gordon) related only that he had, "Too much" to drink tonight. P-1 would not talk of what happened in the traffic collision.

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J. LEVANDUSKY | 017489 | 01/22/2006 | | |

Business

Dre (925) dvoros@bayareanewsg

DR SWEDE NELSON United States Dist Court CV07-5581

# E-Loan announces layoffs

CDF - BNM - fire PILOTS, INSPECTORS UFC-NEC Solicitor General ABC - ATF - CSHA - MIC CV07-5582

...valos
...TER

The mortgage morass has engulfed an online loan firm that said it intends to chop more than ... from its Pleasanton headquarters ... of a wrenching and broad ...g.

...es were notified at the end ... they would be dismissed ... unit of Puerto Rico-based ... ar Inc., gave employees 60-days notice that they would be terminated. Popular bought E-Loan in 2005 for $300 million.

E-Loan intends to jettison 410 of the roughly 925 jobs at its headquarters in the East Bay, said Laurie Azzano, a spokeswoman for Pleasanton-based E-Loan.

"It's a challenging mortgage climate for all of us right now," Azzano said.

Over the last year, 8,100 East Bay jobs in four key industries tied directly to housing — residential construction, specialty trades construction, real estate, and credit intermediation — have vanished.

In October alone, three mortgage companies eliminated 325 jobs. One of those firms, Diablo Funding Group, ceased operations. This month, failures in home equity loans forced Concord-based Cal State 9 credit union into a state-ordered conservatorship.

Even worse, the more recent job cuts and corporate shutdowns suggest the housing market ailments have infected a steadily widening array ... nesses and consumers. The affli... have spread well beyond the sub... mess. The retrenchment at E-Loan underscores that.

E-Loan is not a subprime len... Azzano said. "The company has a higher quality borrower. These la... are not a result of the subprime i... dustry in particular but the mort... problems as a whole."

Please see E-LOAN, Busi...

GROCERY GRAB

CHIEF EXECUTIVE OFFICER Tim Mason (right) and new store manager Pablo Artica applaud at the opening of the first of six Southern California Fresh & Easy Neighborhood Market branches as British grocery giant Tesco PLC enters the U.S. market. The chain also has its eyes on the Bay Area.

REED SAXON — Associated Press

## ...sh & Easy brings British 'money muscle' to Bay Area

...e Avalos
WRITER

ON THE HEELS of its British invasion into ...

"The company is in the very early stages of looking into Northern ...

... Area and elsewhere.

Fresh & Easy is a unit of Tesco PLC, the England-based retailing giant that is the world's third-largest supermarket chain, trailing only Wal-...

## Wine rivals toast merge...

■ Constellation Bra... paying $885 million for Fortune Brands

By Ben Dobbin
ASSOCIATED PRESS

FAIRPORT, N.Y. — C...tion Brands Inc. is staki... bigger claim in the more... able end of the U.S. win... market with a deal to ad... du Bois to its collection ... $11 wines led by Rober... davi Private Selection.

The world's biggest ... maker said Monday it i... $885 million for the U.S. ... business of Fortune Br...

In addition to top-se... du Bois, the buyout wo... Constellation the Wild ... and Geyser Peak branc... California wineries anc... than 1,500 acres of vin... the Napa, Sonoma and ...neros grape-growing re...

Handwritten annotations: GO BUSH, Commander Chief, Patriot Act, LAND ROVER, CROSS, Cal Fire, CART, US Reference, MRC, Seizure of B..., Contra Costa SC-06-1276, CITY OF SAN LEANDRO / HAYWARD, DUBLIN, CONCORD, WALNUT CREEK, CV-1060, MRTS' Golden Oak & Oyster Bar, Licensee, Heller, LISA, OAKLAND