ML-76 REV 9/06

# ALAMEDA COUNTY SHERIFF'S OFFICE

DETENTIONS AND CORRECTIONS DIVISION

**RETURN TO INMATE**

**MESSAGE REQUEST**

DATE: Sat 3rd [illegible] 07

SRJ UNIT # Two

GDJ FLOOR#

POD/CELL # F-8

United States District Ct No. 5581 & 5582

RETURN TO INMATE

( ) BOOKING ( ) COMMISSARY ( ) INMATE SERVICES (X) CLASSIFICATION ( ) OTHER

PRINT ONLY!!! PRINT ONLY!!! PRINT ONLY!!!

PERSON TO CONTACT: Sgt & URESTE, 8 Pod RF

PC 8182 Garnishment $ 2053

I wish to Be Made "TRUSTEE WORKER" "BARBER" 1500 per[illegible] as Law Librarian, Pay at San Leandro City is $151,891, total annually & CDC trained Jail Barber As MBA of Univ of Phoenix Concord & UBC, grad of Boalt hall and Law Doctorate @ UCB Grad School of Journalism, I exceed your Requirements

INMATE NAME: NELSON, Deputy Sheriff [illegible]

PFN: [illegible]

DATE OF BIRTH: 5/6/45

DEPUTY RECEIVING REQUEST: R. RAY #1587

DATE RECEIVED:

SEE BACK FOR RESPONSE

"NO"

Please Garnish Payroll of R. Ray #1587 ACSO State of California POST certified Peace officer of Governor Schwarzenegger, for Violation of & Conspiracy, Mail Fraud & Tax Fraud, no Date, Obstruction of Justice; Discrimination against Whites & Handicaps, Only Black(s) Pursuant to Default of Ms McPeak, of State of Calif Whom is Not Exempt Sovereign, Per ADA 42 US §12132, the Subject of Appeal of "Abuse of Discretion" dismissal of the ABC License Bond/ Attachment of Ms Yvonne Harkin, the License Sale.

Dated 4 Nov 07

Avered/Verified @ Camp Parks, Township 94568

Dep. Swede Nelson

www. WildCat4nelson@AoL

CV07-6325

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

Legal Case CSC #06-1272 Mail Fear USDist CV7-5582

Privatized Solicitor General

NAME: Douglas "Swede" Raymond NELSON PFN: ARX-006

HOUSING UNIT: 2F8 DATE: 25 Oct, continuing

Commander Lewis

NATURE OF GRIEVANCE: (Give specific details) Request Referral to DA & US Postal Inspectors

2F8 My Confidential Legal Mail (Judgement CSC #06 1272) 2F8 Confidential Sick Call

DXB383 ARX-006 2F8 Confidential Work Product in the Dock Jam & FLOOR has been / IS WAS STOLEN (Because Rounds Staff Never Picked UP) (Wiley) Buried By 2F6 (Pod Time) 8th Nov Mail, column pg 20

Prior to 9th Nov To NOLO Press 950 Parker St. Berkeley attn Ray Jackson

Legal Playing Field

also to Residence BONNASSE Vallejo 94591

Sheriff Ahern Deputy DUNN # & Ms FOSS - UP

Refuse to Do Cell Extraction (to Safety Cell)

& Recover The Sick Call Files

& The Master Charge Card Safeguard

& THREATENED Me With Lock Down (CCR 15 EWA)

** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

Per 15 CCR

INMATE SIGNATURE: Douglas "Swede" Raymond Nelson PhD

Put 2F6 on Mail Restriction NOLO Press

No Mail to my Business NOLO Press → Protective Order FILED

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: Received Empty Envelop BADGE #: ________ DATE: 9th Nov

[ ] RESOLVED – INMATE ACCEPTANCE: ____________ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. ____________ TRACKING NUMBER: ____________

Patented

COPIES: White - Staff Use
Yellow - Inmate Receipt Copy

ML – 51 (rev 8/06)

WildCat4nelson@A... Rock A. Fellar



THE LAW OFFICES OF DIANNE D. PEEBLES

DIANNE D. PEEBLES

ATTORNEY AT LAW

ONE KAISER PLAZA, SUITE 750, OAKLAND, CALIFORNIA 94612

TELEPHONE (510) 832-8700

FACSIMILE (510) 836-2595

DIANNE D. PEEBLES

DPEEBLESLAW@COMCAST.NET

July 26, 2007

Douglas Nelson
2242 Morello Ave, #A
Pleasant Hill, CA 94523

Re: Douglas Nelson
Claim Number: 02-397-500-0
DOL: 12/18/06

Dear Mr. Nelson:

As you are aware, I was retained by your insurer, California State Automobile Association, Inter-Insurance Bureau, (hereinafter "CSAA-IIB") to assist in the resolution of the above-mentioned claim under your policy of insurance with CSSA-IIB. I am writing to advise you of CSAA-IIBs' determination of your claim.

For the following reasons CSAA-IIB has declined your claim in its entirety.

As you are aware we required additional information to respond to your claim. Initially CSAA-IIB wrote to you to request that you provide a recorded statement. You failed to cooperate with this request.

You were then notified that we required your examination under oath (EUO). We notified you by letter that your EUO had been scheduled for June 1, 2007. In that correspondence you were notified that your failure to cooperate in your EUO would be grounds for denial of your entire claim. You were asked to call the undersigned to confirm your appearance at the EUO. You failed to confirm your appearance at the EUO and all attempts to contact you by telephone at the telephone number that you had previously provided to CSAA-IIB were unsuccessful. The June 1, 2007 EUO was cancelled.

We rescheduled your EUO for June 12th, 2007 and notified you of this date by certified letter. The EUO went forth as scheduled on June 12th, 2007 but you failed to appear. The certified letter was subsequently returned.

The policy of insurance under which you made your claim states in **SECTION I – CONDITIONS 2. Your Duties After Loss section "d. (3)"** that a Claimant is required to



BOB LARSON/STAFF

...rrect premature skull fusion at Children's Hospital Oakland.

## Craniosynostosis

**What it is:** At birth, the skull's seven bones are joined with strong, fibrous tissue called **sutures**.

In rare cases, one or more of the sutures close prematurely and the bones fuse, preventing the brain from growing properly and causing a misshapen head.

Top view
Front

**Normal sutures** allow the skull to expand evenly around the growing brain.

**Sagittal synostosis** The fused center joint causes the front and back of the skull to be pushed out as the brain grows.

## Endoscopic surgery

The surgery is performed through small incisions and guided by a miniature light and camera.

**1 Two small incisions** are made in the scalp near the fused joint.

**2 Fused bone sections** are cut by gaining access through the incisions. A device lifts the bone away from the brain. The section of fused bone is cut with scissors and other tools.

**3 Side sections** of bone are also cut, to allow the head to be reshaped.

**4 Bone pieces are removed** through the incisions, and the incisions are sewn closed.

Incision
Fused suture
(Viewed through the scalp)
Incision in forehead
Normal sutures between skull bones

## After the surgery

The separated bones can now spread apart as the child's brain grows. Usually, the child can go home three days after the surgery.

**A custom-fitted helmet** applies pressure to the misshapen areas, gradually pushing the skull into a more normal shape. The helmet is worn for three to four months.

Source: Children's Hospital Oakland

DAVE JOHNSON/STAFF

Nations scientists.

The stark choices laid out Saturday by the agency's Intergovernmental Panel on Climate Change (IPCC) describe the daunting task if the world is to avoid the consequences of a planet heated up by more than 3.6 degrees Fahrenheit (2 degrees Celsius) since 2000.

The panel, which distilled research from about 2,500 scientists, avoided moral conclusions about how much global warming is too much.

"The scientists now have done their work. I call on political leaders to do theirs," U.N. Secretary-General Ban Ki-moon said upon formally receiving the report Saturday in Valencia, Spain.

"Only urgent, global action will do," said Ban, calling on the United States and China — the world's two biggest polluters —

See WARMING, Page 10

ASSOCIATED PRESS

**U.N.** Secretary-General Ban Ki-Moon wants the U.S. and China, the world's two largest polluters, to help slow global warming.

# Plan suggests canal is crucial to Delta revival

■ Government biologists call proposal for dual conveyance system of aqueduct, pumps 'the most attractive option'

By Mike Taugher
STAFF WRITER

Government biologists have concluded the most promising way to save the Delta is to divert water around it through a canal — an idea often derided as a Southern California water grab that would ensure the destruction of the region.

Wildlife agencies recently told planners that a Peripheral Canal is "the most attractive option" to help quench California's thirst for more drinking and irrigation water while fixing the Delta's dying ecosystem.

Voters rejected the canal in 1982, and opposition was fierce in Contra Costa because of the threat a canal poses to the local water supply.

By siphoning water out of the Sacramento River before it reaches the Delta, the canal would reduce the amount of fresh water near Contra Costa Water District's intakes in the south Delta and increase the concentration of pollution and salt water.

If built, however, a new canal probably would be operated and managed in conjunction with the existing state and federal intakes near Tracy. That would ensure more water stays in the Delta and could help offset the deleterious effects a new canal would have on water quality in the south Delta, the sole water source for 500,000 people.

The call for in-depth study of a Peripheral Canal comes during fast-moving negotiations for a pact to stabilize the state's dwindling and increasingly vulnerable water supplies while also protecting the environment.

If the biologists and the state's

See DELTA, Page 5

Ask Amy .......... C9
A&E .......... C1
Business .......... G1
Classified .......... I1
Job Network .......... H1
Local News .......... A25
Lottery .......... A11
Obituaries .......... A30
Perspective .......... A20
Sports .......... B1

## Tax reform

■ President Bush calls for changes to the alternative minimum tax. Page 13

JUDGED BEST IN THE STATE
1999 • 2000 • 2001 • 2003 • 2004
75,000-200,000 circulation
California Newspaper Publishers Association

6 58824 00017 3

CENTRAL CONTRA COSTA

UNDAY TIMES

ContraCostaTi

$1 plus tax

***************SCH 3-DIGIT 945
DOUGLAS NELSON #ARXOO6 2/6/2008
ALAMEDA COUNTY JAIL
5325 BRODER BLVD
DUBLIN CA 94568-3309

OLIDAY ARTS

uncrackers' is only the ginning • IN A&E/C1

MORE MISERY

Bears drop another Pac-10 game

IN SPORTS/B1

# Lasting effects of spill emerge

■ ONLINE: www.coscobusanincident.com.

■ INSIDE: Volunteers are showing up in droves to help with the cleanup. Page 27

■ IF YOU GO: A House Transportation and Infrastructure subcommittee will hold a field hearing on the Cosco Busan spill's causes and response at 10 a.m. Monday, Nov. 19 in the Golden Gate Club, 135 Fisher Loop in San Francisco's Presidio.

■ Experts say the bunker fuel will hide in wetlands, shores to crop up again

By Douglas Fischer
STAFF WRITER

The eelgrass restoration had taken 18 months and about $200,000. The plant, perhaps the foremost nursery for critters at the base of the San Francisco Bay's food web, waved like a green carpet less than three feet beneath the water's surface near Tiburon. And there, shimmering on the high tide just above the 100-acre patch, floated the deathly, iridescent sheen of bunker fuel from the ill-fated Cosco Busan.

Almost two weeks after the container ship hit a Bay Bridge support and spilled 58,000 gallons of toxic fuel, the legacy of the spill will be written not so much by the oiled and dead murres and scaups that washed ashore in its immediate aftermath, but in the acres of tarred wetlands, marshes and mudflats harboring so much of the Bay's diversity.

By now, oil from the Nov. 7 spill has largely dispersed. Cleanup efforts have switched from recovering oil to scouring beaches. And wildlife experts fret that the spill's true impact is just emerging: Tarlike fuel oil blanketing fragile marshland and hiding in rocky bluffs and rip-rapped

See SPILL, Page 9

# U.N. outlines dire timetable to curb global warming

■ Scientists say a quarter of planet's species are in danger; secretary-general calls for international action

By Doug Struck
WASHINGTON POST

The world will have to end its growth of carbon emissions within seven years and become mostly free of carbon-emitting technolo-

MC-275

Name RAYMOND DWEDE NELSON

Address WILDCATTERS DRILLING MINNING Bx 782 Rock Springs, Wyoming

(307) 251-6146

CDC or ID Number

SUPREME COURT STATE of CALIFORNIA

(Court)

PETITION FOR WRIT OF HABEAS CORPUS

Petitioner

vs.

No. CV 07 5581

(To be supplied by the Clerk of the Court)

Respondent

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Page 1 of 6

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

CHRIS SEWARD/RALEIGH NEWS & OBSERVER

**ACTIVIST CINDY SHEEHAN** has recently dropped out of everyday activities of the peace movement and is now on a campaign as an independent to unseat Speaker of the House Nancy Pelosi in her San Francisco district.

# -war activists say they're winning

Tony Castro
MEDIANEWS STAFF

RAFAEL SUANES/MCT

...GELES — In May ...hat she had failed to ... in Iraq that took her ...d made her the face ...of Cindy Sheehan ...it the anti-war move...

...concluded that her ... a 24-year-old Army ...illed in an April 2004 ...ghdad, had died for ...

...died for a country ... more about who will ...'American Idol' than ... people will be killed ... few months," Shee... ...n an online diary.

...ext few months will ...-letter day soon when ...death toll of Ameri... ...in Iraq hits 4,000 — a ...stone in what has be... ...overwhelmingly un... ...r at home and a po... ...ue in Congress and ...ntial campaign. ...e toll hovers just 133 ...at grim marker — in ...een the deadliest year ... for American soldiers in Iraq since the 2003 invasion — Sheehan's departure from the peace movement is raising questions about the strength of today's anti-war movement.

Despite polls showing that most people oppose the war, there have been no massive sit-ins or protests like those in the 1960s over the Vietnam War.

The perception is that "people aren't in the streets protesting in outrage because they are too busy sipping Frappucinos at Starbucks and watching television — so long as it's not anything about the rising death toll," said psychiatrist Carole Lieberman, who studies pop cultural trends among Americans.

But peace activists say that isn't necessarily the case, that in fact, the movement against American involvement in Iraq today is significantly further ahead of the anti-war movement against the conflict in Vietnam at the same time in the 1960s.

"Vietnam had a draft but it

> And the anti-war movement's impact on national politics cannot be understated. Opposition to the war last year produced the historic backlash against President Bush and the Republicans, leading to a Democratic takeover of Congress and a resolution setting a timetable for a troop withdrawal — a resolution Bush vetoed.

See WAR, Page 6

---

ation of restoring fish to the upper Klamath Basin for the first time in a century.

FERC spokeswoman Celeste Miller acknowledged that fish ladders and other improvements required by NOAA Fisheries and other federal agencies are "generally" included in the final license, leading salmon advocates to dismiss the latest evaluation as "legally infeasible."

Meanwhile, Indian tribes hoping to restore salmon runs that once were crucial to their cul-

...serves 1.6 million customers in six western states.

It is seeking a new license to operate the four dams straddling the Oregon-California border on the Klamath River for the next 30 to 50 years. The dams produce enough power for 70,000 households.

When removing all four dams was evaluated against building the fish ladders and other measures, removing the dams came

See DAMS, Page 4

---

# Bonds' attorney says government's case weak

■ Lawyer calls indictment desperate move designed to justify expense of probe

By Sean Webby
MEDIANEWS STAFF

Federal prosecutors brought criminal charges against Barry Bonds as a desperate move to save face after spending several years and millions of dollars investigating the slugger, said Michael Rains, Barry Bonds' lawyer.

Bonds did not lie to a federal grand jury probing the BALCO steroid ring, Rains said, despite being set up to do so by government prosecutors.

"Barry got up on the stand and did his best to answer questions and to answer them truthfully," Rains said. "He told them like it is."

And the case — in which Bonds is charged with perjury and obstruction of justice — will likely be dismissed before it ever gets to a trial, said Rains. The lawyer estimated a trial would not begin for more than a year.

"Everybody has an opinion about Barry. A lot of people love and respect him and a lot of people dislike him. He understands that," Rains said to MediaNews in his first comprehensive interview since the indictments were announced Thursday. "Whether you like him or dislike him, the way the federal government has

See BONDS, Page 4

---

# re women delaying, forgoing motherhood

...tage of childless ...ns in their early ...e that in 1980

Mike Swift

birthday.

"It was like my last chance," she said of the timing.

Gomez exemplifies a trend being reported by the Public Policy Institute of California: with bearing is moving out of the teens and 20s and into the 30s — or later. Birth rates for women in their early 40s have tripled in the past two decades, for reasons both social and economic.

children, Johnson said. "The more fuzzy part is the whole kind of cultural argument that goes along with people's statements about California — that California has more acceptance of non-

CV07-6305 SOS

# Prison Health Services Medical Request Form

Repeated Denials to See RN [illegible]

- *Inmate – do not write in shaded area.*
- *Place this form in the sick call box or give it to medical staff.*
- *If you do not complete all of the information, your appointment may be delayed.*
- *A copy will be given to you after the visit.*
- *You may be charged $3.00 for each health care visit.*

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| 1st Nov 07 | NELSON | Douglas | [illegible] | [illegible] |

HOUSING LOCATION [illegible]

SRJ – UNIT# ___ POD ___ CELL ___ GDDF – FLOOR ___ POD ___ CELL ___

CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

Patient accepted ___ DECLINED ___ REFUSED ___

Visit was for diagnosis or treatment of communicable disease condition.

Visit was a follow-up requested by the clinician.

Visit was exempt from copayment. Send ORIGINAL copy to Accounting.

CLINICIAN'S SIGNATURE ___ CLINICIAN'S NAME (Print/Stamp) ___ DATE ___

Inmate's Signature ___ Patient Refused to Sign ___ Witness if Patient Refused to Sign

Date of Triage: ___ Nurse Signature and Print/Stamp ___

Disposition: ☐ Sick Call ___ ☐ Specialty Clinic ___ ☐ Other ___

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: UNSIGNED water supply

Date: ___ Inmate's Signature: ___ Refused to Sign

CLINICIAN'S SIGNATURE ___ CLINICIAN'S NAME (Print/Stamp) ___ Witness if Patient Refused to Sign

PC 182 (TREASON) Co-Conspirators / CSAAA [illegible]

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

(911) Need Bottled Water / Title RN-15 Roto Call (911)

Diabetic — EMERGENCY

The Water Stinks / Cloudy / & Tastes BAD

in Re Nelson Vs Tschappi — Depts health

Grievance #1711 $2053.40 per Day fine

PC 182 Nelson Vs Superior ... Judgement ... CoCo

Contempt of Court ... I will pay for it

Signature of Inmate Patient ___ Date of Signature 9th Nov 07

ORIGINAL: Accounting PINK: Health Services File CANARY: Inmate/Patient Revised 7/06

Blackwater Solicitor General

CV07-6301

Atty Nelson / National Bureau of Corruption & Fraud Prevention-Protection

United States District Court, S.F.

CV07-5582 (JW) (PR)

**ORDER** Personal Service Complete

ALAMEDA COUNTY SHERIFF'S OFFICE

SANTA RITA JAIL

INMATE GRIEVANCE FORM

Jail House Lawyer

NAME: Dennis "Soda" Raymond NELSON

PFN: AEX 006

HOUSING UNIT: Solitary Confinement, Wheel Chair ADA @ 2F8 #1 F7

DATE:

NATURE OF GRIEVANCE: (Give specific details)

Lead Case CSC06-1272

HC 366, CV07-5581

Assault By Staff Rodriquez Sheriff Ahern

#101a (3) Assault & Inmate Gang Banger HINEY, BBR-611/2F6 T11

45 minutes

Upon Officer of the State & Federal Courts

Toilets, Denial & Insulin / Denial of Safe Water for Pills / Pains / Refusal of Toilet Paper

Sandley, Noonish, (in PRO Pe Jail House Lawyer) HF 549

Lead Case CSC06-1272, HC 366, CV-07-, USDist CV-07-5581

US Supreme Court Justice Roberts / #, & US Dist CV07-5582 JW PR

Officer Rodriquez, Stole Confidential

Court Orders of State of Federal District / 9th Fed US

Supreme Court 9th Circuit of Appeals, Last Week, Where-

Upon / Gave them to and Order him to, whom to Stole

the Documents, to Bodily Inmate Services; Verified I

was Appointed "Second Chair", assistant Counsel By Hon (ARE 765)

Judge BEAN, Alameda & Judge GAFFEY and 9th Cir Cathy, &

US Dist Wilkinson.

I Filed Complaints Today I made 100; 911 calls

* (DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM WHEN NEEDED.)

for Assistance, 45 minutes, without Response.

INMATE SIGNATURE:

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: BADGE #: SGT DATE:

[ ] RESOLVED – INMATE ACCEPTANCE: ____________ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ____________

TRACKING NUMBER: ____________

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

Proof of Service

ML – 51 (rev 8/06)

THE POST, October 17-23, 2007, Page 3

# t's at Stake as the Supreme Court Returns

term:

**Crack vs. Cocaine Sentencing (Kimbrough v. United States)**

Under the federal mandatory minimum sentencing scheme, it takes only five grams of crack to get a five-year prison sentence, but it takes 500 grams of powder cocaine to get the same five-year term. A federal judge, who believed the sentencing guidelines are unreasonable, sentenced Kimbrough to a 15-year term for possession with intent to distribute 56 grams of crack, instead of the 19–22 years prescribed by federal sentencing guidelines. The prosecutor has challenged the shorter sentence.

Maya Harris

What's at stake? Justice, equality and fairness. There's no legitimate justification for treating crack 100 times more harshly than powder cocaine. Moreover, the law has a severely racially discriminatory impact, disproportionately incarcerating African Americans for lengthy sentences. In papers filed with the Court, the ACLU argues that federal sentencing judges should have discretion to sentence below the existing guidelines for crack offenses.

**Voter ID Challenge (Crawford v. Marion County Election Board)**

The ACLU, NAACP and others are challenging Indiana's voter ID law, the most restrictive law in the nation. It requires voters to show a federal- or state-issued photo ID, such as a passport or driver's license, to cast their ballot, even though no evidence of voter fraud in Indiana can justify it.

What's at stake? Voting is a fundamental right that should not be subject to unnecessary burdens imposed by the state. Millions of Americans of voting age do not have official federal or state identification. The Indiana voter ID law—and similar laws being adopted or considered in other states—will disenfranchise many voters who do not have or cannot afford to obtain the approved IDs, and will disproportionately impact the voting rights of the elderly, poor and people of color.

**Habeas Corpus (Boumediene v. Bush and Al Odah v. United States)**

Guantánamo detainees being held without charges or trial are seeking the right to challenge the legality of their imprisonment in U.S. federal courts—a right other prisoners have under the Constitution. The Bush Administration wants to deprive federal courts of that authority.

What's at stake? A core Constitutional right to due process. For centuries, the writ of habeas corpus has allowed individuals detained by the U.S. government to challenge the lawfulness of their detention.

**Continued on page 9**

en it comes to choosing a doctor, make sure

I're getting the best.

THE LAW OFFICES OF DIANNE D. PEEBLES

DIANNE D. PEEBLES

ATTORNEY AT LAW
ONE KAISER PLAZA, SUITE 750, OAKLAND, CALIFORNIA 94612
TELEPHONE (510) 832-8700
FACSIMILE (510) 836-2595

DIANNE D. PEEBLES
DPEEBLESLAW@COMCAST.NET

July 26, 2007

Douglas Nelson
2242 Morello Ave, #A
Pleasant Hill, CA 94523

Re: Douglas Nelson
Claim Number: 02-397-500-0
DOL: 12/18/06

Dear Mr. Nelson:

As you are aware, I was retained by your insurer, California State Automobile Association, Inter-Insurance Bureau, (hereinafter "CSAA-IIB") to assist in the resolution of the above-mentioned claim under your policy of insurance with CSSA-IIB. I am writing to advise you of CSAA-IIBs' determination of your claim.

For the following reasons CSAA-IIB has declined your claim in its entirety.

As you are aware we required additional information to respond to your claim. Initially CSAA-IIB wrote to you to request that you provide a recorded statement. You failed to cooperate with this request.

You were then notified that we required your examination under oath (EUO). We notified you by letter that your EUO had been scheduled for June 1, 2007. In that correspondence you were notified that your failure to cooperate in your EUO would be grounds for denial of your entire claim. You were asked to call the undersigned to confirm your appearance at the EUO. You failed to confirm your appearance at the EUO and all attempts to contact you by telephone at the telephone number that you had previously provided to CSAA-IIB were unsuccessful. The June 1, 2007 EUO was cancelled.

We rescheduled your EUO for June 12th, 2007 and notified you of this date by certified letter. The EUO went forth as scheduled on June 12th, 2007 but you failed to appear. The certified letter was subsequently returned.

The policy of insurance under which you made your claim states in **SECTION I – CONDITIONS 2. Your Duties After Loss section "d. (3)"** that a Claimant is required to



Cv07-6305

SOS

MC-275

This petition concerns:

☐ A conviction

☒ Parole Sheriffs @ 90 days = (Aug/Sept/Oct

☒ A sentence

☒ Credits 9 mos = 1/2 = 4.5 (Aug/Sept/Oct/Nov/1/2 Dec

☐ Jail or prison conditions

☐ Prison discipline

☐ Other (specify): Violation of 1/2 time (Calculation), Deliberately Indifference

1. Your name: Douglas (@ Calif) Raymond (@ Colorado) "Swede" NELSON

2. Where are you incarcerated? Guantanamo Bay - Cuba N... (Dublin Ca 94568) State of No WRITS

Why are you in custody? ☒ Criminal Conviction ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon"). Fraudulent - Predatory LENDERS (MS) By City of San Leandro Santos ... WRIT of Restitution (Cheap-Foss DQB383) served @ COORs Field Denver Colorado By Alameda Sheriffs AHERN - M. M. TUCKER#, 9th Aug Rockies Base Ball Game

b. Penal or other code sections: UCC 1 #2

c. Name and location of sentencing or committing court: Arnold Schwarzenegger - Geo Bush Funded State of Calif Supreme Court Ronald GEORGE, chief Justice (Chase State Bar Sanders - Gaffey)

d. Case number: DQB383 / aka ARX ... 6 / aka AH43366

e. Date convicted or committed: 15th Aug NO BAIL; PLEA 24th Sept 07; Sanders State Bar#

f. Date sentenced: 25th Oct 07 Gaffey, State Bar#

g. Length of sentence: 9 months = 6 months = Sheriffs Parole @ 91 days (Now defaulted)

h. When do you expect to be released? No Justice = No Peace

i. Were you represented by counsel in the trial court? ☒ Yes. ☐ No. If yes, state the attorney's name and address:

Pro Se

4. What was the LAST plea you entered? *(check one)*

☐ Not guilty ☐ Guilty ☒ Nolo Contendere ☐ Other: To NSF check → Calif. ... = No Crime

5. If you pleaded not guilty, what kind of trial did you have?

☐ Jury ☐ Judge without a jury ☐ Submitted on transcript ☐ Awaiting trial ☒ Sham - Political Trial Near Pendleton (Transactions) Shake-Down

21st Ave ... / Verified

(R) Douglas Swede Johnson Nelson PhD

Pg 3

Attorney Nelson Federal Bureau of Corruption & Fraud Protection @ Yahoo Entity

(307) 257-6146 KAYMOND dSwede NIELSON Pro Se (925) 835-4332 For Private Attorney General

(FP) Aug 10 07

© ®

Patented 2008

Cv07-6305

C V 07-6305

# Desley Delivers Delights For Halloween

*Heartlands Merchants Treat kids to Free Sweets*

Trick or Treaters in the Central East Oakland "Heartlands" shopping District will get a great start on Halloween thanks to the local merchants who will be passing out candy and treats from 3pm to 6pm on Wednesday, October 31, 2007 along designated commercial corridors. Kids, 12 and under, are welcome to stop by businesses and shops that display a pumpkin in the window.

The effort is being spearheaded by the Heartlands merchants and the District 6 Office of Oakland City Councilmember Desley Brooks, ... and will take place at business along the following corridors:

- ... & Havenscourt Blvd.
- MacArthur Blvd. & Seminary Ave.
- MacArthur Blvd. (73rd to 82nd)
- International Blvd. (51st to 69th)
- Foothill Blvd. & Seminary Ave.

For more Information contact: the Office of Councilmember Desley Brooks at (510) 777-8427 or via email at dbrooks@oaklandnet.com

Graphic Designer Petey Atkinson

Celsa Snead heads Mentoring Center....See page 2

OAKLAND

Oakland ranked first in EPA's National Storm Water Management Program.

...AND POST

"...is no vision the people will perish..." Proverbs 29:18

Weekly Edition October 17-23, 2007 44th Year, No. 15

# "the Dead" Altar

# Every Student, Every Classroom, Every Day

By Vincent C. Matthews
Interim State Administrator
Oakland School District

At Oakland Unified School District, everything we do is designed to move us closer to the

C-07-6305

Continues NELSON-WDM-vs People Calif-Colorado, Ross etal SES

1) Petitioner Douglas "Smoke" Raymond NELSON natural Person & Private Attorney General (act) 42 US §12132 & ADA, Disabled - One Legged - Insulin Dependent Diabetic

I Fictious Person, Self Corp (Ltd) Calif-Nev & Colorado Licensed Mining-Drilling-Railroad, engineering Contractor 'A' gen Engineering # A 343736, Kings Beach - Incline Village, Calif Aspen-Vail-Bolder Colorado. IRS 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 & dob Retired Humboldt #616, Search & Rescue 5/6/45 .... Pacific Ring of Fire, HeadQuarters 50+ Years @ Walnut Creek, Ca 94596 Calif D.L. B4521878 I.D. Wyoming & Colorado & Missouri ... FAA # ________ Private Pilot (307) 251-6146, Yellow Pages (all 7 Denver, Colorado DEX in Welding (Blacksmith) - Repairs)

2) Arrest, 1st Aug Midnight, Alameda Blvd @ 711 South Corp & Interstate Highway 25, Denver County, Colorado on Alameda County Restitution (DQB 383) Debtors Warrant

I Incarcerated @ Denver County Jail - Hospital 1Aug - 10Aug

II Extendite PC§1381 to Alameda (Santa Rita - Camp Parks) for Administrative Segragation Via United Airlines Deputies Mr-Ms Tucker, Alameda Sheriff. 10th Aug 2007 for (Because of ADA handicap Prostetics Right leg)

3) Custody is Criminal; for a Visa-Visa Civil action upon Our Notice emailed of intent to file suit (Provided in Discovery 14th Aug, DA Ross etal) Exhibit (15th of May to Car Store, owner Alvarez & Western Union - Safeway Store, (May payment $100.00) Now Conducted By Alvarez - etal now doing business as RALVEREZ@aol.com 276-3444. ooo

a) Despite Grant of Signature Loan # 2896489 of $500.00 Promissory Note # 70552, Receipted # 05668 / Backed Wells Fargo ... # 352 Bank Statement, 00114. oo 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 Account Owner.

Ⓡ (TM)

Petition Writ of Habeas Corpus Patented 2008

C-07-6305 Page 2 of 7

Affidavit NELSON Entry National Bureau of Corruption & Fraud Protection

TM 1935 C

Douglas "Smoke" Raymond NELSON

MIKE LUCIA — Staff

**JOSHUA APODACA,** 8, holds his sister, two-month-old Anjelica Silca, while looking at holiday decorations at a house on Bryn Mawr Avenue in Hayward on Wednesday.

Nov 6305

$600,000

# Alameda County parks up for upgrades for disabled

FROM STAFF REPORTS

OAKLAND — Parks in Castro Valley and Ashland will be upgraded for the disabled, thanks to a $261,679 grant from Alameda County.

County supervisors on Tuesday agreed to pay the Hayward Area Recreation and Park District $200,000 for Adobe Center Park in Castro Valley and $61,679 for Fairmont Linear Park in Ashland.

Jointly, HARD and the Castro Valley Unified School District will contribute $400,000 to the equipment and restroom projects, for a total of $600,000 in costs.

HARD will buy play equipment and install a new restroom at Adobe Park, next to the Adobe Art Center on San Miguel Avenue. The equipment and restroom will meet Americans with Disabilities Act (ADA) requirements.

James Sorensen, the county's Community Development Agency director, said the new play equipment and building will tie into proposed improvements at the neighborhood park. They include picnic areas, a skate park and walking paths surrounding an open grass area.

Work on the upgraded Adobe Park will begin next year.

# Oakland-based band joins lawsuit against cigarette maker, magazine

■ Plaintiffs allege ad had targeted indie music fans

By Jason Dearen
ASSOCIATED PRESS

SAN FRANCISCO — Two bands featured in Rolling Stone magazine's "Indie Rock Universe," an illustrated insert sandwiched between music-themed Camel cigarette ads, are suing the publication and R.J. Reynolds Tobacco Co.

Oakland-based band Xiu Xiu and Toronto, Canada-based F— Up filed the lawsuit Monday in Alameda County Superior Court, alleging unauthorized use of the bands' names for commercial advantage and unfair business practices.

The ads in Rolling Stone promoted Camel's "The Farm: Free Range Music" campaign to support independent record labels.

"Many bands are angered and offended by what occurred," said Christopher Hunt, a San Francisco attorney for the two bands. Hunt and his clients are seeking class action status, which, if granted, would allow members from the more than 150 bands featured in the ad to join the suit.

"The 'Indie Rock Universe' feature . . . is not an advertisement," Mark Neschis, a spokesman for Rolling Stone, said in an e-mail. "It was conceived and created exclusively by the editorial department, without any review by or consultation with any advertiser."

The bands claim that the aim of the ads was to use the artists' names as a "credibility-generating engine within the advertising apparatus designed to deliver these commercial 'goods.'"

This is not the first suit to arise from the ads, which ran in the magazine's Nov. 15 anniversary issue. At least seven states have filed lawsuits against R.J. Reynolds for violating the terms of a landmark 1998 settlement between 46 states and the tobacco industry.

The settlement included a ban on the industry pitching to minors, and the agreement includes a provision against using cartoons in advertisements.

David Howard, a spokesman for Winston-Salem, N.C.-based R.J. Reynolds, said the firm had not yet been served with the bands' lawsuit, and therefore could not comment on it. But he did say the company had no voice in determining the placement of its ads in Rolling Stone.

"Since that was editorial content, we had no knowledge of what was going to be included in that content other than it was going to be about indie rock," he said.

According to the bands, the foldout was a carefully constructed ad for cigarettes that was intended to lure fans of independent music.

"Indeed, that is the only possible impression that can be left on the mind of any sentient twenty-first century being with eyesight," the suit states.

---

of Brea, CA, and one great-grandchild, George A. Slykowski of Folsom, CA.

Our mother, Ellis, was a loyal and devoted fan of the Oakland Raiders, San Diego Chargers and San Diego Padres teams. She always kept a fine home for her family, and she greatly enjoyed her garden and precious avocado grove. She will be deeply missed by her family.

A private family gathering will take place at a later time.

**ALLINGTON**

**DONNA M. ALLINGTON**
**Aug. 19, 1949 - Dec. 12, 2007**

Services will be Friday for Manteca resident Donna M. Allington who died Wednesday. Born in Creston Iowa, Ms. Allington grew up in Fremont CA. she will be missed by her loving family and friends.

A celebration of life and visitation will be December 21st, 10:00 am at Berge-Pappas-Smith Chapel of the Angels, 40842 Fremont Blvd., Fremont, CA 94538

CHAPEL of the ANGELS
BERGE-PAPPAS-SMITH
510.656.1226
FD 668

**BERNICE**
**Community Social**
**September 30, 192**

Ms. Bernice Gladney has been a resident a the Secretary of the Oak Grove Resident Coun has been active with OHA outreach for 2 years. outreach worker with the City of Oakland's Multi with over 150 seniors who occupy the Oak Grove

She is a sister of Barbara Mouton who incor as mayor.

Ms. Gladney was born in San Francisco on with High School Diploma from Berkeley Ad Childhood Growth and Development for Nurs College in 1964 and worked as a Special Ed district for 24 years. In addition to her vounteer Gladney was associated with the West Berk Advisory and Appeal Board in Berkeley, and the was also a founding member of the West Berke been elected as an "Outstanding" Volunteer in District. She was hired as Outreach Worker Oakland Housing Authority public housing. S handicapped children from ages 3 to 19. She Voters during the 1970's

She is survived by her companion and signi officer, Nick Jones and his dog "Stash", form celebrate her life is her granddaughter Tyeea G loved her community and was truly loved by her

Friday, December 21st, Fuller Funeral Servic at 11AM - Service at 2PM. The Repass will be 4PM.

Atty 4 Nelson Yahoo War Room Rapid Res

CV 07-6305

Continued NELSON-WOM -VS People Calif Colorado, Ross ltd

3 B] Count 1, FORGERY - PC§ 470(d), Check #0552 for $5000.00

Count 2, GRAND THEFT AUTO PC§ 487(d)

LAND ROVER (2000) DISCOVERY

Declaration & PROBABLE CAUSE, CVC§10851(a)

PC§ 476 & 496, of SAN LEANDRO POLICE, #222 ALDEED

VALUE #11,141.50 <5000.00> = $6,141.50

DATED 17 MAY 07

3 C] HAYWARD, HALL of JUSTICE "STATE of CALIF SUPERIOR"

Dept(s) 501 13th Aug - 20th Aug (dry run 24th Aug 07) high Noon

Dept. 509 27th Aug, HONORABLE SANDERS

Dept. 511-911-913 (2) 25th Sept 07

3 D] DQB-383 / ARX-006 & or H... 464

CII 08528071, 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

3 E] on or About 24th April 07th

3 F] UNSENTENCED <PLEA WITHDRAWAL> 25th Sept

3 G] UNKNOWN "Offer 9 mos County Jail"

3 H] UNKNOWN "Offer 2/3 = 6 mos = 1st December Jan 07-08

4) Not Guilty - Nolo CONTENDERE With Drawn 25th Sept

5) No TRIAL

6) GROUND #1, UNLAWFUL CAR STOP <fishing expedition

6A) PROFILING> of US MARINE CORPS, CAMOPHLOGED Dodge 4x4 Power WAGON, With Load of MINNING, ICE CORE DRILLING & WELDING & BROADBAND COMPAQ computer(s). which was CONVERTED BY ALAMEDA SO, DEPUTIES, 15th AUGUST Mr & Ms TUCKER, GRIEVENCE #076-57383, CAPTAIN SHEPHERD DENVER Police Doe WMA #1, #2 & #3, ALLEDGED V Code

(C) VIOLATION "NO LICENSE PLATE LAMP", Which is "EXEMPTED in MILITARY VEHICLE(S), where LICENSE is at HEADLAMP Height, on TAILGATE

RT

Author Nelson @ Yahoo ... United Colorado Bureau of Corruption & Fraud ... Broker ... Deceiver

Douglas "Scooby" Raymond NELSON

SOS

CV 07-6305

Page 3 of 7

Continues NELSON-WDM - V. People Calif-Colorado SOS

ie PREDJUDICE, witnessed By No Vehicle Code Citation & Removal of Petitioner, From PAIN MEDICATION, & RECENT SURGERY, of FROST BITE. on or About MIDNIGHT * *[GRAVEYARD SHIFT EMPLOYMENT 1st Aug (PDST) to Avoid HEAT-SPELL of 100° TEMPERATURES on WELD & METAL Job FORGEING <BLACKSMITHING> of RAIL SECTIONS since ~15th July 07 @ Denver - LITTLETON 80122] @ 7-11 STORE (South Land Corp Reno Nevada/Tahoe) [whom we are Sub Contractor for] @ Denver's, ALAMEDIA BLVD @ HWY 25 "SITES" / CITY & County, & UNION PACIFIC RAILROAD YARDS, VIA-DUCT / OVER-CROSSING,

6B) UNLAWFUL SEARCH / SEIZURE, Violation of Civil RIGHT(S) 42 US §1983, Calif Constitution Article 1 PROMULGATION of MAGNA CARTA - HABEAS ACT, WILLFUL OPPRESSION, OBSTRUCTION of JUSTICE PC §182, & ASSOCIATED DENIAL of "SOCIETY" of FRIENDS / TOOLS / FAMILY, &c ie LEGAL Resources of FARRETTA Motion, PRO PER ORDERS CALIF / COLORADO / US EVIDENCE CODE'S

i. DISCOVERY of RESTITUTION WARRANT DQB383 15 & was FRUITS of POISION TREE, filed 28 Mar. BY DA - STATE BAR # 104513 HARTMAN, Rob., ALAMEDIA COUNTY @ Midnight 1st Aug @ Denver, Alameda Blvd / US Hwy 25 RESULTING in "FALSE IMPRISONMENT / KIDNAPPING Violation of LINDBERG Act "Inter State §1381 PC PC §182, CONSPIRACY To "Do CRIMINAL Act" BY ALAMEDIA S.O. Mr-Ms TUCKER'S, Deputies. (as Reported to FBI @ San Francisco ~ 9-11-07) & TRO

6.1 GROUND #2, FALSE CRIME REPORT, CVC §10851, of City of San Leandro Top Funded # Pol, 10 Subject of "Declaration of PROBABLE CAUSE" for - No Bail PC §1381 - FUGITIVE WARRANT [$60,000 HOLD 15th Aug] & ASSOCIATED WIRE - email - fax & Phone FRAUD by "People of Calif" UPON Booking <fee $30> #1551691 Colorado, Denver P.D., 1st Aug

Tetter NELSON Intervention @ Yahoo. Enter / National Bureau of Corruption & Fraud Prevention Petitioner ™ 38

Douglas "Skydee" Raymond NELSON

(R) TM

C M 07-6305

CONTINUES NELSON-WOM - V. People Calif-Colorado

SOS

GROUND #2: continued & CITY manager Jermanis-Staff #201, 100

6.1.a) PERJURY of Detective, #222 ALDRED, 17th MAY UPON Signature of [Violation Oath of Office, P.O.S.T. CALIFORNIA Peace Officer #233.] THAT COUNT #2 CVC §10851 OCCURED. Whereas, EVEN IF FRAUD WAS (For Sake of Argument) USED TO OBTAIN CONSENT OF OWNER IT IS FUNDAMENTAL COMMON LAW THROUGHT InterSTATES, A CRIME is NOT COMMITTED "But Only a Civil Action" 228 CA 2d 719 & 7 CA 3d 534 As Car Store Owner aka CAR-MAX-CSAA-ALVEREZ, gave Consent ~23 or 22nd April @ Walnut Creek, CA to Petitioner(s)

i. UPON SIGNATURE of Vehicle-Vessel DMV 262) TRANSFER - REASSIGNMENT FORM, ID #24173 <OPEN DISCOVERY of ROSS-HARTMAN D.A.'s 14th Aug 07

ii. UPON LO-JACK, Addendum to Contract of Sale & INSTALLATION in or ON LAND ROVER, DISCOVERY TO Prevent Thief BY Car Store employee(s) WWW.CARESTOREUS.Com / RALVEREZ.Aol.com

iii. UPON, RANALFO <aka FITO> ALVEREZ, owner alleged "the CAR STORE" Police Report Statement @ SAN LEANDRO PD, 17th MAY [after Western Union @ Safeway Payment was Made for MAY) ~15th MAY @ WYOMING'S, RAWLINS CITY MARKET, Western Union] ie No Intent to defraud.

6.1.b) "That he Picked (Myself) Petitioner Up @ Home Walnut CREEK & DROVE ME TO THE CAR STORE, & GAVE (23rd April) DELIVERY of LAND ROVER, which broke down within 5 minutes (Defective Steering Wheel Lock #2000 Repaired At LONGS DRUGS, Report 07-19455, Officer #195 Det ALDRED #222 P3 3/3 Invest-Follow-Up FALSIFICATION [Reported to Risk Management City of San Leandro]

iv. DA Ross, was NOTICED, 14th Aug THAT Western UNION, INTER STATE, FUNDS, were CONVERTED, BY ALVEREZ or PRYOR et al & PC §182, FALSE CRIME REPORT.

© R TM

Douglas "Smoke" Raymond NELSON

Attn: NELSON unit @ Yahoo National Bureau of Corruption & Fraud Prevention Protection

TM 39 C

CV 07-6305

CONTINUES NELSON-ANDM VS PEOPLE CALIF/COLORADO

SOS

∴ No Time to Prepare
DA Ross-ORLOFF with-HELD eXculpable EVIDENCE

GROUND #3 FALSE CRIME REPORT, BAD "FRAUDULENT" Check

6.2.a) THE CHECK WAS "PROMISSARY NOTE" NOT DEMAND DEPOSIT. COMPLAINTANT WAS NOT PRESENT (MS PRYOR) DURING "Deal MAKING / CLOSING BY the CAR STORE OWNER (FITO) ALVEREZ." IT WAS UNDERSTOOD THAT FUNDS WERE ON "HOLD" BY WALNUT CREEK WELLS FARGO, ~$20,000.00, ACCOUNT 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 BANK STATEMENT WAS BASIS of "SIGNATURE LOAN", NO TRADE-IN OR UPFRONT CASH, ALTHOUGH OFFERED "Evidence Witheld by San Leandro, Detective #222 ALDRED, WALT, from DISCOVERY OR DA's Ross AND HARTMAN, BANK STATEMENT 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 Savings #.....352.

6.2.b) PURSUANT to E-mail Notice, BANK MANAGER WAS UNLAWFULLY ; EXTENDING "HOLD" ADDITIONAL 10 days, 25th April 9:31am.

PURSUANT to CALJIC §1970, Defense is That Funds WERE ON DEPOSIT 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 $15,000 to $20,000 & NOT INSUFFICIENT ; BUT TO COVER – FULL PAYMENT & REASONABLE EXPECTATION of PAYMENT & ACTUALLY believed THE BANK WOULD PAY, w/ No INTENT to DEFRAUD.

WHEREIN, the CAR STORE ALVEREZ, WAS TOLD and "NOTICED" in email <Provided in Discovery> THAT PAYMENT WAS ON HOLD THEN PETITIONER WAS NOT GUILTY of CRIMINAL ACT PC §476 CALJIC §1970

Informed Payee About HOLD
People VS Poyet (72) 6 Cal 3d 530
People VS Pugh (02) 104 Cal App 4th 66

ADDITIONALLY, the CAR STORE WAS NOTICED to Pick-Up THE Vehicle @ SALT LAKE CITY & OR PROVIDE PARTS WHICH ALVEREZ / PRICE Refused

SUA SPONTE, duty of COURT, TO NOTICE defense

Douglas "Sneak" Raymond NELSON

Atty 4 NELSON
c/o Yahoo
with National Bureau of Corruption & Fraud Bounty Hunter/Protector
TM 4C ©

Patented 2008

ATTC 4 Nelson @ AOL
Petition Writ of HABEAS CORPUS
PATENTED 2008

CV 07 6305

CV 07 6305 SOS

MC-275

8. Did you appeal from the conviction, sentence, or commitment? [X] Yes. [ ] No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): Mr Harry Goodman
   b. Result Refused to Issue Default c. Date of decision: 11 Nov 07
   d. Case number or citation of opinion, if known: A143366
   e. Issues raised: (1) False Arrest / Laying in Wait / @ Hwy 25 & 8th Street Rd
   (2) Stalking to Alameda Ave 7-11 Store @ Union Pacific Under Pass ±5 mins
   (3) GBI & Assault & Battery "Forced March With ONE Leg"
   f. Were you represented by counsel on appeal? [ ] Yes. [X] No. If yes, state the attorney's name and address, if known: Kid Napped, Via National Rents to Denver International AirPort & UAL-United Buy SKY Marshall Doe WMA 40-6'-180# & Ms Tucker, ACS
9. Did you seek review in the California Supreme Court? [X] Yes [ ] No. If yes, give the following information:
   a. Result Contempt of Court Ron George b. Date of decision: Filed Fraud Served
   c. Case number or citation of opinion, if known: CV 07-5581/5582 & 6188 No Answer
   d. Issues raised: (1) Hague Treaty
   (2) 9-11 Patriot Act, <Denial of Habeas Corpus @ Santa Rita>
   (3) Sept 04, on Line First MC275, Filed in Box 10 <Sandoz Boyd> Years
10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
   All Inclusive, Denied Meaning Full Hearing
11. Administrative Review:
   a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
   75 L, Until Put on "Grievance Denied Restriction" By Alph, Breso, Dunn etc
   Today Denied Full order <5535 7AM> 12/21/07 Conformation
   b. Did you seek the highest level of administrative review available? [ ] Yes. [ ] No.
   *Attach documents that show you have exhausted your administrative remedies.*

Douglas Smith "Raymond NELSON" Private Attorney General

(307) 257-6146
(925) 935-4332

Amer NELSON Tax ID c/o False Intel National Bureau of Corruption & Fraud Prevention Protection

R C

TM Aug 1, 2007

Patent Pending 2008

CV 07-6305

Case 5:07-cv-05582-JW Document 8-2 Filed 02/07/2008 Page 21 of 34

O BE ENJOYED ALL YEAR

DAN ROSENSTRAUCH/STAFF

hrough boxes of books available at "Santa's Bookshelf" in the school's to give as Christmas gifts.

# heck 'Santa's Bookshelf'

l of do- s Book- ren can tion for ts visit- or free. iblings

family ut also

ch kids t," Ac-

eadow book- ey can atives, Jenny

ents," a way their

Javier Rodriguez, 10, chose "Antz" for his cousin Jose.

Thumbing through the purple book carts festooned with red garland, fifth-grader Noemi Diaz plucked "Mig the Pig" from the shelf for her cousin Samantha.

Alia Cortez, 10, picked up 15 books for relatives and friends.

"I even got the babies books," she said. The lucky tots are her twin brothers, Alonso and Salvador, only 7 months old. She plans to read to them herself.

"They understand it. You don't think they do, but they do," she said. "And as they get older, they'll learn how to read."

Done with her own shopping, fifth-grader Yarit Morales went to work on wrapping presents for others.

With a few folds and creases, the 10-year-old snapped "Fluffy the Snow Pig" into a picture-perfect present for under the tree. For "The Foot Book" by Dr. Seuss, she chose special paper decorated with Old St. Nick clinging to a giant candy cane. The zip of a tape dispenser ripped through the air.

"There you go," she said. "Next!"

The enthusiasm for books nearly drained Santa's shelf entirely by Wednesday. But parent Jill Borchardt persuaded Half Price Books and Bay Books to donate more.

"It's a good cause," Borchardt said. "How could you not want to help?"

*Shirley Dang covers education. Reach her at 925-977-8418 or sdang@bayareanewsgroup.com*

# Judge rejects plea bargain in ID theft case

■ **BAY AREA:** Jurist says five years is too short a prison sentence for Richmond woman who stole from teachers

By Malaika Fraley
STAFF WRITER

A Contra Costa judge Friday rejected the guilty plea of a Richmond woman accused of stealing driver's licenses and credit cards from Bay Area teachers while posing as a teacher's aide and then using their financial accounts to go on shopping sprees.

Judge Nancy Davis Stark said Tynesha West, 26, deserved more time in state prison than the five years previously agreed upon by attorneys and the court, based on the trouble West has gotten into since she was jailed on 69 counts of fraud, theft and identity theft.

"Since I received the probation report, I am convinced five years is way too light of a sentence," Davis Stark said. She cited West's behavior record in jail, which includes threats to jail staff, fighting, disruptive behavior and possession of contraband.

The judge made the announcement at a hearing at which West was supposed to be sentenced to five years in exchange for pleading guilty to all counts. Davis Stark said West can now either plead guilty again and receive a 10-year sentence, or she can go to trial and risk a maximum sentence of up to 35 years and eight months in state prison if convicted.

Before the hearing began, West laughed with courtroom bailiffs, saying she was "having a good day," much to the chagrin of two Danville schoolteachers

See ID THEFT, Page 4

# Suspect kept crimes in the neighborhood

■ **RICHMOND:** Police say man accused of multiple holdups targeted Latinos near his residence

By Karl Fischer
STAFF WRITER

When the large mugger took $500 from Ligia Rivera's boyfriend last month in a Richmond parking garage, she wondered why he wasn't wearing a mask.

When she saw him again in the neighborhood two weeks later, she wondered why he bothered to lumber off after she made eye contact.

"It is so stupid that he did it in his own neighborhood, where somebody can see him and recognize him. He didn't even cover his face," Rivera said. "I am one person who, if I see him, I will tell the police. I won't be letting him do that to other people."

Too few people feel that way, police said this week, which may explain why a 20-year-old robbery suspect managed to mug at least six people and possibly as many as 11 in two months, all within blocks of his home.

The Contra Costa District Attorney's Office charged Wade

See SUSPECT, Page 4

US Dist Court 9th Cir

ALAMEDA COUNTY SHERIFF'S OFFICE

of US Supreme Ct SANTA RITA JAIL

INMATE GRIEVANCE FORM

Solicitor General, Privatized

Doctor Colorado

DOB 383 - East of Coors Field West Rockies

NAME: Douglas "Swede" Raymond NELSON

Schwartzenegger

PFN: ARX 096

HOUSING UNIT: Solitary Confinement, 2F8 + 1F7

DATE: 14th Sept continuing

Lead Case CSC 1272

US DIST C/07-5581

C/07-5582 JW-PR

NATURE OF GRIEVANCE: (Give specific details) in Violation of Title 24 / Title 15, of Diabetics

① Medical Emergency Button Non-Op

② Denial of RX's Diabetic

③ Pursuant to PMS Board of Med Xams Santa Rita Alameda County Medical Proto Call Contract

Noise in Excess of 40dbs - Sleeping Hours

Weekend ④ Mtx's Refuse ⑤ Insulin, ⑥ Do not Witness Dangerous Drug

⑦ Deny H2O for Medications

Facts: Most Recently 10th 11th Sat & Sun Nov

10th - 8am Pill Call, Round face WMA Shorts Aikern Refused 5mg of Micro Diane

11th Sun 4am Insulin (Non-Existance)

6am Sheriffs Class "D" Uniformed WMA 6'6

Denied Insulin / & Falsified Refusal / Release

Demand: Suspension & Substitute Sutter Health or Kaiser Better Quality [illegible]

State Board Stds, Same Monies

Summary Judgement

Suspension of PMS Contract

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: [illegible] Swede [illegible]

*** DO NOT WRITE BELOW THIS LINE - ADMIN/USE ONLY Privatized State Board

RECEIVED BY DEPUTY: ____________ BADGE #: ________ DATE: ________

[ ] RESOLVED – INMATE ACCEPTANCE: ________ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. [illegible] TRACKING NUMBER: C07-6305

COPIES: White - Staff use Yellow - Inmate Receipt Copy

Default / Summary Judgement Wild Cat [illegible]

ML – 51 (rev 8/06)

C07-6395

USD CV07-5581(2) JW

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Dewayne "Swede" Raymond NELSON PFN: ARX 006

HOUSING UNIT: Solitary Confinement Wheel Chair ADA Rt DATE: Sunday 12th Nov 07

Lead Case CSC06-1272

NATURE OF GRIEVANCE: ( Give specific details )

Hot - Diet Meals Denied Contamitated CCR#24 + #15 et seq RAKER Act Since Service of Nurse Red Top/Bottoms Since Arrival to 8FB

the AM Snack of Milk is Missing

Today I'm told the PM milk was Cut Off

Please Comply with Medical DIABETIC Protocol & Title 24 & Title 15

& Provide AM & PM snacks & MILK.

In addition to NORMAL MEALS Pursuant to Title 24 & 15

Per 10th Aug RX on Hearing Re Change

Obstruction of Justice

Amend Verified Complaint

TM Damage Pays 75

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: D R "Swede" Nelson

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: ________ BADGE #: ________ DATE: ________

[ ] RESOLVED – INMATE ACCEPTANCE: ________
EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL
DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. Ahern / Pelosi / Nancy / Van RT ADetal List TRACKING NUMBER: ________

Proof of Retaliation

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

C07-6395

ML – 51 (rev 8/06)

SOS

ALAMEDA COUNTY SHERIFF'S OFFICE
SANTA RITA JAIL
INMATE GRIEVANCE FORM

NAME: Douglas "Suede" Raymond NIELSON PFN: AEX-006

HOUSING UNIT: 2F6, Special Handling DATE: Mon 5th NOV

NATURE OF GRIEVANCE: (Give specific details)

My Yard Denied & Discriminated Black Lover

Put the LOP, 2F6; # 60 day Sentenced

Want to Be - GANG Banger / and RIOTER, Throwing SHIT

BOOKS & FLOODING F POD.

Allowed "YARD" (NO PRIVILEGE)

During Riot / Lock Down

Sat - Sun & Monday

Repeatedly By ALPH / Beoso / Bro Bro

When "Special Handling" Disabled

Wheel Chair, Diabetic is NOT ?

I'm Not Ad/Seg — Duplicated

I'm Not on LOP — Obstruction of Justice

Just Disable 70 years Young - Senior

Refused By Rodriguez

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: Douglas "Suede" Raymond Nelson

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: ______ BADGE #: ______ DATE: [illegible]

[ ] RESOLVED – INMATE ACCEPTANCE: ______ EXPLAIN RESOLUTION ON REVERSE SIDE

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP- 01

FORWARDED TO SGT. [illegible] TRACKING NUMBER: ______

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

Default / Summary Judgement
Wild Cat 4 nelson@[illegible]

ML – 51 (rev 8/06)

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: Douglas "Buck" Ray NELSON Phd PFN: DGB 383

HOUSING UNIT: Special Handling DATE:

NATURE OF GRIEVANCE: ( Give specific details )

My Pod 2F <cell 8>

is Missing Game Table(s) Chair(s)

Why? Jail Stds Tile 24, Requirement 470.A.2.9

(2 East) THEREFORE East Dinning Hall must be my POD?

Yes / No

?

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: Dr. Suede Johnson Nelson Phd

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: ______ BADGE #: ______ DATE: ______

[ ] RESOLVED – INMATE ACCEPTANCE: ______ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ______ TRACKING NUMBER: ______

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

Contempt of Court

ML – 51 (rev 8/06)

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

Privitized Solicitor General

NAME: Douglas "Guedo" Raymond NELSON PFN: ARX-006

HOUSING UNIT: 2F8 DATE: 25 Oct, continuing

NATURE OF GRIEVANCE: (Give specific details) Request Referal to DA & US Postal Inspectors

Lead Case
CSC #06-1272
Mail Fraud
USDst CV7-5582
Commander Lewis

2F8 My Confidential Legal Mail (Judgement CSC #06 1272)
2ce7 Confidential State Call
DOB 383 ARX-006 2F8 Confidential Work Product
in the Dock Jam of Floor
has been / is Was Stolen (Because Rounds Staff Never Picked Up)
(Hiding) Pickup By 2F6 (Pod Time) 8th Nov Mail
Prior to 9th Nov To NOLO Press
950 Parker St.
Berkeley
attn Ray Jackson
also to Residence BONAROSSI Vallejo 94591
Alameda County ...
Deputy DUNN # & Ms FOGG - UP
Refuse to Do Cell Extraction (The Safety Cell)
Rescue & Recover the Sick Call Files (ID. Prior Act)
& The Master Charge Card Statement
& THREATENED Me With Lock Down (Cal EWA)

*** DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

For 15 CCR

INMATE SIGNATURE: Douglas "Guedo" Raymond Nelson

Put 2F6 on Mail Restriction, No mail to my Business Address - Protective Order Filed

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: Received Empty Envelop BADGE #: DATE: 9th Nov

[ ] RESOLVED – INMATE ACCEPTANCE: ________ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ________ TRACKING NUMBER: ________

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

Contempt of Court
Wild Cat of Nelson

CV 07-6305

ML – 51 (rev 8/06)

# ANG NEWSPAPERS, INC. - MAIL SUBSCRIPTION RATES

## OAKLAND TRIBUNE, ALAMEDA TIMES-STAR

| | PRICE | TAX | PER WEEK | 4 WEEKS | 8 WEEKS | 13 WEEKS | 48 WEEKS |
|---|---|---|---|---|---|---|---|
| Daily/Sunday Service | $5.79 | .51 | $6.30 | $27.17 | $50.35 | $81.81 | $302.08 |
| Sunday Only Service | $3.58 | .31 | $3.89 | $15.57 | $31.16 | $50.61 | $186.98 |
| Weekend (Fri/Sat/Sun) | $3.57 | .31 | $3.88 | $15.54 | $31.08 | $50.50 | $186.46 |

## DAILY REVIEW

| | PRICE | TAX | PER WEEK | 4 WEEKS | 8 WEEKS | 13 WEEKS | 48 WEEKS |
|---|---|---|---|---|---|---|---|
| Daily/Sunday Service | $5.79 | .51 | $6.30 | $27.17 | $50.35 | $81.81 | $302.08 |
| Sunday Only Service | $3.58 | .31 | $3.89 | $15.57 | $31.16 | $50.61 | $186.98 |
| Weekend (Fri/Sat/Sun) | $3.57 | .31 | $3.88 | $15.54 | $31.08 | $50.50 | $186.46 |

## ARGUS

| | PRICE | TAX | PER WEEK | 4 WEEKS | 8 WEEKS | 13 WEEKS | 48 WEEKS |
|---|---|---|---|---|---|---|---|
| Daily/Sunday Service | $5.79 | .51 | $6.30 | $27.17 | $50.35 | $81.81 | $302.08 |
| Sunday Only Service | $3.58 | .31 | $3.89 | $15.57 | $31.16 | $50.61 | $186.98 |
| Weekend (Fri/Sat/Sun) | $3.57 | .31 | $3.88 | $15.54 | $31.08 | $50.50 | $186.46 |

## TRI-VALLEY HERALD, SAN RAMON VALLEY HERALD

| | PRICE | TAX | PER WEEK | 4 WEEKS | 8 WEEKS | 13 WEEKS | 48 WEEKS |
|---|---|---|---|---|---|---|---|
| Daily/Sunday Service | $5.79 | .51 | $6.30 | $27.17 | $50.35 | $81.81 | $302.08 |
| Sunday Only Service | $3.58 | .31 | $3.89 | $15.57 | $31.16 | $50.61 | $186.98 |
| Weekend (Fri/Sat/Sun) | $3.57 | .31 | $3.88 | $15.54 | $31.08 | $50.50 | $186.46 |

## SAN MATEO COUNTY TIMES

| | PRICE | TAX | PER WEEK | 4 WEEKS | 8 WEEKS | 13 WEEKS | 48 WEEKS |
|---|---|---|---|---|---|---|---|
| Daily/Sunday Service | $3.88 | .32 | $4.20 | $16.81 | $33.62 | $54.63 | $201.72 |

## VALLEJO TIMES-HERALD

| | PRICE | TAX | PER WEEK | 4 WEEKS | 8 WEEKS | 13 WEEKS | 48 WEEKS |
|---|---|---|---|---|---|---|---|
| Daily/Sunday Service | $3.70 | .28 | $3.98 | $15.90 | $31.81 | $51.69 | $190.86 |
| Weekend Service (Fri, Sat, Sun) | $1.27 | .10 | $1.36 | $5.45 | $10.90 | $17.72 | $65.42 |

*Please note: Inserts are not included. Prices include sales tax. Papers are mailed daily. Saturday, Sunday and Holiday issues are mailed the following business day. Papers are mailed 4th class rate. Delivery of newspapers takes approximately 7 to 10 for receipt. Minimum of 4 weeks delivery required to start a mail subscription. __Must pay in advance to start a mail subscription__. Send your payments to:*

***ANG Newspapers – Mail Subscriptions***
***P O Box 28884***
***3rd Floor***
***Oakland, Ca 94604***

***"Prices are subject to change without notice"*** ***Revised 3/21/06***

United States Supreme Ct 9th Cir St Catherson

C 07-5581 + 5582

Mail Fraud

Denial of Subscriptions

Contempt of Court / PC 8182

Page 9



C07-6305 SOS

# Prison Health Services Medical Request Form

- *Inmate – do not write in shaded area.*
- *Place this form in the sick call box or give it to medical staff.*
- *If you do not complete all of the information, your appointment may be delayed.*
- *A copy will be given to you after the visit.*
- *You may be charged $3.00 for each health care visit.*

Nelson, Mr. Lucile ARX-006 / D9B-383

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| | | | | |

HOUSING LOCATION

SRJ – UNIT#_______ POD_______ CELL_______ GDDF – FLOOR_______ POD_______ CELL_______

CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF

Patient Charged: NO / YES / UNABLE / NO SHOW / REFUSED

Visit was for diagnosis or treatment of communicable disease (billable)

Visit was for follow up requested by the clinician

Visit was ... exempt from co-payment. Send ORIGINAL copy to Accounting

CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE

R53

Inmate's Signature [signature] | Patient Refused to Sign | Witness if Patient Refused to Sign

Date of Triage:__________ Nurse Signature and Print/Stamp__________

Disposition: ☐ Sick Call __________ ☐ Specialty Clinic __________ ☐ Other__________

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: ____________________

Date: _________ Inmate's Signature: ____________________ _______ Refused to Sign

CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness if Patient Refused to Sign

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

The Water is Poisoned today

I need <Pecoro Call> Bottled

Water w/ modification

London Ferguson

Signature of Inmate Patient X [signature] Date of Signature __________

ORIGINAL: Accounting PINK: Health Services File CANARY: Inmate/Patient Revised 7/06

Contempt of Court C07-6305

CV07-5582

ALAMEDA COUNTY SHERIFF'S OFFICE

SANTA RITA JAIL

INMATE GRIEVANCE FORM

NAME: Douglas "Seedo" Raymond NELSON PFN: ARX-006

HOUSING UNIT: 2F8 Wheel Chair DATE: 2nd Nov 07

NATURE OF GRIEVANCE: (Give specific details) THREATS & HARASSMENT & Emergency Protective ORDER

Why, LOP, 2F6 (aka 2F11), sentenced 2 Who's $30 deposit With Held 30 Days (no Privileged Canteen) for Discipline Actions # 2311 # 2322

Whereupon ALSO MY $300.00 Western Union (29 Oct) Deposit With Held; He was TOLD THAT "He & I" only are Trouble Makers, Because the Food ... BY LT Doe & They will get US! If he continues. So he Was Deliberately Moved/Next to ME from 2F11 Second Floor to Next Cell 2F6

Duplicated Contempt of Court Orders Emergency Protective, Default Answer 21st Dec 2007 ~ 10PM

Avered/Verified Camp Parks ... 94568

***DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

INMATE SIGNATURE: Douglas Seedo Ray Nelson

*** DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY ***

RECEIVED BY DEPUTY: Refused By RODRIGUEZ BADGE #: ________ DATE: ________

[ ] RESOLVED – INMATE ACCEPTANCE: ____________ EXPLAIN RESOLUTION ON REVERSE SIDE.

[ ] CAN NOT BE RESOLVED AT THIS LEVEL DRAW TRACKING NUMBER FROM CP-01

FORWARDED TO SGT. ____________________

TRACKING NUMBER: ____________________

COPIES: White - Staff use
Yellow - Inmate Receipt Copy

Contempt of Court

ML – 51 (rev 8/06) CV07-6305

CV 07-6305 SOS

MC-275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: US Dist Courts, Denver/Eureka/San Jose (6188)

(2) Nature of proceeding (for example, "habeas corpus petition"): Hand Generated on Toilet Paper Plan Print

(3) Issues raised: (a) Patriot Act 9-11, Act AS if North West Cuba

(b)

(4) Result *(Attach order or explain why unavailable)*:

(5) Date of decision:

b. (1) Name of court:

(2) Nature of proceeding:

(3) Issues raised: (a)

(b)

(4) Result *(Attach order or explain why unavailable)*:

(5) Date of decision:

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: State of Nevada - Douglas County - Placer Co Calif. Yes in SECRET sessions, Lake Co Co - Sac - Butte - Sutter - Yuba - Washoe - Del Norte of District Attorneys Inter Cept (Patriot Act, Denial of Due Process Equal Access to Justice

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)

PC §182 conspiracy of State Bar Ross Orloff Jerry Brown Dan Lungren to Destroy - Withhold evidence to INSURE ADA NELSON, #ROSS 1/21/32/1983, Miner, Maslane, Crane, Hall

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 21st day DEC 2007

Dr Swede Johnson Reagan ... PhD
Privatized Attorney General (Geo Bush - Blackwell Co.) 60.

(SIGNATURE OF PETITIONER)

Aug 10 2007

Patent Pending 2008

CV 07-6305

Swede "Raymond Johnson NELSON (775) 253-4832 ... Douglas "Swede" Raymond Johnson NELSON ... www WILD CAT 4 Nelson #01 ... -6146

Appeal NELSON ... Yahoo ... Nat'l ... Corruption & Fraud ... Prohibition

CV 07 05582

CONTINUES NELSON-WDM Vs People Calif/Colorado

SOS

GROUND #4, Denial of Pro-Per Access to Law Library Phone Collect/Pre Paid 6.3.a) & CONSTITUTIONAL RIGHTS, UPON COURT ORDER GRANTING FACRATA MOTION, & Notice Verbal 13th Aug / 14th Aug & Written 20th Aug to INMATE SERVICES DEPUTY BOYD, ~16th Aug DEPUTY BOYD Verified Pro-Per Status Charles C PLUMMER, Peace Officer Sheriff AHERN But; SHERIFF ALAMEDA COUNTY WASTED The ASSET of BRICK & MORTAR, BROWSING LAW LIBRARY 7 MAY 2007.

6.3.b) In VIOLATION of "ADEQUATE LAW LIBRARY", Constitutional RIGHTS, of BOUNDS Vs Smith 430 US 817. Writs of HABEAS CORPUS are Denied By CONSTRAINT "Legal Research Associates" PC §182 / US 42 §1983 Further Continuous / Cumulative PREJUDICE.

GROUND #5, Denial of Truth in EVIDENCE on Cases at BAR Wherein, OPD was Vehicle #5, & CAUSATOR OF MERIFICE w HWY 580 CRASH. After, Bump-Spin-Out Without Authorization CVC §21651 etseq WRONG WAY & GBI, CVC §10851... OPD-Mellone, He FLED the Scene of 5 car Pile-Up West on Hwy 580 exited & Re-Entered EAST BOUND to SUPRISE see CARNAGE & People TRAPPED in BURNING Vehicles, 22nd Jan 06 NCIC 9370. 1:50am ChP Levandusk (Pg 14 & 22 Lines 25-32 OPD MALONE #B553P / case #06-257 353 East of 38th Ave Over Crossing

Avered & Verified

11th Sept 2007 © Douglas Swede Raymond Nelson at Camp Parks Township Chevron Exxon Shell - Mario - Africa Oil 2007 21st day Dec, time © CIA, Dr. Swede Johansen Raymond Nelson PhD 616 Cox

de SWEDE Johansen RayNelsonovich

Standard Oil, City of Richmond

Douglas "Swede" Raymond NELSON

Attach Nelson © Yahoo Extort / Abuse Federal Bureau of Corruption & Fraud Prevention Protection

TM 57 ©

Petition Writ of Habeas Corpus Patented 2006













OAKLAND CA 946
09 JAN 2008 PM 5
USA 41
United States District Court
attn Richard Cv07-5582 JW Wieking
450 Golden Gate Ave
San Francisco, Ca 94102
94102+3461 C004

"Bring it On"
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Bush/Cheney

FDX G07

Sender's Name: "Sterl" Johnson Nelson Phone 415 579-2802
Company: Wild Cat Drilling, Mining, Pipelines
Address: 611 Gregory Ln
Address:
City: Pleasant Hill, State: CA ZIP: 94523 Dept./Floor/Suite/Room

To
Recipient's Name: US Dist Ct Phone (302) 251-6146
Company: Northren Calif
Address: 450 Golden Gate Ave
Address:
City: San Francisco State: CA ZIP: 94102 Dept./Floor/Suite/Room

From

Ship Date: 31JAN08
ActWgt: 0.65 LB
System#: 9612/POS8.40K
Account: S *********

Part # 156297-435 RIT

TO NORTHERN CALIFORNIA
US Dist. Ct.
450 GLODEN GATE AVE.

SAN FRANCISCO, CA 94102 (US)

(302)251-6146

FedEx Ground

G

CLS128707/23/24

Ref:
Inv:
PO:
Dept:

1 of 1

DV

(9612015) 4688266 10019955

GND
Prepaid

DIRECT SIGN

NELSON PhD
Johansen Ray Doug
War Room
Bush Cheney
FAA-DEA-BNM-COF, US Navy Free/Rescue
5325 Broder Blvd AEX-006
Dublin, Camp Parks, 94568

No Postage Required in USA Franked Polisey

Confidential
Reply Mail
Washington DC
John Roberts

NELSON PhD
Johansen Ray Doug
War Room
Bush Cheney
FAA-DEA-BNM-COF, US Navy Free/Rescue
5325 Broder Blvd AEX-006
Dublin, Camp Parks, 94568

No Postage Required in USA Franked Polisey

Confidential
Reply Mail
Washington DC
John Roberts