1

2

3

4

5

6

7

8

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

9

10  CV 07                5582

11  CASE NO. _____

      JW

12                                    PRISONER'S
    vs.                               APPLICATION TO PROCEED
13                                    IN FORMA PAUPERIS

14                                              (PR)

15

16  I, _____, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22          In support of this application, I provide the following information:

23  1.      Are you presently employed? Yes __X__  No _____

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____  Net: _____,

27  Employer: _____

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  *Wild Cat (gas Oil Drilling) (Diamond/Ruby) Mines*

5  *Pipe Lines (Ruby & ConCo Philips ALASKA)*

6  *Rail Roads (Santa Fe) (South Pacific) Union Pacific of B&O*

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or              Yes _X_ No ___

10         self employment

11      b.    Income from stocks, bonds,       Yes _X_ No ___

12         or royalties?

13      c.    Rent payments?                Yes _X_ No ___

14      d.    Pensions, annuities, or         Yes _X_ No ___

15         life insurance payments?

16      e.    Federal or State welfare payments,   Yes _X_ No ___

17         Social Security or other govern-

18         ment source?  *US Dept of Energy - Defense Navy*

  *Sec of Col of Cal*

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.  *All Stolen (Mail Fraud) Converted*

21  _____

22  _____

23  3.    Are you married?  *Widowed*    Yes _X_ No ___

24  Spouse's Full Name: *Deceased* _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ *Negative* _____ Net $_____

28  4.    List amount you contribute to your spouse's support:$ _100%_

  *Arrey Nelson @ Hot Yahoo*

1      b.    List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5      _DBB 611, ASP 490, AYZ 760_

6      _DSY 766, ASQ 340, REL 661, DBQ 383_

7    5.  Do you own or are you buying a home?  Yes _X_ No ___

8    Estimated Market Value: $ _72.999 million_ Amount of Mortgage: $ _Clear_

9    6.  Do you own an automobile?  Yes _X_ No ___

10   Make _Land Rover III_ Year _2000_ Model _6 x 6_

11   Is it financed? Yes _X_ No ___ If so, Total due: $ _1 $5000_

12   Monthly Payment: $ _$225_

13   7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _Wells Fargo – Pelt Pleasant Hill 94523_

15   _ALAMEDA SHERIFF Main St Walnut Creek 94596_ _Ackson - Nelson DA_

16   Present balance(s): $ _8 ± $691 million_

17   Do you own any cash? Yes _X_ No ___ Amount: $ _$7000_

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)_ Yes _X_ No ___

20   _Tooling - Computers - Pro Rockory DNA research_

21   8.   What are your monthly expenses?

22   Rent: $ _____ Utilities: _____

23   Food: $ _180 x 4 = $720 mo_ Clothing: _____

24   Charge Accounts:

25   Name of Account      Monthly Payment      Total Owed on This Acct.

26   _Clear M-C_      $ _0_      $ _____

27   _Dinees Club_      $ _± $1000_      $ _____

                             $ _____      $ _____

_ATT'y Nelson @ Yahoo_

9.     Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

*No - Do Not Recall's*

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes _____  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed. *50± Elder Law - ADA - Medical*

*Henocal Judge Henderson, Injunction on CDC H₂O 549*

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

*Avovd* declare under the penalty of perjury that the foregoing is true and correct and *as I do We Under Stand, the Rakka Act, ADA CCI # 15424* understand that a false statement herein may result in the dismissal of my claims.

_15th Day 2008_

_____
DATE

SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS

Case Number *CV 07 5582*

*Nelson Vs Richard W-Wieking - DCS182 LANDS (Commission) Rose et al*
*Safe Dolphins*
*Pro Se*

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

*Received Filed 1st Nov 07 See Attached Post Marked 07 Jan 08 16th Jan 08*

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of *$15,000* _____ for the last six months

*Santa Rip OSERIIA Ahera* [prisoner name] where (s)he is confined.

[name of institution] *Good Plan Coffey - 10 Minagel al*

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ *$1,100* and the average balance in the prisoner's account each month for the most recent 6-month period was $ *Zero I*.

Dated: *19 Oct 07*                     *Majestica*
                                       *My Core Pack e Com*
                                       [Authorized officer of the institution]
                                       *@ San Jose Chable MUNA*
                                       *aka Canteen Corp*
                                       *City of San Leander*
                                       *DBA THAILAND et al*
                                       *PK Food Corp / MW Folar.Com*
                                       *San Leandro, 94577*
                                       *Norwalk 90650*

*Attn 4 Nelson @ Ad-Pack Afelter*

-5-

S02F08

11/9/2007
5:41:32 AM

CSC#-1272

CANTEEN CORPORATION
SANTA RITA JAIL (FRIDAY)
Pick List

Name: DOUGLAS NELSON
Inv. Date: 11/09/2007                                    Invoice: 4949816
     Id: ARX006        Module: S02F08                    Serial #: 000138

| Qty | Item | Code # | Price | Amount |
|-----|------|--------|-------|--------|
| 5 | BK OF STAMPS (10PK) | 6120 | $4.10 | $20.50 |
| 5 | ENV (5 PK) STAMPED LEGAL 10 | 6122 | $2.50 | $12.50 |
| 3 | TUNA POUCH 3OZ 3 | 4114 | $1.73 | $5.19 |
| 3 | OYSTERS | 4433 | $2.78 | $8.34 |
| 1 | MAYONNAISE SQUEEZE 4 | 4127 | $1.93 | $1.93 |
| 5 | HONEY BUNS 6.OZ | 4122 | $1.10 | $5.50 |
| 5 | BEAR CLAW 4OZ | 4143 | $1.10 | $5.50 |
| 2 | HANKERCHIEFS (3) | 8179 | $2.85 | $5.70 |
| 2 | BALL POINT PEN 14 | 6004 | $0.70 | $1.40 |
| 2 | JOLLY RANCHER 4OZ | 1117 | $1.35 | $2.70 |
| 2 | RED VINE LICORICE | 1125 | $1.00 | $2.00 |
| 5 | MILKY WAY DARK | 1104 | $0.90 | $4.50 |
| 2 | STARBURST FRUIT CHEW | 1155 | $0.90 | $1.80 |
| 3 | NESTLE CRUNCH | 1109 | $0.90 | $2.70 |
| 2 | HERSHEY W/ALMONDS | 1108 | $0.90 | $1.80 |
| 2 | LIFESAVERS FIVE 18 | 1129 | $0.60 | $1.20 |

49

Previous Balance:    $300.55        Base Sale:    $83.26
New Balance:         $216.70        Debitek:       $0.00
                                    Tax:           $0.59
                                    Total:        $83.85

Signature: _____

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366.

Error Transactions:

| Qty | Item | Code # | Reason |
|-----|------|--------|--------|
| 1 | TABLET 5X8 | 6128 | DISCONTINUED |

Page 1



MC-275

JW

DEC - 6 2007

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 07 6188 (PR)

Name RAYMOND LENELL NELSON

PETITION FOR WRIT OF HABEAS CORPUS

No. CV 07-6188

SUPREME COURT STATE of CALIFORNIA

US DISTRICT Court

SAN JOSE (Court)

Petitioner

Respondent

**INSTRUCTIONS—READ CAREFULLY**

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.
- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

**PETITION FOR WRIT OF HABEAS CORPUS**

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

S01F07

**Tee Account**
CANTEEN CORPORATION
SANTA RITA JAIL (MONDAY)
Pick List

10/13/2007
5:28:47 AM

Name: DOUGLAS NELSON
Inv. Date: 10/15/2007
Id: ARX006
Trans Id: VPFE1D290CB8
From: MIKE GUZMAN

Module: S01F07

Invoice: 4918590
Confirm #: 420e4b6b

| Qty | Item | Code # | Price | Amount |
|---|---|---|---|---|
| 1 | ORDER ASSEMBLY FEE | 0000 | $1.25 | $1.25 |
| 1 | COMFORT PACK | 9101 | $16.75 | $16.75 |
| 2 | MEGA PACK | 9103 | $21.00 | $42.00 |
| 2 | MEAT & CHEESE PACK | 9104 | $13.00 | $26.00 |
| 6 | | | | |

| | | | |
|---|---|---|---|
| Previous Balance: | $86.00 | Base Sale: | $86.00 |
| New Balance: | $0.00 | Debitek: | $0.00 |
| | | Tax: | $0.00 |
| | | Total: | $86.00 |

Signature: _____

WHEN ORDERING THE BLUE RAZOR THE NEW CODE FOR THIS ITEM IS 8366. PLEASE
USE THIS NUBMER.



Page 1



To Filist Richard W. Wieking

"Confidential"

Fee Waiver

Filed
FW-001

Judicial Notice:
Cert. State of Wealth

CV-07-5582

Douglas "Swede" Raymond NELSON

Private Attorney General
5325 Broder Blvd (ste Apt-006)
Dublin, California 94568

United States of America
State of California Superior Ct

In & For Alameda County
5672 Stone Ridge Dr
Pleasanton, Ca 94588
& 450 Golden Ave
San Francisco, 94102

Nelson, d. Swede dba Wildcatters
= Vs =
Land Rover - Alvarez Fjord et al

Application for Waiver of Court Fee's Costs

1) I pray for Court Order so that I am exempt
   from Court/Court-Fee - Because of
   Poverty.
   a) I am Not Able to Pay Any of Court/Fees & Costs.

2) Same Address

3) a) Disabled, False Arrest @ Denver on Vacation
   Because of False Crime Report
   "Writ of Replevia" - Restitution
   DQB-383?
   b) Spouse Deceased

4) a) I got SSI)
   5 a) a) Medical #? / Retired Medicare #?
      b) 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           Douglas "Swede" Raymond Nelson
                                "Swede" Raymond Nelson
   CDLB4521878 @ Camp Parks (Town Hall) Wild Cat Nelson @ Aol



PEOPLE OF THE STATE OF CALIFORNIA vs.

DEFENDANT

CASE NUMBER(S)

**REQUEST FOR CERTIFICATE OF PROBABLE CAUSE**

I request a certificate of probable cause. The reasonable constitutional, jurisdictional or other grounds going to the legality of the plea — no contest plea or admission proceeding are (specify):

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____

(TYPE OR PRINT NAME)                    (SIGNATURE OF DEFENDANT OR ATTORNEY)

**COURT ORDER**

This Request for Certificate of Probable Cause is (check one): ☐ granted
Date: _____                    JUDGE

CR-120 (Rev January 1, 2007)

**NOTICE OF APPEAL—FELONY (DEFENDANT)**
(Criminal)

Page 2 of 2

Name: NELSON, RAYMOND *Douglas "Swede"*                    BookNo: 1551691

DocType: Unidentified Charge Document
Charge Doc:                    0719455        Chg Date: 08022007 ChgNo:  1
Chg Status:
Bond Amt: 0                Agency:        Class:        RptType:
Offense: HOLD FUG /CALIFORNIA-COUNTERFEITING        NCIC:

*United States, Supreme (World) Court*
*Chief Justice John ROBERTS, 9th Circuit(s)*

**SUMMONS**
**(CITATION JUDICIAL)**
*460 Golden Gate, San Francisco, Ca 94102*
*District (Court)   (415) 556-7000*

**SUM-100**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):** *LAND Rover, USA defacto Dealer(s)*
*By Slime Attorney KAMALA HARRIS & LAVERREZ (Fito) PRYOR, a Car Store*
*KHARRIS@Aol.com elwell@aol.com   San Leandro, City 94578 (510) 276-3444*
*16600 East 14th St (Martin Luther Kings)*

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** *Charter Richmond Refinery USA*
*NRA-Douglas "Swede" RAYMOND NELSON Zen Room   WILDCATTER DEVIL MADE LLD*
*ASPEN-VAIL Colorado (307) 251-6146 Wyoming   En Rem RAKER ACE*
*Email WILDCAT4nelson @Aol.com WILDCATTER Programmer   ATT@4nelson@yahoo*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
(El nombre y dirección de la corte es): *State of California (Court)*
*SUPERIOR COURTS - ALAMEDA*
*5672 Stoneridge Dr - Pleasanton, CA 94588*
*(925) 551-6883 6150 Golden Gate Ave San Francisco 94102*

CASE NUMBER:
(Número del Caso): *CV07 6365*
*about H43 366*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
*Sr. RAYMOND DR NELSON BLD   5325 Broder Blvd (B) ARX-046 (DQB-3835)*
*Deputy Attorney (General)   DUBLIN, CA 94568*
*(307) 251-6146*

DATE: *15 May 2008*
(Fecha)

Clerk, by _____ , Deputy
(Secretario)                      (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
   *& Professional Capacity*
3. ☐ on behalf of (specify):
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

*WILDCAT4nelson@aol.com*
*Patent Pending 1208*
*ATT@4nelson@yahoo / ECF. CAND. USCOURTS.gov*

THE SUNDAY TIMES

rates have been flat for a decade, although rates for Latin women are higher than other groups.

For both Asians and whites, birth rates now peak in the early 30s. In California, birth rates — particularly for Latinas — are tied more to nativity than ethnicity. U.S.-born Latinas average 2.2 children, slightly higher than other ethnic groups, while immigrants have about 3.7, with the number of children decreasing as education levels climb, Johnson said.

At 31, Linda Dong, an accountant who lives in San Jose, just had her first child. Asked about the timing, she said she and her husband wanted to complete their educations first and have a few years together before becoming parents.

Dong feels more ready now to be a parent both "financially and mentally."

"I'm pretty sure of that," she said. "I can't even imagine if I had had a baby at 22."

For Gomez, who is single and lives in Campbell, the choices weren't simple.

"We were the first generation of professional chefs in Mexico," she said, and she was on the first team from Mexico to make it to the Internationale Kochkunst Ausstellung, commonly called the Culinary Olympics, in Berlin in 1996. Her team won two gold medals.

Gomez doesn't expect to have another child. For now, her mother, Elsa, has come from Mexico City to help with the baby. But work calls.

"We're opening a brand new restaurant, Amaranta, in Sunnyvale, in one months' time," she said. "That's why I have to return back right away."



ASSOCIATED PRESS FILE 2006

**ONE** of the hydroelectric dams on the Klamath River is shown outside Hornbrook. PacifiCorp representatives argued that building fish ladders to help salmon over the dams was too expensive.

## Dams

FROM PAGE 3

out $7 million a year cheaper — a net power production loss of $13.2 million a year compared to $20.2 million. Keeping the dams and trapping and hauling fish, along with conditions recommended by FERC, would produce $2 million a year in net power benefits. PacifiCorp's proposal for operating the dams, which carries the least improvements for fish, would produce net annual power benefits of $17 million.

Salmon advocates noted that removing all four dams produces the best improvements in water

quality and salmon restoration because it removes obstacles that block 300 miles of spawning streams, drains reservoirs that breed toxic algae that pollute the Klamath River and eliminates conditions that promote fish diseases.

"The bottom line is they're saying removal is the best and cheapest alternative," said Glen Spain of Pacific Coast Federation of Fishermen's Associations, a California commercial salmon fishermen's group. The FERC recommendation "is not legally feasible" without taking into account the fish ladders.

PacifiCorp spokeswoman Jan Mitchell said "we'll need to review it (the document) a little more thoroughly."

## Bonds

FROM PAGE 3

proceeded in this case is going to be a very, very sad commentary on the enormous power of the government to ruin people's lives and to scar their reputation for no good reason."

Federal prosecutors have declined comment.

But Kevin Ryan, former U.S. Attorney in Northern California until he resigned in January, defended the investigation.

"I am unaware of any facts that support his claim that the prosecutors he was dealing with acted unethically," responded Ryan by e-mail.

Ryan shepherded the criminal cases against Victor Conte and others who were eventually convicted of roles in an illegal steroid ring for elite athletes. "In fact, from what I know, they acted at all times professionally and with the highest ethics."

Rains' counterattack comes as he and federal prosecutors prepare for what promises to be BALCO II — a celebrity extension of the steroids sports scandal that began in 2003 with the federal investigations into the Burlingame lab and its clientele of world-class athletes.

The latest incarnation of this high-profile, high-stakes legal throwdown played out at the federal court building in San Francisco not far from the ballpark where Bonds set the all-time home run record in August.

If convicted, the former Giant faces prison time. But no matter what, his record-setting baseball career could be over. Rains said he wasn't sure whether Bonds would play again.

Bonds' reaction to the indictment was one of "surprise," Rains reported. The lawyer said the two had only spoken briefly on the phone, but they planned to meet in coming days.

Rains said he, too, was surprised at the timing and content of the indictment.

---

before the spill, he went daily, sometimes twice a day depending on the tide. He brought the catch home — even the big ones authorities say to throw back because of the mercury levels.

His wife Farm Yien Saechao wrinkled her nose when asked why, given the circumstances, she didn't buy fish at the supermarket.

"That fish is dead a long time," she said. "It doesn't have that sweet, fresh flavor."

Fishing also allowed the family to stretch its income. They get $1,500 a month from the government. Of that, $930 goes to rent, leaving less than $600

he let his license lapse.

These days, Seayang only fishes when friends are available to carpool to the North or South Bay.

They split the gasoline costs. "Nobody can afford to go by themselves," he said. Even then, he needs to catch about 8 fish to make the outing pay-off.

He recently caught crappie in San Jose. His wife minced it fine and blended it with fish eggs and chilies, a spicy, flavorful concoction they eat with rice. On the table, was green bean soup, squash sauteed with pork

and a bowl of small brown mushrooms from Laos.

"There's not a good choice, really. If you go to the supermarket and buy pork, chicken, steak and vegetables, it costs a lot," he said.

"But if you go fishing, it costs, too."

**Worried About Leaving Your Loved Ones With a Big Tax Burden?**

Learn the IRA

Case 5:07-cv-05658-JW    Document 1    Filed 10/23/2008    Page 14 of 30

# se approves $70 billion
# Wars, OKs budget bill

**CONGRESS**

TON — Ending
battles with Pres-
spending bill was a
Democratic-
was passed a
Wednesday that
t will into next
lget agencies
ected soon to
which in-
llion for military
Iraq and Afghani-
among concessions
argen Iraq policy
et—
under the president
12 Dec. funds 14
rrists and for-
Budget year that

by Senate GOP al-
e 5q money upon
ocrats as the price
year-end
ss and be
ght House
cts for the Iraq
to avoid being
porting troops in
3b-141 Democrats
check," com-
GOP McGovern,
new money in this
s cave-in too
d endorsement of
s policy of endless

On the domestic budget,
Bush's GOP allies were divided
over whether the overall
spending bill was a victory for
their party in the long fight with
Democrats over agency budgets.

Conservatives and outside
groups such as the Club for
Growth, which seeks to elect

Lawmakers opposed to tax and
spending increases, criticized
the bill for having about $28 bil-
lion in domestic spending that
topped Bush's budget and was
paid for by a combination of
"emergency" spending, transfers
from the defense budget and
other maneuvers.



**ALL SMILES:** President Bush
signs the Energy Indepen-
dence and Security Act of
2007 on Wednesday at the
Energy Department in Wash-
ington. With him are Energy
Secretary Samuel Bodman,
of San Francisco, Senate Ma-
jority Leader Harry Reid of
Nevada, House Majority
Leader Steny Hoyer of Mary-
land and Sen. Daniel Inouye,
D-Hawaii.

**CHARLES DHARAPAK** — Associated

THURSDAY, December 20, 2007

New Chocolate™ by LG

**Our best gifts.**
**Our lowest prices!**

verizon wireless

TheanyVxing16



CV07-6305

SOS
in Rem RAKER ACT

5581 & 5582 & 6188

CIA Douglas Dube "Duke" Morgan NELSON
Attorney at Post Supers Blvd
5325 Bradord Blvd Ste TRX 6062
Dublin, CA 94568

Edward Gyra-Free PEET-IBEW-UAW
Humboldt County Employee Retirement
Eureka, CA 90 Sheris (Upon Room Nones Now)

Re: Release of Retirement Funds, Humboldt - Peltanty Resident
Humboldt Co Sheriff, Deputy #616 (Core Cox Sheriffs)

Gentlemen:

I have been disabled since 2004, Right leg amputation
and took early retirement, May 6, 2007 after accident. Exxon Patric
SSN 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 ~ DOB 5-6-45, Men Cal N 82743 (2)
now Cal 8452 1878

Thanking you in advance for your assistance

11 Sept 2007

Douglas "Duke" Morgan Nelson

PS Please Reroute to Above.

WARRANT
RECEIVED SEP 1 9 2007
HUMBOLDT COUNTY
SHERIFF'S OFFICE
ADMINISTRATION
Core # 616



RON RILSTERER/MEDIANEWS FILE 1975

TS speed away after Sara Jane Moore fired at President Ford outside the ancisco. The spot where the bullet hit reportedly can be seen at the hotel.

an 30 for invasion of privacy against seven newspapers, including the Los Angeles Times. A judge rejected it, and Sipple died in 1989 at 47.

Visitors sometimes gaze up at a quarter-sized gouge on an exterior wall near the north entrance of the St. Francis. It is said to be the spot where Moore's bullet ricocheted — a notion confirmed by a hotel employee who asked not to be identified.

Moore's attempt on Ford's life came 17 days after Lynette Alice

"Squeaky" Fromme tried to kill Ford on Sept. 5, 1975, when she burst through a crowd at the state Capitol in Sacramento, dressed in a nun's robe with a .45-caliber pistol strapped to her leg.

Fromme pointed the weapon at Ford from two feet away. Although the gun was loaded, there was no bullet in the firing chamber. A Secret Service agent disarmed and handcuffed her.

Ford died Dec. 26, 2006, of natural causes.

---

**FROM PAGE 1**

county survey shows nearly 6,000 law enforcement officials a year from the state would use this facility — paying fees to the county and boosting the economy.

The county's proposal is one of 10 that various government agencies and nonprofit groups have pitched for the weapons station, a 5,000-acre property for which the city of Concord is now in the midst of planning new uses.

The Emergency Responders Complex, which the county prefers to build between Clyde and Highway 4, would provide training facilities replicating virtually any public safety incident.

A machine-operated stream would allow firefighters to save people in fast-moving water. Officers would practice their enforcement driving skills on paved and off-road tracks. A five-story training tower would have a dual purpose — one day firefighters could extinguish high-rise flames, the next day a SWAT team could use it to practice rappelling.

The complex also would include an indoor shooting range, police K-9 training site, and props to simulate plane crashes, trench fires, chemical spills and collapsed buildings. The county would plan to move its Fire District headquarters, fire dispatch center and a backup emergency operations center to the site.

Drawing up the facility's wish list is the easy part. Finding a way to pay for it as the county struggles with long-range financial planning is the hard part.

Even if the Navy gives 120 acres to Contra Costa County for free through a public benefit conveyance, construction costs would add up to $203 million. This comes at a time when supervisors are trying to devise ways to pay a $2.6 billion bill — twice the amount of the county's annual budget — for

retired workers' medical expenses over the next 30 years.

The training complex is not an all-or-nothing proposal and could be scaled back if funding comes up short, said Supervisor Susan Bonilla of Concord.

"You want to include everything you could possibly want in your proposal," she said. "Then we can make some choices of what we can afford. This facility will (ensure) that our own local law enforcement personnel are receiving the very best level of training."

To fund the Emergency Responders Complex, the Fire District would look to sell its headquarters in Pleasant Hill, a 40-year-old training center in Concord and a vacant 12-acre parcel along Highway 4 in Antioch. Those sales would net between $22 million and $27 million, according to a consultant's report.

The county would potentially look to bonds, federal Homeland Security grants and developer impact fees to cover the rest of the construction and equipment costs, said Dale Varady, a retired Contra Costa sheriff's captain working on the project.

The Sheriff's Department also would save money by ending a lease for its 2.5-acre training site in downtown Pittsburg, he said.

The county's Emergency Responders Complex is competing with nine other proposals for free or discounted land at the weapons station. Some other ideas include a Cal State East Bay campus, a 3,000-acre regional park and 210 residential units for the homeless.

The Concord City Council plans to make recommendations as early as this summer, with the Navy holding the ultimate authority to agree to all, some or none of the proposals.

"If we could get a site and it works out, I think it would be advantageous to the public safety community," said Concord Mayor Bill Shinn, a retired sheriff's commander.

---

ian, D-torists saging riving, sing a xperi-

ns can a first equent

e laws day:

subject smoke nyone e vehi-er mo-; when

catching people. It's about educating them and getting them to change their behavior around the kids."

**Oldies, not goodies**

This law tries to protect music fans who buy tickets to oldies concerts from deceptive advertising. The legislation places requirements on performing groups to meet certain authenticity standards, such as ensuring that at least one member has the legal right to use the name of the original recording artist. It would not apply to "tribute" groups.

**Oh, big brother**

This law, also written by itian, bans employers or anyone else from requiring employ-

cates with less than $10 left in value.

**Undocumented tenants**

Cities and counties no longer can require landlords to obtain and report the immigration status of tenants. It also prohibits ordinances preventing landlords from renting to illegal immigrants.

**HIV testing**

The measure drops a requirement that patients have to fill out a form to be tested for HIV and AIDS. Patients now only have to give a doctor verbal consent to add HIV to other conditions for which they are being tested.

**Homeless shelters**

---

## CALIFORNIA LOTTERY

### MEGA Millions

Friday, Dec. 28:

| | | | | | Mega |
|---|---|---|---|---|---|
| 2 | 19 | 22 | 28 | 54 | 25 |

| | Winners | Prize |
|---|---|---|
| Jackpot (all 6) | 0 | $25 mil. |
| 5-of-5 | 3 | $272,652 |
| 4-of-5 + mega | 19 | $19,341 |
| 4-of-5 | 1,102 | $159 |
| 3-of-5 + mega | 1,333 | $179 |
| 3-of-5 | 58,396 | $7 |
| 2-of-5 + mega | 23,233 | $9 |
| 1-of-5 + mega | 135,041 | $3 |
| Mega only | 247,185 | $2 |

NO WINNING TICKETS SOLD

| No. | Horse | Time |
|---|---|---|
| 1 | 9 | Winning Spirit | 1:43.13 |
| 2 | 5 | California Classic | |
| 3 | 1 | Gold Rush | |

### SuperLotto Plus

Saturday, Dec. 29:

| | | | | | Mega |
|---|---|---|---|---|---|
| 12 | 26 | 27 | 28 | 29 | 24 |

| | Winners | Prize |
|---|---|---|
| Jackpot (all 6) | 0 | $25 mil. |
| 5-of-5 | 8 | $10,353 |
| 4-of-5 + mega | 32 | $1,294 |
| 4-of-5 | 1,040 | $66 |
| 3-of-5 + mega | 1,149 | $54 |
| 3-of-5 | 32,048 | $9 |

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name NELSON, Johanson Douglas Raymond PhD
   (Last)     (First)     (Initial)

Prisoner Number

Institutional Address

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

(Enter the full name of plaintiff in this action.)

Case No. _____
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT,**
**Title 42 U.S.C § 1983**

(Enter the full name of the defendant(s) in this action)

[All questions on this complaint form must be answered in order for your action to proceed..]

Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement

B. Is there a grievance procedure in this institution?
YES ( )  NO ( )

Did you present the facts in your complaint for review through the grievance procedure?
YES ( )  NO ( )

If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT    - 1 -



**YOUR AAA REPRESENTATIVE**
**Sharon Merrill**
925-287-7625
sharon_merrill@csaa.com
Office 68 / Walnut Creek
Hours: M-F 8:30am-5:30pm

Douglas Nelson
5325 Broder Blvd
Suite Arx 006
Dublin, CA 94568

**Customer:** Douglas Nelson
**Quote date:** 9/19/2007
**Proposed effective date:** 9/19/2007
**Quote reference number:** 20737-88456-8961H
**Dwelling ZIP code:** 94568

Here's your homeowners insurance quote for $266 from AAA Insurance, an A.M. Best A+ rated carrier offering world-class service from quote to claim.

AAA insures more drivers in Northern California than any other carrier, with one in five choosing AAA as their preferred insurance provider. AAA also receives high marks in customer satisfaction, with a 90% renewal rate from both auto and homeowners policyholders. Add to that over 88 years of insurance experience, access to world-class Emergency Road Service, quality discounts, tailored policy options, and claims service 24/7 and your choice is clear. Select AAA Insurance and begin enjoying your exclusive benefits as a AAA Member.

Your quote reference number is 20737-88456-8961H. Please refer to this number when contacting us about this quote. To review or edit this quote online, visit: https://www.csaaquote.com/link?pl7LS2tZZmSitS5

**Coverages**

| | | |
|---|---|---|
| Coverage C: Personal Property | $20,000 | $232 |
| Coverage D: Loss of Use | $4,000 | Included |
| Coverage E: Liability | $500,000 | $20 |
| Coverage F: Medical Payments | $1,000 / $25,000 | Included |
| Deductible Options | $500 | $-42 |
| HO-29: Replacement Cost Coverage | Coverage C Limit | $40 |
| HO-42: Office On Premises | -- | $16 |
| HO-90: Workers' Comp. & Employer's Liability | -- | Included |
| | **TOTAL FOR 1 YEAR** | **$266** |

This rate quote is not a contract or policy, nor does it signify qualification. It is a non-binding offer of insurance coverage based on the information you have supplied and is subject to change as more information is gathered by an insurance sales representative. Payment plans may be discussed with the sales representative. California License #0175868.

https://salesx.csaaquote.com/print_quote_agent

9/19/2007



# Celebrity lawyer, alleged taunting enter tiger fray

By Julia Prodis Sulek, Dana Hull and Linda Goldston
MEDIANEWS STAFF

It happened at the zoo, but the story of the San Francisco tiger attacks is turning into a circus.

The Christmas Day mauling at the San Francisco Zoo that killed a San Jose teenager and injured his two friends has drawn media from as far as China and Brazil and sparked headlines in New York City tabloids.

Celebrity lawyer Mark Geragos has signed on to represent the two San Jose brothers who survived Tatiana the Siberian tiger's attack. Meanwhile, San Francisco crisis-control guru San Singer who has been brought in to be the zoo's frontman.

The case against the zoo and the city of San Francisco, which funds it — both in court and out of it — is sure to be a doozy.

On Wednesday, zoo officials held a news conference ostensibly to announce the reopening of the zoo today after eight days of lockdown since the tiger killed one young man and injured the two others.

But they used the media spotlight to refute Geragos' claims that zoo employees were hesitant to act when his clients desperately sought help from the rampaging tiger.

To the contrary, zoo director

Manuel Mollinedo told reporters, his employees were "heroic."

He couldn't elaborate on that heroism, unfortunately, he said, because of the ongoing investigation.

But he did address the million-dollar question: Did the young men taunt the tiger?

It is an assertion flatly denied by Geragos, who last made news in the Bay Area when he represented Scott Peterson, who was convicted in Redwood City in 2004 of murdering his wife, Laci. He also briefly represented pop star Michael Jackson.

Mollinedo — who has acknowledged that the tiger exhibit wall is four feet below national guidelines — indicated again that he thinks the tiger was taunted.

"All I know is that something happened to provoke that tiger to leap out of her exhibit," Mollinedo said. "The police are investigating it and we can come up with some definitive answers, it would only be speculation on my part at this point."

The case has led the New York Post published in the New York Post and elsewhere that one or more of the young men — brothers Paul Dhaliwal, 19, and Kulbir Dhaliwal, 23, and their friend, 17-year-old Carlos Sousa Jr., who was killed — used slingshots to taunt the animal.

But police told MediaNews on Wednesday that they had no evidence of that.

Zoo employees did find an empty vodka bottle in the brothers' said Singer, who has been the spokesman for such newsmakers as 49ers owners John and Denise DeBartolo York and the former mistress of San Francisco Mayor Gavin Newsom.

But whether the trio had been drinking before going into the zoo will not be known until after the results of toxicology tests are released, said San Francisco police Sgt. Steve Mannina.

The case has drawn scores of media, from NBC's "Today" show to CNN, to the zoo as well as to Pipe Dream Court, the east San Jose cul de sac full of tightly packed duplexes where the Dhaliwals live with their parents.

But the Dhaliwals have kept their blinds shut and have not answered knocks on the door. The

MANUEL MOLLINEDO, executive director of the San Francisco Zoo, holds a copy of new signs that were posted around the zoo Wednesday. The signs ask visitors to be respectful of the animals.

brothers reportedly were reluctant to talk to police or to Sousa family, who have tried repeatedly to talk to them about what happened at the zoo that day.

As much tragedy and intrigue surround the sensational case, legal experts say they would not be surprised if the case never goes to court.

Since the city of San Francisco will be the primary defendant, it likely will settle.

But the case will revolve around two fundamental issues: liability and damages.

No matter what the young men might have done to provoke the tiger, legal experts say the zoo is responsible to keep the tiger confined.

If it escapes, the zoo is "strictly liable," said Peter Keane, law professor at San Francisco's Golden Gate Law School.

"If you have a wild animal and you keep it and it gets out of your control, you're liable," said Keane.

However, he said, any evidence of taunting could influence how much the zoo pays out in damages to the victims.

If the case goes to court and a jury finds that the young men taunted the tiger and were partially responsible for the attack, the amount of the jury award can be reduced.

"If they just stood there and said, 'nah nah nah nah nah nah, you're a lousy tiger,' that would be one thing," Keane said. "The taunting itself would have to be some kind of conduct that a reasonable person would know would be dangerous, like going up on top of the fence and trying to lure the thing out. It would have to be more than throwing peanut shells at the tiger."

---

## GROUND GATE

### Santa Cruz

**NEW CHURCH PLANS REVIEW:** The steeple for Live Oak's square-foot "green"

panels, a rainwater-system to irrigate landscaping, a rooftop pervious asphalt to storm run-off, a rooftop and building materials — promoting air quality — building plans submitted ... Cruz County.

... Methodist Church of Cruz Pastor Michael ... construction could ... this spring with completion June 2009.

... church will be home to ... congregations. Live ... race and First United ... ist. The vision for the ... church involved after ... United Methodist ... burned down in October ... 0.

### San Jose

**... DIES AS FRIENDS ... HIM FROM DRIVING:** ... ood City man died after ... nds and sheriff's deputies ... keep him from getting ... ta Clara County authori-... f Irving Mentez, 20, ... breathing early Tues-... r deputies placed him ... tuffs.

... sheriff's department ... man says that when ... es responded to the ... just outside San Jose

1. Informal appeal _Denied Verbal_

2. First formal level _Denied  Message Request_

3. Second formal level "Grievance" in Re: False Imprisonment
Assaults #073-0311#23ee, By Moslem Felony
"Gang Banger & Staff Abra-Kidnapping By Schwartzenegger

4. Third formal level Writ to 443.76, Larry Goodman
Denied "Despite Lack of DA Ress-Order By AG Brown
or Gonzales". Default in 1st Nov of

E.  Is the last level to which you appealed the highest level of appeal available to
you?

9th Circuit YES (X)    NO ( )   C07-5582-5581 to Cathy Catherson

F.  If you did not present your claim for review through the grievance procedure,
explain why. Presented Until: Stepp-Dunn, Linked Yonkers or Restriction,
And Denial of "Writs of Habeas" MC275 (FA)
So Invented - Cursive Printed - Col Sadist Commish M 91C-275

II.  Parties. US Patent Office

A.  Write your name and your present address. Do the same for additional plaintiffs,
if any. Catherine, Malade Median (Hon 77, 53R3 Spooner 5162F8 Hex-CC6)
(1) Douglas Swan @ 616    Johansen Raymond Nelson
(2) Ambassador to Iran Kyoto - Chevron of UCPR (FA)
(3) US Navy, Aviation Tornado - Regua, Land Board Sub Atlantic
McKinleyville POE Dispatch Unit

B.  Write the full name of each defendant, his or her official position, and his or her
place of employment People of Calif - Export / Brown, Jerry
Union Pacific RR Kidnapped / Hostil @ 711 Locke, Colorado
While Layman in Jail   National Guard Dodge 4x4 - Camo
COMPLAINT @ Blue Hwy 25  Denver  -2- Colorado
ATTCH Nelson @ Yahoo Rock A Feller

# Bailey Assassination Investigation

## By Post Staff

Last week the San Francisco Chronicle published an article on a gun obtained during police raid on Your Black Muslim Bakery that was used in other crimes(see www.sf.gate.com.)

Check out www.Blockreport.com by JR Valrey (of Post Publisher Paul Cobb the newspaper's sta-

tus and his comments on how the investigation of the assassination of Chauncey Bailey is proceeding. Valrey's documentary "The Block Report" will be shown October 22 at the Grand Lake Theater during Oakland's International Film Festival.

Visit www.OaklandTribune.com to hear the police response to questions presented by journalists and read how

the Oakland Police Department waited to launch their raid after Bailey's death and find out why complaints from neighbors concerning intermittent gunshots from the Bakery were not responded to by police The journalist consortium consists of a team of media who have joined forces to complete Bailey's body of work as well as



Artwork from Museum collection honoring Bailey.

Continued on page 10

Hershel West and seven artists honor Chauncey Bailey's legacy.

---

# Truckers Question Port Plan

## By Post Staff

Oakland Assemblymember Sandre Swanson, who also served as Chair of the Assembly Committee on Labor and Employment, held a hearing to investigate pollution and working conditions in the Port of Oakland's trucking industry. Testimony was given by Assemblymembers Loni Hancock and Sandre Swanson conduct hearing in Oakland.

members of public health, environmental, labor, and community leaders, as well as trucking company executives, and community where one in five kids has asthma, and examined potential solutions.

Omar Benjamin, the Port's Executive Director, indicated that the Port of Oakland proposes to require truck owners to meet all of the new environmental and security standards.

Critics allege that the Port's plan continues to place the financial burden on the 1,500 "independent contractor" port truckers who, after expenses, make an average annual salary of only about $30,000 with no health insurance—Drivers would have to pay a proposed $3,000-6,000 annual fee and be penalized additional fees for running dirty trucks. Some of the drivers in attendance told the Post that the Port's plan would move them further into poverty, and make it even less likely that they would be

Continued on page 10

---

# Wheels in Mo Let Freedom

## 12 year-old's bike trip to along Underground R

### By Ajayi Scott-Robinson

Ajayi Scott-Robinson, 12, at Sheffield Park in da. Etched upon this boulder were the names of American settlers who fled slavery along the Railroad route to Canada.

The following is Part 3 of a 4 part series in which Ajayi tells the exclusive story of her big ride, July 30th to August 5th, 2007. Ajayi, her parents and 88 others riding with the Ad venture Cycling Association covered the 290 mile last leg of the Underground Railroad

route from Buf to Owen Sou Canada.

"I joined thi cause I wanted about my anc freedom an freedom of the said. Ajayi in

Contin

The People of California, are Conspiring to LEVY WAR & Seditions Mayhem against the Rockie "Cross" Mountains, Denver World Record DRINKing Honky Tonking "Electric Cow Girls /or & CADANIC Ranch Cow Boys /or & the Greater Rose of COLORADO, Jail House LAWYERS Attorney N@ of Cat County 4 Nelson 103, Wild Cat 4 nelson @ Rock.

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) Arrested, Excessive force, March with 1 leg - @ Mid Night Gendames

2) Deported @ United Airlines UA - National Postal - Kaiser there at the International Airport, Denied "People" Rain Mate Food, 12 ± 14 hrs/es, Without Guarantee Warrant

3) Denied "Access to the Se Appeatry & Phone & Legal Mail 6 months ± 10 days - 916 Phone till ± 20 Aug 07, Then 10am - m - 7am

4) Denied "Motions to Dismiss, in Limine," Hearing Despite Float Voted (Brave/ Written 14 June - on 2nd Sept - & Gallardet Students)

5) Destroyed 33 ± Clean Locker Legal Notices, Nob Legal Catalogs 23 Dec of Law Library 7 Nov 07 Washed By President Judge Alameda, Supreme and Fed Court 9th Circle / and Fresno District Court

7) Assault Verena / Contempt Brass / & Pillage of Salvador US Supreme Earl Warren II.

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

Loss of Endowment "Oil - Gas Well Explosion" $690 million in Rem @ half Mile 767 ± loss - Assault / Mayhem of Right Foot in Rem $250 million , Hate Crime 17° Fee % Fire Bombing (Step Fly's) of Religions / UC Book Berry Hall & UA Phoenix Snow Hall Rockbridge . to the Esan Clean Contra Costa Conyard - Pacent Hill Mariana CoGeGaSC# 06 - 12C2 FOP 285-4255 ± H22ea Nelson PH 94523

Atty 4 Nelson @ Yahoo - Rock , A Fellow , Homey , S Raisin



PG 5
182

This is a Plight to Propagate ISLAM under Guise of ALLAH
whereby 35± Assaults on ACSO ofs # 2311 + 2322 w/ # 29420
Request Suspension of POST certificate for life d/b Medical Board
Certification of "This Santa Rita Prison Gangsters (Cell Radical
Crescent City, ORLEANS, Louisiana") This is Planning School of Home
Invaders "Home Grown Terrorism against Blacks Obama Y. et al 9/11 Invasion-Pirate
This is Crime Conspiracy of Oakland - Richmond - Esp. DA of California / Alambo
That Attempts + Killings of Members of US Gov., UNIFORMed Services
and Foreign Officials (Mex) of Japan / UK, Land Rover/Ford/Chev UAW Slave

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____ Day of ____ day of November, 20__
and 17th Day of December 2006

(Plaintiff's signature)

in Re: US Dist Court Judge(s)
Central Corners @ Santa Ana Calif
US Attorney Greg Staples / Tom M Frozek
Thomas O'Brien
@ Folsom (New) Sacramento, Cal

PO Bx 782, Cheney, Federal Building
Rock Springs, Wyoming 8200_
(307) 261-6146   Arrel Nelson @ Yahoo Rock A Fellar

COMPLAINT

CV 07-6305

C

*************SCH 3-DIGIT 945
DOUGLAS NELSON #ARX006
ALAMEDA COUNTY JAIL
5325 BRODER BLVD
DUBLIN CA 94568-3309

# ONTRA ... A TI

ber 15, 2007 — ContraCostaTimes.com — Volume 96, Number 198

## IG EAL

cher Haren to
s • IN SPORTS/**B1**

# TAKE A PEEK AT HOLIDAY HOMES

Splashes of Yuletide spirit make
the season bright.
IN HOME & GARDEN/**H1**



# State faces a fiscal emer

**"This is a common thing for California that we're going on this roller coaster ride. What we have to do is fix the budget system."**

— Governor Arnold Schwarzenegger

■ Governor's decision may result in 10 percent 'across-the-board' cuts in services and programs

**By Steve Geissinger**
MEDIANEWS SACRAMENTO BUREAU

SACRAMENTO — Facing a projected $14 billion budget deficit, Gov. Arnold Schwarzenegger said Friday that he will declare a fiscal emergency, which will allow the governor and lawmakers to cut spending more quickly and also sets the stage for slashing state services and programs perhaps by as much as 10 percent.

Legislative leaders said they will meet with Schwarzenegger next week to begin working on what the governor described as "across-the-board" cuts.

His aides said departments have been told to prepare for a range of possible cuts, with 10 percent as a central figure.

"We are going to call this January for a fiscal emergency when the legislators come back," Schwarzenegger said. "We will make that announcement next week sometime with the legislative leaders."

California's fiscal crisis, which is beginning to approach levels that undid recalled Gov. Gray Davis, is due primarily to a collapsed housing market and related woes in the subprime mortgage industry.

It also doesn't help that while the state's revenues are especially volatile — disproportionately reliant on income taxes —

s
art
ng
ts

ne cuts,
ead
es

eck
ss

he govern-
stop home
ing, here's
mericans'
nding to-
ch and in-
seling for
ouying up
prices.
l that may
would do
rates than
ion's plan
mortgage
ears for a
orime bor-

ywide Fi-
nation's
er, backs



MC-275

Name

Address

CDC or ID Number

PETITION FOR WRIT OF HABEAS CORPUS

_____
(Court)

Petitioner

vs.                                                No. _____
                                                (To be supplied by the Clerk of the Court)
Respondent

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form before answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page 1 of 6

Penal Code, § 1473 et seq.
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

A8  • C W •   SATURDAY, DECEMBER 15, 2007    **BAY AREA • CALIFORNIA**

# 2 plead guilty in plot to strike U.S.

■ Defendants accused of plotting attacks while in state prison

**By Gillian Flaccus**
ASSOCIATED PRESS

SANTA ANA — Two men accused of plotting behind prison walls to launch attacks on military sites, synagogues and other targets in 2005 pleaded guilty Friday to conspiring to levy war against the United States.

Kevin James, 31, and Levar Haley Washington, 28, both pleaded guilty to seditious conspiracy charges.

Washington also pleaded guilty to using a firearm to further that conspiracy.

Authorities say James, Washington and two others were part of a California prison gang cell of radical Muslims who were planning attacks in the Los Angeles area.

"Homegrown terrorism remains a grave concern to the security of our country, and this cell was closer to going operational at the time than anyone since 9/11," Los Angeles Deputy Police Chief Michael Downing told reporters at a news conference after the two men entered their pleas.

Prosecutors say James even had a press release prepared to send out after an attack.

"This incident is the first in a series of incidents to come in a plight to defend and propagate traditional Islam in its purity," James is accused of writing in his public statement. "We are not extremists, radicals or terrorists. We are only servants of Allah."

The plotters were within weeks of being able to carry out an attack when they were uncovered in July 2005 by police investigating a string of gas station robberies, Torrance Police Chief John Neu said.

Authorities said the men committed about 10 holdups to fi-

Washington faces as many as 20 years in prison on the conspiracy charge and five years to life for the firearms offense when he is sentenced April 28.

Prosecutors said Washington used a shotgun to rob a Torrance gas station on July 4, 2005.

Both men said little during their separate courtroom hearings, answering U.S. District Judge Cormac Carney's questions with one-syllable responses.

Washington's attorney, Ellen Barry, said outside court that her client decided it was "in his best interests" to plead guilty. James' attorney, Robert Carlin, declined to comment.

Assistant U.S. Attorney Greg Staples said as a result of the plea agreement, James' maximum possible sentence was reduced from 25 years to 20.

U.S. attorney spokesman Thom Mrozek said prosecutors would recommend an 18-year sentence for James and 25 years for Washington.

Also indicted in the case were Gregory Vernon Patterson and Hammad Riaz Samana. Samana is a Pakistani national, and the others are U.S.-born Muslim converts.

Patterson and Samana are charged with conspiracy to levy war against the U.S. government through terrorism, conspiracy to possess and discharge firearms in a violent crime, conspiracy to kill members of the U.S. government uniformed services, and conspiracy to kill foreign officials.

Patterson is also charged with a robbery count and using a firearm in a violent crime.

U.S. Attorney Thomas O'Brien said Samana has been declared mentally unfit to stand trial and is undergoing psychiatric care at a federal prison facility. Patterson is expected to plead guilty to a terrorism conspiracy charge on Monday.

The terror plot was orchestrated by Washington, Patterson and Samana at the behest of James, an inmate at the California state prison at Folsom, near Sacramento, who founded the radical group Jamiyyat Ul-Islam Is-Saheeh, or JIS, authorities said.

Washington converted to Islam while imprisoned with James, then looked to recruit other members for the group, authorities said.

Neu said Patterson and

# Lawsuit over school dr

**By Tony Burchyns**
MEDIANEWS STAFF

NAPA — The Napa Valley Unified School District and the American Civil Liberties Union announced Friday the settlement of a free speech lawsuit concerning one middle school's dress code that, among other things, prohibited jeans and "Winnie the Pooh" socks.

At issue was Redwood Middle School's former dress code, which barred students from wearing many popular clothing styles. The policy restricted colors, fabrics and patterns commonly seen on public school campuses.

The dispute made national headlines when seventh-grader Toni Kay Scott was removed from class in 2006 for wearing a denim skirt and socks with the Winnie the Pooh character Tigger. Her sister was reprimanded for wearing a T-shirt with the words "Jesus Freak."

Parents and students complained about the policy, which they felt was overly strict. The district argued the "school uniform" rule — in effect since the mid-1990s — was necessary to prevent gang violence.

In fall 2005, a group of par-

ents tried to "opt out" of the policy, sending their children to school in their everyday clothing with notes from home. Several students were cited anyway, including Scott.

"I absolutely hated the old policy," said Donnel Scott, Toni Kay's mother. "It frustrated me that we as parents couldn't put our kids in clothes they would wear every day. I couldn't determine what was appropriate for my child to wear."

According to the settlement agreement, any future dress codes that limit colors, fabrics or patterns will allow parents to opt out. Additionally, the district will no longer prohibit lettering and pictures on clothing unless such

bans are a

All stu
Redwood
the past s
that offic
code viola
removed,
tlement a

"Califc
strong pr
speech an
ity to rest
choices,"
Mass, sta
ACLU of N
a news re
for school
any schoo
provide ar
ilies to op
dress code



**Smog Check II**

PASS OR DON'T PAY

$37.99 + $8.25 for cert.

Smog Center • 2247 Monument Blvd, Unit G, Concord
(925) 674-8444 • Mon - Sat 8-6 • NO EXPIRATION

"**Hello Clarice.**"

Having an old friend for dinner? Need a new dining set? Find what your looking for in today's Classified section, the largest classified section in the greater East Bay area. Everything from cooking supplies to entertainment centers (perfect for an after dinner movie!) Maybe you can even find a good bottle of Chianti to go with those fava beans you're cooking up. Mmmm....

**Buy it! Sell it!**
**CLASSIFIED**

**Free Methodist**

*Tired of living in a spiritual "desert"?*
Experience the "oasis" of God's presence at
**Oasis Christian Fellowship**
Celebrations Service 10 am
Nursery/Child/Youth Ministries
www.oasischristianfellowship.com
2551 Pleasant Hill Rd. • 925-934-1244

**Episcopal**

**SAINT JOHN'S PARISH**
5555 Clayton Road, Clayton
Sunday, Dec. 23 Worship at 8 and 10 a.m.
Monday, Dec. 24 Worship at 5 and 10 p.m.

*Mandatory Blue Complaint-100*

① *Bivens Act*
② *ADA Act*
③ *42 USC §1210!*

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name **NELSON, RAYMOND dSWEDE**
(Last)          (First)          (Initial)

Prisoner Number *Denver County Jail #1551-691*
*None, Denver Colorado - DQB 383 / Dublin Cal ARX-D86*

Institutional Address *Jails of Sheriff's AHERN-PLUMMER 5325 Booder (Sta ARX #86)*
*Camp Parks Township Sites DUBLIN (Alameda (county) 94568*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*RAYMOND dSWEDE NELSON*                    *Jury Trial*
(Enter the full name of plaintiff in this action.)     *CLASS ACTION*
*dba Wind Catters Drilling-Mining-Rail-Road*
*Wells Fargo, Stage/Inter/Assey Atkins Co*        Case No. _____
*Denver Police Dept / Denver County Dcv-Lib and*   (To be provided by the Clerk of Court)
*Doe's 1-50 / Alameda Board of Supervisors*        **BAKER ACT**
*City of San Leandro, Mayor-City-Counsel*          COMPLAINT UNDER THE
*District Attorney AG BROWN,*                      CIVIL RIGHTS ACT,
*Orloff Ross - SLPD-Chief's Aldred*                Title 42 U.S.C § 1983
(Enter the full name of the defendant(s) in this action)   =LEMON LAWS ACT=
*LAND ROVER USA dba the Car Space*                 *TRO, Injunctions of honorable*
*so-50-100 Alverez - Prior*                        *CDC #20549-HENDERSON*
[All questions on this complaint form must be answered in order for your action to proceed]  *Attch Nelson Bael Block/Kellar*
*attorney(s) at Law PEEBLES-SAUNDRES-GAFFEY*
## Exhaustion of Administrative Remedies.
*Bees Alameda Co SD Plummer & Ahern*
[Note: You must exhaust your administrative remedies before your claim can go
forward. The court will dismiss any unexhausted claims.]
*Deputy Boyd Sanchez, & at #1 phones*

A.  Place of present confinement *SANTA RITA AHERN Jail Alcatraz*

B.  Is there a grievance procedure in this institution?
    YES (X)  NO ( )

C.  Did you present the facts in your complaint for review through the grievance
    procedure?  YES Ten or More, Without HEARINGs (denied)
    YES (X)  NO ( )

D.  If your answer is YES, list the appeal number and the date and result of the
    appeal at each level of review.  If you did not pursue a certain level of appeal,
    explain why.

**COMPLAINT** (continued)
*-1-*





register now for
spring '08 classes!
www.dvc.edu
DIABLO VALLEY COLLEGE
Pleasant Hill • San Ramon

...nding someone in California
...hannels energy is nothing new.

...ing companies that do, is the real surprise.

| | | |
|---|---|---|
| ...Technologies, Inc | Forward One, LLC | Shorenstein Realty Services |
| ...N Beverages, Inc | Four Seasons Hotel | Signode Corporation |
| ...Company | Gap, Inc | Spansion, Inc |
| ...Technology | Genentech | St Francis Memorial Hospital |
| ...ey Farms | Giftcenter & Jewelrymart | State Comp Insurance Fund |
| ...Properties | Hilton San Francisco | Terwilliger Management |
| ...way Real Estate Services | Hines | The Pyramid Center |
| ...lic Utilities Commission | Hyatt Regency | The Westin San Francisco Market Street |
| ...al Estate Management Company | JDS Uniphase | The Westin St Francis |
| ...hard Ellis | Jones Lang LaSalle | TMG Partners |
| ...Santa Rosa Laguna Treatment Plant | KQED | Townsend Center |
| ...Networks | Marriott Hotels | Triple Net Properties, LLC |
| ...an & Wakefield | Metreon | Unico |
| ...llo Winery | Microsoft Corporation | Union Bank of California |
| | Pacific Gas & Electric | US EPA Region IX |
| ...cadero Center | Pacific Plaza | US General Services Administration |
| ...nt Hotels | Palace Hotel | US Postal Service |
| ...Reserve Bank of San Francisco | Post Montgomery Center | Wells Fargo Bank |
| ...n's Fund | RREEF | West County Wastewater District |
| | RREEF/McCarthy Cook | Westfield San Francisco Centre |
| | San Jose Mercury News | Workflow One |
| | Seagate Properties | |

Form SC 100A
STATE OF CALIFORNIA
Docket No. Filed 07/16/2008 Page 29 of 30 & 5582
San Francisco, Ca 94102

Case 3:07-cv-05582-JW

NARRATIVE/SUPPLEMENTAL

PAGE 13 OF 22

| DATE OF INCIDENT | TIME | NCIC NUMBER | OFFICER I.D. | NUMBER |
|---|---|---|---|---|
| 01/22/2006 | 0130 | 9370 CV076305 | 017489 | 010259 |

1 **OTHER FACRUAL INFORMATION:** Welcome Mayor Jerry BROWN Oak

2 to Cali's TOP COP, Attorney General created the CRASHES)    TAMPRAED ALT

3 Prior to this collision P-1 (Gordon) lead Witness Officer M. Mellone on a pursuit. The Bampf SPM,

4 pursuit had been cancelled. At the time of the collision P-1 was not being pursed by Officer

5 Mellone or any other officer. Officer Mellone had cancelled this pursuit less then a minute 570seconds

6 prior to this collision, and approximately a half of a mile west of the location of this collision.

7 THEN MELLONE left the Scene of the ACCIDENT, exited 580 west/returned 580 east to CHASE accident

8 Oakland Police Department personnel who were present at the traffic collision scene    Lead Case

9 include but are not limited to;    CONES: Seeded @ mad isace Scene    Costa Contra County SC06 1272

10 Officer M. Mellone #8553P    Mayor BROWN, Attorney general    JUDICIAL "H" #3 366

11 Officer P. Huppert #8257T    Mayor M.A-Scooney, Oakland Safford    NOTICE

12 Officer M. Nuff #8522P    Mayor Dellums, elect OAKLAND    of SIMILAR on

13 Officer K. Reynolds #8436T    Mayor Schmez, San Leandro    Satisfied Police #7

14 Officer E. Lara #8557P    Police Commissoners City's    REPORTS @

15 Officer B. Donelan #8378T    of CASE at BAR

16 Officer R. Sanchez #8533P    an SAN LEANDRO

17 Officer G. Hara #8549P    PD, Pretitory

18 Officer T. Dolon #8497P    lending(os)

19 Officer C. Garcia #8458T    scheme Not to

20 Officer D. Royal #8085T    UPSTAGED by OPD

21 Sgt. Dunakin    Raiders

22 Sgt. Shannon

23

24 CHP Oakland

25 Officer Levandusky #17489

26 Officer Koven #17494

27 Officer Barday #17736

28 Officer Heitman #17654

29 Sgt. Whitten #12446

30

31 Oakland Fire Department

32 Engines 2556, 2557, and 2563

33 Truck 2576

34

35 AMR units 502, 506, and 305

36

37

38 **STATEMENTS:**

39

40 Party #1 (P-1, Gordon) related only that he had, "Too much" to drink tonight. P-1 would not

41 talk of what happened in the traffic collision.

42

| PREPARED BY | I.D. NUMBER | DATE | REVIEWER'S NAME | DATE |
|---|---|---|---|---|
| J. LEVANDUSKY | 017489 | 01/22/2006 | | |

bayareanews.com

Dre
(925)
dvoros@bayareanewsg

# Loan announces layoff



**valos**
TER

gage morass/has engulfed
inline loan firm that said
itends to chop more than
m its Pleasanton headquar-
of a wrenching and broad
g.
es were notified that they
they would be dismissed
nit of Puerto Rico based
ar Inc., gave employees 60-

days notice that they would be termi-
nated Popular bought E-Loan in 2005
for $300 million.

E-Loan intends to jettison 410 of the
roughly 925 jobs at its headquarters in
the East Bay, said Laurie Azzano, a
spokeswoman for Pleasanton-based E-
Loan.

"It's a challenging mortgage climate
for all of us right now," Azzano said.

Over the last year, 3,100 East Bay
jobs in four key industries tied directly
to housing — residential construction,

especially trades construction, real es-
tate, and credit intermediation — have
vanished.

In October alone, three mortgage
companies eliminated 325 jobs. One of
those firms, Diablo Funding Group,
ceased operations. This month, failures
in home equity loans forced Concord-
based Cal State 9 credit union into a
state-ordered conservatorship.

Even worse, the more recent job
cuts and corporate shutdowns suggest
the housing market ailments have in-

fected a steadily widening array
nesses and consumers. The afflic
have spread well beyond the sub
mess. The retrenchment at E-Loa
derscores that.

"E-Loan is not a subprime len
Azzano said. "The company has a
higher quality borrower. These la
are not a result of the subprime i
dustry in particular but the mort
problems as a whole."

**Please see E-LOAN,** Busi

---

# GROUND GRAB



**CHIEF EXECUTIVE OFFICER** Tim Mason (right) and new store manager Pablo Artica applaud at the opening of the first of six Southern California Fresh & Easy Neighborhood Market branches as British grocery giant Tesco PLC enters the U.S. market. The chain also has its eyes on the Bay Area.

**REED SAXON** — Associated Press

---

# Wine rivals toast merge

■ **Constellation Bra**
paying $885 million
for Fortune Brands

**By Ben Dobbin**
ASSOCIATED PRESS

FAIRPORT, N.Y. — C
tion Brands Inc. is staki
bigger claim in the more
able end of the U.S. win
market with a deal to ac
du Bois to its collection
$11 wines led by Rober
davi Private Selection.

The world's biggest
maker said Monday it i
$885 million for the U.
business of Fortune Br.

In addition to top-se
du Bois, the buyout wo
Constellation the Wild
and Geyser Peak branc
California wineries and
than 1,500 acres of vin
the Napa, Sonoma and
neros grape-growing re

---

## sh & Easy brings British 'money muscle' to Bay Area

**e Avalos**
WRITER

N THE HEELS of its
British invasion into
California.

"The company is in the
very early stages of
looking into Northern

Area and elsewhere.

Fresh & Easy is a unit of Tesco
PLC, the England-based retailing
giant that is the world's third-largest
supermarket chain, trailing only Wal-