**CLERK, U.S. COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**
P.O. BOX 193939
SAN FRANCISCO, CALIFORNIA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

049J82022823
$00.75⁰
02/05/2008
Mailed From 94103
US POSTAGE

U.S. District Court
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA. 94102

**RECEIVED**
FEB - 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



Dr. Suote Johansen Ray Nelson (N)
BUY-COR, Snoe Roscoe # 14088006
Dublin, Camp Parks (Lower), 94568

Dear Ms Cathy A. Catholson
Clerk of 9th Circuits United Courts of U
in for John Roberts - Earl 2
95 Seventh St (Bx 193939)
San Francisco, CA 94119-3939