**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————————
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        408.535.5364


February 11, 2008


Douglas Swede-Raymond Nelson
ARX-006
Santa Rita County Jail
5325 Broder Blvd
Dublin, Ca 94568


SUBJECT:      Request for Payment of Docket Fee

          **Title:  RAYMOND NELSON -v- WELLS FARGO**
          **Case Number:          CV 07-05582 JW**
          **Court of Appeals Number:**


          **A notice of appeal was filed with this Court on 2/6/08 and the docketing fee of**

**$455.00  has not been received.  Please forward the above referenced fee to this office**

**immediately.**

          **The check is to be made payable to "CLERK, U.S. DISTRICT COURT."**

                    **Sincerely,**

                    **RICHARD W. WIEKING, Clerk**



                    **by:  Cindy Vargas**
                    **Case Systems Administrator**


**cc: U.S. Court of Appeals**